Case: 1:13-mc-01205
Assigned To : Boasberg, James E.
Assign. Date : 10/24/2013
Description: Miscellaneous

Under He who made the Law
glenn richard of the Holy temple in Christ Jesus
appearing specially at superior jurisdiction (non-corporate)
Styled as Glenn Richard Unger, *in vivo*
sovereign member/beneficiary of the posterity
grantor/beneficiary of special deposit Trust Nos.:
156-51-333765; 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; 1:12-CR-579

United States District Court
for the District of Columbia
court of record
seat of government

**FILED**

OCT 2 4 2013

Clerk, U.S. District and
Bankruptcy Courts

the people of the state of New York

ex rel.

Glenn Richard Unger
in private, non-corporate capacity
interim mail matter receiving location
c/o P.O Box 1774 Greene Countrie Drive
West Chester, Pennsylvania (near 19830)
Ph. +1(610)620-5940

        movant

        in contract with

Thomas J. McAvoy
Gary Sharpe
Randolph Treece
Jane/John Doe Nos. 1-25
in non-corporate capacity
c/o 445 Broadway
(James T. Foley Courthouse)
Albany, New York (near 12207)

Joseph M. Sise
Jane/John Doe Nos. 26-50

**Confession of judgment
in lieu of complaint**

Accelerated entry of
judgment and
preservation of
judicial records.

**To the clerk of court:**
This is a bonded *ex
parte* order to be
recorded directly on
the books of the
highest court and
delivered directly to
the superior
magistrate.
This judicial record
being at superior
jurisdiction is not
subject local or other
*de facto* rules.

Fee Pd
$46⁰⁰

1

in non-corporate capacity
c/o 445 Broadway (James T. Foley
Courthouse)
Fonda, New York (near 12068)


Thomas F. Hogan
Jane/John Doe Nos. 51-60
in non-corporate capacity
c/o One Columbus Circle NE
(Administrative Office)
Washington, District of Columbia (near
20544)


Eric H. Holder, Jr.
Richard S. Hartunian
Ransom P. Reynolds, III
Jane/John Doe Nos. 61-90
in non-corporate capacity
c/o 445 Broadway
(James T. Foley Courthouse)
Albany, New York (near 12207)


        confessors


May grace be with you

This verified, authenticated and proved judicial record
comprises special appearance at United States District
Court for the District of Columbia, a court of record
proceeding according to the course of the common law rules
of decision (as stipulated by the United Stated federal
corporation in its by-laws at 28 U.S.C 132, 88, 112, 133
and 3002) for entry by the clerk of court of a confessed
judgment on the books of the highest court to purge an
ongoing state of insurrection and judicial anarchy directed
against the supreme court for the fourth judicial district
of New York and United States District Court for the
Northern District of New York, both courts of record (as
stipulated by the United States and State of New York
corporations in their by-laws at NY.Jud.L. Secs. 2, 3, 140-
b and 149 and 28 U.S.C 132, 88) pursuant to authenticated
judicial records at superior jurisdiction (see affixed
bills of indictment). The highest court is hereby invoked

by the sovereignty to preserve those judicial records (collectively: "judicial records").

As this petition is an authenticated and proved judicial record (without the United States) the clerk of court's surety bond is charged with the obligation to deliver the judicial records directly, not collaterally, to the superior magistrate and record the same accurately and without perversion upon the books of the highest court. The judicial records shall not be diminished to "official records" nor delivered to the Clerk of Court, inferior magistrate nor any other de facto actor.

## Verified judicial record of lawful imperative.

This is a matter of the gravest interest and peril to the people of the state of New York, and by extension, of the United States of America. Confessors have confessed judgment with respect to misappropriating the judicial records of the above noted besieged courts of record, closing the said courts of record to public access and obstructing their unique jurisidictions and the laws, constitution(s) and people(s) of the de jure state of New York and the United States of America, thereby eliminating the lawful remedy reserved by the Founders to the people since antiquity. The superior court for the fourth judicial district of New York has taken judicial notice of an ongoing state of insurrection and anarchy pursuant to the said confessions of judgment.

## Verified judicial record of jurisdiction and law.

The court's ancient jurisdiction is preserved in the laws of the several states, in particular the de jure state of New York (as stipulated by the United States and New York corporations in their by laws at 28 U.S.C. 1652 and N.Y. Jud. Secs. 3, 2 and 140-b).

The court is obligated to proceed according to the course of the common law of England carried forth from antiquity to the fourth day of July in the year of our Lord, seventeen hundred and seventy-six.

Movant has not and does not invoke commercial, maritime, corporate, de facto, military, statutory, inferior, limited or other colorable jurisdictions of any kind.

The superior magistrate having received the judicial records from the clerk of court shall sit upon the jurisdiction of the highest court and, forthwith preserve the judicial records pursuant to the common law rules of decision. Neither the United States nor its agents, real or imagined, may appear at the highest court, fictions being unintelligible at the common law (see Rules of judgment).

### Verified judicial record of authority.

Pursuant to the judicial records, movant has taken an oath of allegiance to the Holy ground upon which the colonial New York republic was duly constituted and is uniquely qualified, authorized and obligated to invoke the court's ancient jurisdiction.

The judicial records prove that Movant is a member of the posterity, beneficiary of the public trusts, grantor and beneficiary of special deposit Trusts Nos.: 156-51-333765, 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, and 1:12-CR-579 and a member of the sovereignty (as stipulated by the United States in its bylaws at United States v. United Mine Workers (1947) 330 U.S. 258, 91 L.Ed 884, 67 S. Ct 677; Galvan v. Federal Prison Indust. (1999, App. D.C.), 339 U.S. App. D.C. 248, 199 F.3d 461; The People v. Herkimer, 15 Am Dec 379, 4 Cowen (N.Y. 345. 348) (1825); Lansing v. Smith, 4 Wend. 9 (1829); Chisholm v. Georgia, 1 L.ed (2 Dall) 415, 472; Bouvier's Law Dictionary, 14th Ed., 4 Wheat 402; Hale v. Henckley, 201 U.S. 43 at 74; and Afroyim v. Rusk, 387 U.S. 253 (1963)), appearing *in vivo* as Glenn Richard Unger.

### Preservation of
### verified judicial record of confessed judgment.

The judicial record having been proved, judgment having been confessed with respect to misappropriation of judicial records, abandonment of offices by public servants, and unauthorized closure of the supreme court for the fourth

judicial district of New York and United States District
Court for the Northern District of New York by officers
thereof, movant does hereby invoke the superior magistrate
and all proxies, surrogates and replacements thereof
(collectively "superior magistrates") to sit upon the
jurisdiction of the highest court and preserve the judicial
records by (i) forthwith issuing common law writ of habeas
court to which movant is lawfully entitled and all other
relief decreed in the judicial records, and (ii) drawing
upon the said bills of indictment to restore the integrity
of the highest courts at issue.

## Verified judical record of common law contract.

Movant does hereby accept the superior magistrates'
respective oaths of office and surety bonds as a specific
contract binding superior magistrates jointly and severally
to the laws, constitution and treaties of the United States
of America, and does hereby further accept the said
constitution as a specific contract binding all public
trustees thereto.

Pursuant to the foregoing, a superior magistrate who ought
to receive the judicial records does hereby sit upon the
jurisdiction of the highest court ascribed herein under
obligation to preserve the judicial records and protect the
superior jurisdiction.

## Verified judicial of immunity.

Movant does hereby extend his sovereign immunity to the
clerk of court and all superior magistrates and shall hold
the same harmless against all penalties and suits
respecting all good faith acts of commission and omission
undertaken in furtherance of this judicial record.

## Verified judicial record of court bond.

The contract to perform at superior jurisdiction is
secured by common law bond pursuant to confessed
obligation. A copy of the said bond is affixed hereto
containing principal, surety and penal sum information is

available upon written to movant's mail matter receiving location.

## Rules of judgment.

(i)   The judicial record is unopposed pursuant to the said bills of indictment. Confessors have jointly and severally waived all rights to contest their respective confessions, having had numerous opportunities to protest and elected to remain silent. Confessors have stipulated that this is properly an *ex parte* proceeding to enter judgment and preserve the said judicial records.

(ii)  Confessors are named herein *in vivo* for actions which are injurious to the United States, State of New York, United States of America and state of New York. Confessors are not named to judicial record as U.S. employees, persons or subjects, nor in their respective corporate capacities, nor for actions which are beneficial to the United States.

(iii)   This judicial record has been verified, authenticated and proved for admission to the court of record and recorded for public disclosure. Nonjudicial, official and corporate records will not lie with this court, nor will the common law abide legal fictions, corporate actors, limited liability or other creatures of false witness. Bogus (commercial, corporate, statutory) paper shall comprise default at superior jurisdiction.

(iv)  Due to emergency medical imperative and the gravity of the ongoing judicial crisis, the superior magistrate shall preserve the judicial records within seven (7) days of the court's receipt thereof. Thereafter, lawful performance shall be compelled as needed in lieu of contempt, joinder, and suretyship, all of which are reserved to movant.

(v)   This judicial record is binding on all the world (as stipulated by the United States and its by-laws in Schneckloth v. Bustamonte, 412 U.S. 218 (1973)), and all courts not of record and those acting in agency for the United States or in *de jure* capacity for the

state of New York or United States of America.
Arguments by *de facto* actors claiming want for
jurisdiction are unintelligible at the common law.

The people of the state of New York appreciate the
superior magistrates' lawful exercise of their de jure
powers and authority pursuant to the requirements of the
higher law.

(This space intentionally left blank)

Solemnly affirmed and subscribed (this the _13th_ day

of _October_ ) in the year of our Father (two thousand

thirteen).


By: _Glenn Richard Unger_

glenn richard, *in vivo* as
Glenn Richard Unger

---

State of Pennsylvania

ss.

County of Bucks

I, **PATRICIA L. BACHTLE**, Prothonotary of the County of Bucks, also Clerk of the Common Pleas Court for said County, the same being a Court of record having by law a seal, do hereby certify that Paul B. Culp ,Jr. before whom the foregoing acknowledgement was taken, and who subscribed His name to the Certificate of the Proof or acknowledgement of the annexed instrument is a Notary Public in and for the said County and residing therein, duly commissioned and sworn and authorized by the laws of said State to take and certify affidavits and the acknowledgements and proofs of deeds of conveyances for land, tenements or hereditaments and other written instruments to be recorded in said State; and further , that I am well acquainted with the handwriting of said Paul B. Culp, Jr.and verily believe the signature to said Certificate of Proof or acknowledgement is genuine.

IN WITNESS Whereof, I have hereunto set my hand and official seal at Doylestown, Bucks County, Pennsylvania, this 15th day of OCTOBER A.D. 2013

PBC-21

_Patricia L. Bachtle_
Clerk of the Common Pleas Court

---

Use of a Notary Public is a courtesy to ensure public trustees remain in harmony with the Public Trust Indenture and does not comprise an election to submit to inferior jurisdiction.

# COMMONWEALTH OF PENNSYLVANIA
# DEPARTMENT OF STATE

**No : 201329995**

## OFFICE OF THE SECRETARY OF THE COMMONWEALTH

**OCTOBER 16, 2013**

PENNSYLVANIA, SS:

I, Carol Aichele, Secretary of the Commonwealth of Pennsylvania, DO HEREBY CERTIFY, that it appears by the records of this office that

**PATRICIA L BACHTLE**

now is, and was at the time of execution of the attached certificate, the duly elected and commissioned CLERK OF THE COURT OF THE COURT OF COMMON PLEAS in and for the County of BUCKS, in the Commonwealth of Pennsylvania, USA, which is a court of law and record having a common seal, and as such officer has the legal custody of the records and the official seal thereof:

I, DO FURTHER CERTIFY, That I verily believe the seal impressed upon the attached certificate is genuine.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the seal of my Office to be affixed, the day and year above written.

*Carol Aichele*

Secretary of the Commonwealth

**This Certification only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.**

**This Certification does not certify the content of the document for which it was issued.**

**This Certification is not valid for use anywhere within the United States of America, its territories or possessions.**

## Common Law Bond

**principal:**      glenn richard of the Holy temple in Christ Jesus
                    styled as Glenn Richard Unger, *in vivo*
                    c/o P.O. Box 1774
                    West Chester, Pennsylvania (near 19380)                    **penal sum of bond**

**surety:**         Diamond Settlement Trust (common law trust entity)
                    c/o P.O. Box 1774                                          **two million dollars ($2,000,000.00)**
                    West Chester, Pennsylvania (near 19380)

                                                                               **lawful money**
**contract:**       Confession of judgment in lieu of complaint
                    United States District Court for the District of Columbia  -  court of record
                    contract at common law

**Obligation:**
We, the principal and surety, are formally bound at law to the *de jure* United States of America in the foregoing penal sum, for payment of which we bind ourselves, our heirs, executors, administrators and successors, jointly and severally.

**Conditions:**
The principal has entered into the contract identified above which is secured by this bond.

**Therefore:**
The above obligation is void if the principal fulfills the terms and conditions of the contract.


                            By:   *Glenn Richard Unger*
                                  ————————————————————
                                  principal, *in vivo*


### Surety Affidavit

   The surety does hereby pledge the principal's assets, real and imagined, as follows, in support of this bond. The said assets, having been secured in trust, the surety, by a bond issued to guarantee complete and successful performance, does hereby guarantee this obligation [by Securities Account No.: 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/Book-entry Account Notation No.: E15757475, held in book entry format at the Federal Reserve Bank of Richmond, 5th District] at common law and without electing adjudication at, or submitting to, inferior jurisdiction.

   Solemnly affirmed (this _13th_ day of _October_ ) in the year of our Lord two thousand thirteen


|                        |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |
| ---------------------- | --- | ---- |
| State of Pennsylvania  |     | I, **PATRICIA L. BACHTLE**, Prothonotary of the County of Bucks, also Clerk of the Common Pleas Court for said County, the same being a Court of record having by law a seal, do hereby certify that Paul B. Culp ,Jr. before whom the foregoing acknowledgement was taken, and who subscribed His name to the Certificate of the Proof or acknowledgement of the annexed instrument is a Notary Public in and for the said County and residing therein, duly commissioned and sworn and authorized by the laws of said |
|                        | ss. | State to take and certify affidavits and the acknowledgements and proofs of deeds of conveyances for land, tenements or hereditaments or other written instruments to be recorded in said State; and further , that I am well acquainted with the handwriting of said Paul B. Culp, Jr.and verily believe the signature to said Certificate of Proof or acknowledgement is genuine. |
| County of Bucks        |     |  |

   IN WITNESS Whereof, I have hereunto set my hand and official seal at Doylestown, Bucks County, Pennsylvania, this 15th day of OCTOBER A.D. 2013

                                                        *Patricia L. Bachtle*
                                                        ——————————————————————
                                                        Clerk of the Common Pleas Court

PBC-21

# COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF STATE

No : 201329999

# OFFICE OF THE SECRETARY OF THE COMMONWEALTH

OCTOBER 16, 2013

PENNSYLVANIA, SS:

I, Carol Aichele, Secretary of the Commonwealth of Pennsylvania, DO HEREBY CERTIFY, that it appears by the records of this office that

### PATRICIA L BACHTLE

now is, and was at the time of execution of the attached certificate, the duly elected and commissioned CLERK OF THE COURT OF THE COURT OF COMMON PLEAS in and for the County of BUCKS, in the Commonwealth of Pennsylvania, USA, which is a court of law and record having a common seal, and as such officer has the legal custody of the records and the official seal thereof:

I, DO FURTHER CERTIFY, That I verily believe the seal impressed upon the attached certificate is genuine.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the seal of my Office to be affixed, the day and year above written.

*Carol Aichele*

Secretary of the Commonwealth

**This Certification only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.**

**This Certification does not certify the content of the document for which it was issued.**

**This Certification is not valid for use anywhere within the United States of America, its territories or possessions.**

37404

**Affidavit**

The judicial record(s) attached hereto have been duly certified by the clerk and authenticated at the court of record at superior jurisdiction by the keeper of the seal, thus being proved and enrolled and entitled to full faith and credit and preference over all nonjudicial, official, *de facto*, unverified and unauthenticated "records".

Solemnly affirmed and subscribed this the ( 28ᵗʰ day of July ) in the year of our Father (two thousand and thirteen)

By: _____

glenn richard of the Holy temple in Christ Jesus
member of the sovereignty

John W Small Jr
BERKELEY County 11:47:53 AM
Instrument No 20130037404
Date Recorded 07/30/2013
Document Type AFFAD
Pages Recorded 17
Book-Page    1044-238
Recording Fee $17.00
Additional    $7.00

Solemnly affirmed and subscribed
this **28** day of **JULY**    , 2013.

WITNESS MY HAND AND SEAL

By: Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Paul B. Culp Jr., Notary Public
Bedminster Twp., Bucks County
My Commission Expires April 14, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

A TRUE COPY
ATTEST-
John W. Small, Jr., Clerk
Berkeley County Court
By _____
Deputy Clerk

Use of a Notary Public is a courtesy to ensure all public trustees remain in harmony with their obligation under the Public Trust Indenture and does not comprise an election to submit to inferior jurisdiction or lesser law.

# COMMONWEALTH OF PENNSYLVANIA
# DEPARTMENT OF STATE

**No : 201321034**

# OFFICE OF THE SECRETARY OF THE COMMONWEALTH

**JULY 16, 2013**

PENNSYLVANIA, SS:

I, Carol Aichele, Secretary of the Commonwealth of Pennsylvania, DO HEREBY CERTIFY, that it appears by the records of this office that

**PATRICIA L BACHTLE**

now is, and was at the time of execution of the attached certificate, the duly elected and commissioned PROTHONOTARY OF THE COURT OF COMMON PLEAS in and for the County of BUCKS, in the Commonwealth of Pennsylvania, USA, which is a court of law and record having a common seal, and as such officer has the legal custody of the records and the official seal thereof:

I, DO FURTHER CERTIFY, That I verily believe the seal impressed upon the attached certificate is genuine.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the seal of my Office to be affixed, the day and year above written.

*Carol Aichele*

Secretary of the Commonwealth

**This Certification only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.**

**This Certification does not certify the content of the document for which it was issued.**

**This Certification is not valid for use anywhere within the United States of America, its territories or possessions.**

clerk of court
United States District Court for the
Northern District of New York
court of record
c/o 445 Broadway
Suite 509
Albany, NY 12207

Dear clerk of court:

Please find verified judicial record, a bill of indictment, for immediate filing at the United States District Court for the Northern District of New York, the court of record at superior jurisdiction, pursuant to your specific authority as clerk of that court.

To be clear, this is a direct filing.  I am not authorizing a collateral filing on the docket of any inferior statutory court (i.e. UNITED STATES DISTRICT COURT). Caution is urged as misfiling will comprise a confession of having altered a judicial record. After filing, please forthwith transmit the same to superior magistrate Thomas J. McAvoy.

Please confirm the filing by sending to me a copy of the applicable recording as specifically entered on the books of the highest court required to be in your possession as follows: c/o Daniel A. Pallen, c/o 106 West Front Street, Media, Pennsylvania 19063.

Regretfully, I must specifically direct that no further communication from a statutory court not of record (i.e. UNITED STATES DISTRICT COURT) be sent to me. Such materials being repugnant to the court of record and insulting are unintelligible.

Thank you very much for your lawful compliance with the specific authority you possess as clerk of the court (of record).  Solemnly affirmed and subscribed this ( _28th_ _ day of _July_ ) in the year of our Lord (two thousand and thirteen).

By: _____
glenn richard of the Holy temple in Christ Jesus

Under He who made the Law
glenn richard of the Holy temple in Christ Jesus
self-aware man (non-corporate)
appearing specially at superior jurisdiction
grantor/beneficiary, Special Deposit Trusts Nos.:
156-51-333765, 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, 1:12-CR-579

United States District Court
for the Northern District of New York
court of record
for filing at superior jurisdiction
proceeding according to the common law rules of decision

## Bill of indictment
## (oyer and terminer)

**Verified judicial record at superior jurisdiction
to establish bill of indictment by confession for
extraordinary special term of supreme court for diligent
inquiry (oyer and terminer) to purge ongoing state of
insurrection and judicial anarchy directed against the
court; as final opportunity for superior magistrate
Thomas J. McAvoy to issue judgment forthwith as lawfully
required upon the jurisdiction of the highest court
in the nature of a common law writ of habeas corpus
for want of objection or disputable issues of fact.**

May grace be with you. This verified judicial record
comprises special appearance at United States District Court for
the Northern District of New York, a court of record proceeding
according to the course of the common law rules of decision at
superior jurisdiction ("highest court") as stipulated by the
United States Federal corporation (at 28 U.S.C. 1652, 132, 112,
133 and 3002; N.Y.Jud.L. Secs. 2, 3 and 140-b) to purge an ongoing
state of insurrection and judicial anarchy at the highest court by

officers thereof which has abrogated the court's integrity and capacity to issue judgment. This judicial record is intended to be remedial, not punitive; a genuine good faith, final opportunity for the superior magistrate to expunge prior iniquities respecting this matter without further inquiry or penalty to him. Being under He who made the Law, this offer of immunity shall manifest forgiveness of all debts (Matthew 6:12, 7:1); that the superior magistrate may enjoy the blessings of honorable service in lieu of suffering judgment by his own command (Luke 6:37).

Verification of judicial records at the highest court.

WHEREAS on or about (the nineteenth day of March, two thousand and thirteen), a certain Notice and decree claiming habeas corpus at superior jurisdiction for the Holy temple and various judicial records in support thereof were accepted by the clerk of court and filed for special proceeding at the highest court, a court of record at superior jurisdiction, for issuance of a common law writ of habeas corpus

WHEREAS neither claimant nor the said judicial records invoked the inferior court at statutory (limited) jurisdiction, the judicial records came to the highest court and superior magistrate Thomas J. McAvoy collaterally through the inferior court not of record notwithstanding specific instructions to the

clerk of court to record same directly on the books of the court of record

WHEREAS the said judicial records are duly noted for emergency *ex parte* proceeding due to claimant's dire medical condition and respondents' willingness to use brutal tactics in contravention of international law and treaties

WHEREAS at least eight (8) days prior to the date of service of this Notice the superior magistrate received a judicial record at superior jurisdiction which compelled him to fulfill his lawful duty by sitting upon the jurisdiction of the highest court and issuing judgment pursuant to the common law rules of decision (as stipulated by the United States at 28 U.S.C. 1652)

WHEREAS the superior magistrate has failed, as of this date, to issue the said judgment, order to show cause, or notice of hearing or act upon the superior jurisdiction in any way

WHEREAS the superior magistrate having jurisdiction is required by law to pass upon the writ "without delay" pursuant to long-standing judicial tradition as stipulated by the United States Federal corporation (stipulated at Tweed v. Liscomb, Court of Appeals of New York, 60 N.Y. 559, 11 Alb. L. J. 396 (1875); Schneckloth v. Bustamonte, 412 U.S. 218 (1973))

WHEREAS the judicial records in the court's possession establish that detainment of claimant is unlawful and no

3

disputable issues of fact contrary to the said judicial records exist

WHEREAS the said judicial records remain unopposed, unrebutted and without objection notwithstanding respondents' have received notice of all of the foregoing facts and events and have declined ample opportunity to respond in kind,

## Verified judicial record of misconduct.

THEREFORE pursuant to the foregoing verified judicial record, the court takes judicial notice at superior jurisdiction of the existence of a state of insurrection and judicial anarchy at the highest court, its judgments having been abrogated by unlawful misappropriation of its judicial records, alteration of its books by the clerk of court, abandonment of the office of superior magistrate, and concealment of its jurisdiction and authority through issuance of inapposite inferior process meant to falsely imply judicial authority with the intent of impugning the court's integrity and injuring claimant, the people of the state of New York, and the posterity.

## Discussion at common law.

The court would be hard-pressed to identify a more prestigious pedigree than its enduring inheritance from antiquity, the collective jurisdictions of the English court of chancery and the supreme court of the colony of New York (as stipulated by the

4

United States at 28 U.S.C. 1652 and N.Y.Jud.L. 140-b) applicable to the powers and supremacy of all courts of record with respect to courts not of record (by stipulation through 1652).  Certainly the state of insurrection herein described, being directed against the court's integrity, power, authority and legitimacy, the state of New York, and the people who comprise the posterity, is intolerable at any time and in particular when promoted by an officer of the court.

Those who hold office must not hold the office hostage. Judges in particular, charged with the power to impose their will by force of arms, must not defile the court by obstructing the jurisdiction, altering the judicial records or coercing clerks to lawlessness.  Such premeditated manipulations attack the very fabric of American jurisprudence a judge is sworn to uphold.  When a judge sitting upon the superior jurisdiction by virtue of a process that came to him collaterally decides willfully, or even inadvertently, to impair the jurisdiction, the result is tyranny all the time.  A judge must always fulfill his duty to proceed pursuant to the applicable law, venue and jurisdiction upon which he sits - even according to the course of the common law no matter how repugnant it may be to his commercial sensibilities - and must never impair nor abrogate the applicable venue when it runs contrary to his customary procedures or preferences.

This is especially true when such action defiles the oldest and most fundamental pillar of American jurisprudence, the common law writ of habeas corpus whose roots have been the anchor by which mankind has occasionally extricated itself from feudalism, tyranny and oppression for more than eight hundred years, during which time it has remained immune from the capricious whims of legislative action and statutory expansion.

The court of record may not, ought not, and shall not tolerate obstruction by an inferior magistrate steeped in the righteousness of statutes no matter how well-meaning the desire to protect the status quo. Not only does such righteousness fail to mitigate such obstruction nor render it any less evil, but toleration of such righteousness must inevitably open the door to less righteous motivations and destruction of all pretense of judicial authority and legitimate government.

### Judicial record of final opportunity to purge insurrection in lieu of confessing judgment.

The court having been abandoned by the superior magistrate and clerk of court, claimant, as sole occupant of the highest court, a member of the posterity, beneficiary of the public trusts, grantor and beneficiary of special deposit Trusts Nos. 156-51-333765, 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 and 1:12-CR-579, and one of the sovereign people long ago recognized and acknowledged by the United States (as stipulated at "in common usage, term 'persons'

6

does not include the sovereign," United States v. United Mine Workers (1947) 330 U.S. 258, 91 L.Ed 884, 67 S. Ct 677; "unless context indicates otherwise, 'person' does not ordinarily include sovereigns" Galvan v. Federal Prison Indust. (1999, App. D.C.), 339 U.S. App. D.C. 248, 199 F.3d 461; The People v. Herkimer, 15 Am Dec 379, 4 Cowen (N.Y. 345. 348) (1825); Lansing v. Smith, 4 Wend. 9 (1829); Chisholm v. Georgia, 1 L.Ed (2 Dall) 415, 472; Bouvier's Law Dictionary, 14th Ed., 4 Wheat 402; Hale v. Henckly, 201 U.S. 43 at 74; and Afroyim v. Rusk, 387 U.S. 253 (1963)), does hereby establish the following public record of opportunity for the superior magistrate to cure the insurrection without penalty.

Thomas J. McAvoy shall sit in judgment as lawfully required upon the jurisdiction of the highest court and issue common law writ of habeas corpus and additional relief as specified in claimant's original notice for cause of incompetent jurisdiction being exercised by the court not of record, order the clerk of court to enter judgment directly in the court's proper journals, and have claimant released from unlawful detention no later than three (3) working days after service of this judicial record on the court, thus concluding this special proceeding.


[THIS SPACE LEFT INTENTIONALLY BLANK]

## Judicial record of confessed judgment.

Failure by the superior magistrate within three (3) days of receipt of this judicial record to issue such common law writ at superior jurisdiction or show cause by authenticated judicial record pursuant to the course of the common law rules of decision why such writ should not issue, shall comprise, as a matter of law, the superior magistrate's irrevocable confession of judgment to contempt of the court, obstruction of the laws of the state of New York and the United States of America, and insurrection against the constitutions thereof, confessed at full liability pursuant to treble default as bill of indictment and superior magistrate's specific consent to judicious oyer and terminer by extraordinary special judicial inquiry at special term or otherwise, and all other lawful remedies available to claimant regardless of venue and without further notice.

## Judicial record of bill of indictment.

The said confessed judgment shall comprise a bill of indictment for finding by special grand jury by which the superior magistrate will have specifically consented to diligent oyer and terminer of all treasons and high crimes by extraordinary special judicial inquiry at superior jurisdiction.

Claimant accepts the superior magistrate's oath and surety bond(s), and the organic constitutions of New York and the United

States of America as specific contract at the common law binding
the superior magistrate to performance or liability by confession.
The event of a confessed judgment shall be a permanent judicial
record providing confessed liability and consent to all remedies
in all venues of law and commerce.

Claimant reserves all rights to assign property, liability
and Federal Withholding Tax to trust [Diamond Settlement Trust,
subsidiary of Diamond Financial, EIN 36-7607854, SEC CIK No.
1557254, DTCC FINS No. 347773] for collection from the Payer in
constructive possession of the OID on the abandonment and barter.

Claimant reserves all protective rights at superior
jurisdiction due to a sovereign; at inferior jurisdiction due to a
private attorney general to vindicate a public interests (i.e.
preserving judicial integrity); all remedies at private
international law; and all other rights and remedies at the
claimant's disposal.

## Judicial record of common law bond.

The contract at common law is bonded as follows:
Principal. Claimaint, as sovereign and beneficiary of the
posterity, does hereby accept the oath of office of Thomas J.
McAvoy ("principal") as the principal's personal bond guaranteeing
his obligation to perform at common law as principal on the bill
of indictment.

9

Surety. Claimant, as sovereign and beneficiary of the posterity, does hereby accepts Thomas J. McAvoy's public hazard bond(s) as surety(ies) guaranteeing the principal's complete and successful performance on bill of indictment.

Penal sum of bond. The bill of indictment is warranted in the amount of two million (2,000,000) troy ounces of 999 fine silver specie (convertible at claimant's discretion to any currency).

Obligation. The principal and surety(ies), and their heirs, executors, administrators, assigns and successors, are firmly bonded to claimant in the full amount of the above penal sum, jointly and severally, to guarantee the principal's complete and successful performance on the bill of indictment.

### Rules of judgment.

This judicial record is to be proved for admission and recorded for public disclosure. Rebuttal of confessed judgment must be by verified and authenticated judicial record to be intelligible per the common law rules of decision. Non-judicial, official, and corporate records will not lie with this court. Lawful performance by the superior magistrate will be duly recorded to preserve and protect his public and private reputation. Bogus paper is subject to special judicial inquiry for vindication of treason.

Claimant desires that no man shall suffer judgment for sins
that may be forgiven.  In the book of Ecclesiastes, King Solomon,
summarized the essence of wisdom succinctly:

**Fear God.**

Solomon added: "Wisdom is like having two good eyes;
foolishness leaves you in the dark."  In our haste, ambition and
pride, we are all prone to walking in the dark.  This judicial
record offers the blessing of light, that public officials may
ethically serve the people for whom they work without
inadvertently stubbing their toes, fully aware that Nature's God
protects the Holy temple in Christ Jesus and, in time, destroys
those who defile it.  (1 Corinthians 3:17).

> "If we hate others, we are living and walking
> in the dark. If we truly love others, we won't
> be worried about the day of judgment. If we
> keep on loving others, we will stay one in our
> hearts with God." (1 Corinthians).

May each of us govern ourselves ethically under God choosing
*wisely* that we may enjoy the full fruit of His blessings and be
judged mercifully by the Creator. We are all reminded that the Law
reserves a higher standard for judges, and those who disobey the
law they are sworn to uphold "will be punished most of all" (Mark,
12:40). Claimant prays to the Father that these prophetic words of
Jesus will be embraced in our hearts, that no man shall

11

unnecessarily be condemned to suffer such hardship by virtue of his own commands.  Claimant prays all will choose honorably, judge wisely, and embrace the wisdom of truth under the watchful eye of God."

In the event of timely purging of the rebellion, this Bill of indictment and all related inquiries shall be closed.

**[SIGNATURE PAGE TO FOLLOW]**

12

Solemnly affirmed and subscribed this the ( _1st_ day of _July_ )
in the year of our Father (two thousand and thirteen)

Respectfully,

By: _Glenn richard_

      glenn richard of the
      Holy temple in Christ Jesus



Solemnly affirmed and subscribed
this _1st_ day of _July_ , 2013.

WITNESS MY HAND AND SEAL

By: Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Paul B. Culp Jr., Notary Public
Bedminster Twp., Bucks County
My Commission Expires April 14, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Use of a Notary Public is a courtesy to ensure all public trustees
remain in harmony with their obligation under the Public Trust
Indenture and does not comprise an election to submit to inferior
jurisdiction or lesser law.

Solemnly affirmed and subscribed this the ( *1st* day of *July* )
in the year of our Father (two thousand and thirteen)


Respectfully,


By: _____
glenn richard of the
Holy temple in Christ Jesus


A TRUE COPY
ATTEST–
John W. Small, Jr., Clerk
Berkeley County Court

By _____
Deputy Clerk

---

I, **PATRICIA L. BACHTLE**, Prothonotary of the County of Bucks, also Clerk of the Common Pleas Court for said County, the same being a Court of record having by law a seal, do hereby certify that PAUL B CULP JR before whom the foregoing acknowledgement was taken, and who subscribed HIS name to the Certificate of the Proof or acknowledgement of the annexed instrument is a NOTARY PUBLIC in and for the said County and residing therein, duly commissioned and sworn and authorized by the laws of said State to take and certify affidavits and the acknowledgements and proofs of deeds of conveyances for land, tenements or hereditaments and other written instruments to be recorded in said State; and further , that I am well acquainted with the handwriting of said PAUL B CULP JR and verily believe the signature to said Certificate of Proof or acknowledgement is genuine.

State of Pennsylvania

ss.

County of Bucks

IN WITNESS Whereof, I have hereunto set my hand and official seal at Doylestown, Bucks County, Pennsylvania, this 15TH day of JULY A.D. 2013

PBC-21

_____
Clerk of the Common Pleas Court

---

Use of a Notary Public is a courtesy to ensure all public trustees remain in harmony with their obligation under the Public Trust Indenture and does not comprise an election to submit to inferior jurisdiction or lesser law.

**Affidavit**

The judicial record(s) attached hereto have been duly certified by the clerk and authenticated at the court of record at superior jurisdiction by the keeper of the seal, thus being proved and enrolled and entitled to full faith and credit and preference over all nonjudicial, official, de facto, unverified and unauthenticated "records."

Solemnly affirmed and subscribed this the (eighteenth day of June) in the year of our Father (two thousand and thirteen).

By: _____

glenn richard of the Holy temple in Christ Jesus
member of the sovereignty

John W Small Jr
BERKELEY County 03:02:11 PM
Instrument No 20130029547
Date Recorded 06/21/2013
Document Type AFFAD
Pages Recorded 12
Book-Page    1040-650
Recording Fee $12.00
Additional    $7.00

Solemnly affirmed and subscribed
this _18th_ day of _June_ , 2013.

WITNESS MY HAND AND SEAL

By: Notary Public _____

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Paul B. Culp Jr., Notary Public
Bedminster Twp., Bucks County
My Commission Expires April 14, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

A TRUE COPY
ATTEST—
John W. Small, Jr., Clerk
Berkeley County Court
By _____
Deputy Clerk

Use of a Notary Public is a courtesy to ensure all public trustees remain in harmony with their obligation under the Public Trust Indenture and does not comprise an election to submit to inferior jurisdiction or lesser law.

**Affidavit**

The judicial record(s) attached hereto have been duly certified by the clerk and authenticated at the court of record at superior jurisdiction by the keeper of the seal, thus being proved and enrolled and entitled to full faith and credit and preference over all nonjudicial, official, de facto, unverified and unauthenticated "records."

Solemnly affirmed and subscribed this the (eighteenth day of June) in the year of our Father (two thousand and thirteen).

By: _____
      glenn richard of the Holy temple in Christ Jesus
      member of the sovereignty

---

State of Pennsylvania

ss.

County of Bucks

I, **PATRICIA L. BACHTLE**, Prothonotary of the County of Bucks, also Clerk of the Common Pleas Court for said County, the same being a Court of record having by law a seal, do hereby certify that PAUL B. CULP JR. before whom the foregoing acknowledgement was taken, and who subscribed HIS name to the Certificate of the Proof or acknowledgement of the annexed instrument is a NOTARY PUBLIC in and for the said County and residing therein, duly commissioned and sworn and authorized by the laws of said State to take and certify affidavits and the acknowledgements and proofs of deeds of conveyances for land, tenements or hereditaments and other written instruments to be recorded in said State; and further , that I am well acquainted with the handwriting of said PAUL B. CULP JR.and verily believe the signature to said Certificate of Proof or acknowledgement is genuine.
    IN WITNESS Whereof, I have hereunto set my hand and official seal at Doylestown, Bucks County, Pennsylvania, this 18th day of JUNE A.D. 2013

**PBC-21**

_____
Clerk of the Common Pleas Court

---

Use of a Notary Public is a courtesy to ensure all public trustees remain in harmony with their obligation under the Public Trust Indenture and does not comprise an election to submit to inferior jurisdiction or lesser law.

# COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF STATE

**No : 201318059**

# OFFICE OF THE SECRETARY OF THE COMMONWEALTH

**JUNE 19, 2013**

PENNSYLVANIA, SS:

I, Carol Aichele, Secretary of the Commonwealth of Pennsylvania, DO HEREBY CERTIFY, that it appears by the records of this office that

**PATRICIA L BACHTLE**

now is, and was at the time of execution of the attached certificate, the duly elected and commissioned PROTHONOTARY OF THE COURT OF COMMON PLEAS in and for the County of BUCKS, in the Commonwealth of Pennsylvania, USA, which is a court of law and record having a common seal, and as such officer has the legal custody of the records and the official seal thereof:

I, DO FURTHER CERTIFY, That I verily believe the seal impressed upon the attached certificate is genuine.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the seal of my Office to be affixed, the day and year above written.

Secretary of the Commonwealth

**This Certification only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.**

**This Certification does not certify the content of the document for which it was issued.**

**This Certification is not valid for use anywhere within the United States of America, its territories or possessions.**

clerk of court
(Lawrence K. Baerman)
United States District Court for the
Northern District of New York
court of record at superior jurisdiction
445 Broadway
Albany, New York (12207)

Dear clerk of court:

Please find verified judicial record compelling the
superior magistrate to perform, for immediate direct filing at
United States District Court for the Northern District of New
York, the court of record at superior jurisdiction, pursuant to
your specific authority as clerk of court.

To be clear, this is a direct filing. I am not authorizing
a collateral filing on the docket of any inferior statutory
court or court not of record (i.e. UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK). Caution is urged as
misfiling comprises a confessed alteration of a judicial record
subject to special judicial inquiry among various other
remedies.

After filing, please forthwith transmit the same to
superior magistrate Thomas J. McAvoy, Randolph Treece or
whomever is sitting upon the jurisdiction of the highest court
to pass upon the writ forthwith according to the common law
rules of decision as required by law (as stipulated by the
United States Federal corporation at 28 U.S.C. 1652; N.Y. Jud.
L. 2, 2-b, and 140-b; Tweed v. Liscomb, Court of Appeals of New
York, 60 N.Y. 559, 11 Alb. L. J. 396). You must not deliver this
record to an inferior magistrate.

The superior magistrate knows what he must do, and I expect
him to do it or bring in a surrogate who is willing to comply
with the higher law.

As you know, this is an emergency proceeding requiring
immediate attention if the superior magistrate is to avoid a
contempt. Please act accordingly.

Please confirm the filing by sending me a copy of the
applicable recording as it appears specifically on the books of
the highest court required to be in your possession, as follows:
c/o Daniel Andrew Pallen, c/o 106 West Front Street, Media,
Pennsylvania (19063). In light of recent events which impugn the

reliability of collateral filing, an inferior court docket would be considered fraudulent (a misappropriated record) and an attack on the court's integrity.

Regretfully, I must specifically direct that no communication from a statutory court not of record (i.e. UNITED STATES DISTRICT COURT) be sent to me as I have no interest in bogus paper, the facilitating mail fraud nor a collateral attack on the court's jurisdiction.

Thank you for your compliance and understanding this (eighteenth day of June) in the year of our Lord (two thousand and thirteen).

By: _____

glenn richard of the Holy temple in Christ Jesus member of the sovereignty

Solemnly affirmed and subscribed this _18th_ day of _June_ , 2013.

WITNESS MY HAND AND SEAL

By: Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
Notarial Seal
Paul B. Culp Jr., Notary Public
Bedminster Twp., Bucks County
My Commission Expires April 14, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Use of a Notary Public is a courtesy to ensure all public trustees remain in harmony with their obligation under the Public Trust Indenture and does not comprise an election to submit to inferior jurisdiction or lesser law.

reliability of collateral filing, an inferior court docket would be considered fraudulent (a misappropriated record) and an attack on the court's integrity.

Regretfully, I must specifically direct that no communication from a statutory court not of record (i.e. UNITED STATES DISTRICT COURT) be sent to me as I have no interest in bogus paper, the facilitating mail fraud nor a collateral attack on the court's jurisdiction.

Thank you for your compliance and understanding this (eighteenth day of June) in the year of our Lord (two thousand and thirteen).

By: _____
        glenn richard of the Holy temple in Christ Jesus
        member of the sovereignty

---

State of Pennsylvania

ss.

County of Bucks

I, **PATRICIA L. BACHTLE**, Prothonotary of the County of Bucks, also Clerk of the Common Pleas Court for said County, the same being a Court of record having by law a seal, do hereby certify that PAUL B. CULP JR. before whom the foregoing acknowledgement was taken, and who subscribed HIS name to the Certificate of the Proof or acknowledgement of the annexed instrument is a NOTARY PUBLIC in and for the said County and residing therein, duly commissioned and sworn and authorized by the laws of said State to take and certify affidavits and the acknowledgements and proofs of deeds of conveyances for land, tenements or hereditaments and other written instruments to be recorded in said State; and further , that I am well acquainted with the handwriting of said PAUL B. CULP JR.and verily believe the signature to said Certificate of Proof or acknowledgement is genuine.

IN WITNESS Whereof, I have hereunto set my hand and official seal at Doylestown, Bucks County, Pennsylvania, this 18th day of JUNE A.D. 2013

**PBC-21**

_____
Clerk of the Common Pleas Court

---

Use of a Notary Public is a courtesy to ensure all public trustees remain in harmony with their obligation under the Public Trust Indenture and does not comprise an election to submit to inferior jurisdiction or lesser law.

Under He who made the Law
glenn richard of the Holy temple in Christ Jesus
appearing specially at superior jurisdiction
grantor/beneficiary, U.S. Trusts Nos.
156-51-333765, 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, 1:12-CR-579

United States District Court
for the Northern District of New York
court of record
proceeding at superior jurisdiction
pursuant to the common law rules of decision

Glenn Richard Unger (non-corporate)
claimant, beneficiary, movant

Eric Holder et al (non-corporate)
respondents

**Verified judicial record at superior jurisdiction to
compel superior magistrate, Thomas McAvoy, to sit upon
judgment of the highest court, United States District Court
for the Northern District of New York, a court of record,
proceeding according to the course of the common law rules
of decision to issue a common law writ of habeas corpus.**

May grace be with you. This verified judicial record

comprises special appearance at the United Stated District

Court for the Northern District of New York, a court of

record proceeding according to the course of the common law

rules of decision, as stipulated by the United States (at

28 U.S.C. 1652, N.Y. Jud. L. 2, 3, and 140-b) for the

purpose of compelling superior magistrate, Thomas McAvoy to

forthwith issue a common law writ of habeas corpus pursuant

to judicial records in his possession as he is lawfully

obligated to do. This judicial record is intended as a

genuine good faith opportunity for the superior magistrate

to enjoy the blessings which accompany honorable and ethical service.

"A generous person will be enriched."(Proverbs 11:25).

As the proceeding has come to the court collaterally, Thomas McAvoy is duly authorized to "sit in judgment upon the jurisdiction of the highest court(s)" (as above-named) as stipulated by the United States (at N.Y. C.P.L.R. 7003; Tweed v. Liscomb, Court of Appeals of New York, 60 N.Y. 559, 11 Alb. L. J. 396 (1875)).

As the right to relief from unlawful imprisonment through the instrumentality of the common law writ of habeas corpus has been inherited from the Magna Carta and incorporated into the organic Constitution for the United States of America, it remains the "bulwark of liberty" for members of the posterity as stipulated by the United States (at ibid.) and the superior magistrate is lawfully compelled to issue judgment.

> ("Whenever the virtue and applicability of the writ has been attacked or impugned, it has been defended, and its vigor and effectiveness reasserted, as the great bulwark of liberty.")

To be clear, it is an ancient maxim of law that the superior magistrate having jurisdiction MUST pass upon the writ, as stipulated by the United States (at ibid.)

2

immediately (as stipulated by the United States as N.Y.C.P.L.R. 7003: "The court to whom petition is made shall issue the writ without delay").

> ("The inquiry is necessary in every case where the process is void, and the officer or court having jurisdiction of the writ must pass upon it.")

Thus, the superior magistrate is hereby compelled to issue judgment within seven days of receiving this judicial record, as the judicial records in his possession and unrebutted prove a want for disputable issues of fact. Or, within the same deadline, as a courtesy and without objection by claimant, the superior magistrate may forthwith issue an order to show cause to respondents or a timely notice of hearing by which claimant may appear specially in the flesh, and respondents may thus show cause as to why the detainment at issue is lawful.

This is an emergency proceeding per the judicial records in the court's possession.

This judicial record applies to any and all magistrates who may sit upon the highest court for this matter, and claimant does hereby invoke the ministerial duty of each thereof and does hereby accept their respective oaths and bonds as contracts binding upon them. Claimant further accepts the organic and United States and

New York constitutions as contracts binding upon all such superior magistrates.

The duty to issue judgment by the magistrate sitting upon the jurisdiction is ancient, and a sacred responsibility the magistrate owes to the public trust as a public obligation.  Claimant reserves all rights to treat the said obligation accordingly in any and all venues of law.  Claimant thanks the superior magistrate in advance for his good faith action and commitment to the duties and responsibilities the law requires of him pursuant to his sacred oath.

Oliver Wendell Holmes, Jr., said that a mind, once stretched, never regains its original dimensions. This creates a dilemma, of course, as an increasing number of people learn the truth about corporate government.  How many psychological evaluations can be ordered, how many people can be sent to prison and their families destroyed, how many judicial records can be misappropriated to the wrong jurisdiction, before judges, themselves, lose heart? Claimant has prayed on numerous occasions that the superior magistrate will be able to partake in the joy of spiritual peace in his heart regarding this matter, and to that end, cites the words of James, brother of Jesus Christ:

"If any of us are looking for wisdom, ask God, who gives generously and ungrudgingly, and it will be given to you" (James 1:5).

Ask God, and you will know what to do. I pray that you will choose wisely and enjoy peace of heart.

Solemnly affirmed and subscribed this the (eighteenth day of June) in the year of our Father (two thousand and thirteen).

By: _____
glenn richard of the Holy temple in Christ Jesus
member of the sovereignty

Solemnly affirmed and subscribed
this 18th day of June, 2013.

WITNESS MY HAND AND SEAL

By: Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Paul B. Culp Jr., Notary Public
Bedminster Twp., Bucks County
My Commission Expires April 14, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Use of a Notary Public is a courtesy to ensure all public trustees remain in harmony with their obligation under the Public Trust Indenture and does not comprise an election to submit to inferior jurisdiction or lesser law.

"If any of us are looking for wisdom, ask God, who gives generously and ungrudgingly, and it will be given to you" (James 1:5).

Ask God, and you will know what to do. I pray that you will choose wisely and enjoy peace of heart.

Solemnly affirmed and subscribed this the (eighteenth day of June) in the year of our Father (two thousand and thirteen).

By: _____
glenn richard of the Holy temple in Christ Jesus
member of the sovereignty

---

State of Pennsylvania

ss.

County of Bucks

I, **PATRICIA L. BACHTLE**, Prothonotary of the County of Bucks, also Clerk of the Common Pleas Court for said County, the same being a Court of record having by law a seal, do hereby certify that PAUL B. CULP JR. before whom the foregoing acknowledgement was taken, and who subscribed HIS name to the Certificate of the Proof or acknowledgement of the annexed instrument is a NOTARY PUBLIC in and for the said County and residing therein, duly commissioned and sworn and authorized by the laws of said State to take and certify affidavits and the acknowledgements and proofs of deeds of conveyances for land, tenements or hereditaments and other written instruments to be recorded in said State; and further , that I am well acquainted with the handwriting of said PAUL B. CULP JR.and verily believe the signature to said Certificate of Proof or acknowledgement is genuine.
    IN WITNESS Whereof, I have hereunto set my hand and official seal at Doylestown, Bucks County, Pennsylvania, this 18th day of
JUNE A.D. 2013

PBC-21

_____
Clerk of the Common Pleas Court

---

in harmony with their obligation under the Public Trust Indenture and does not comprise an election to submit to inferior jurisdiction or lesser law.

A TRUE COPY
ATTEST-
John W. Small, Jr., Clerk
Berkeley County Court
By _____
Deputy Clerk

5

/5691

## Affidavit

The following judicial records have been duly certified by
the clerk and authenticated at the court of record at
superior jurisdiction by the keeper of the seal, thus being
proved and enrolled and entitled to full faith and credit
and preference over all nonjudicial, official and de facto
"records:"

(i)     Oath of allegiance to a foreign state;

(ii)    Termination nunc pro tunc of all licenses, contracts,
        powers of attorney and privileges;

(iii)   Absolute claim of flesh and blood body;

(iv)    Judicial notice of termination of U.S. Government
        Contracts Nos. 156-51-XXX765 and XXX-XX-3723;

(v)     (Claim of) Rescission of negotiation;

(vi)    Exclusion of presumptive (U.S.) citizenship;

(vii)   Superceding oath of allegiance to a foreign state;

(viii)  Notice and decree claiming habeas corpus at superior
        jurisdiction.

Solemnly affirmed and subscribed this (*eighteenth* day of *March* )
in the year of our Father (two thousand and thirteen).

                                    By: _____
                                        glenn richard, self-aware man
                                        appearing at superior jurisdiction
                                        as Glenn Richard Unger

A TRUE COPY
ATTEST
John W. Small, Jr., Clerk
Berkeley County Court
Deputy Clerk

[Solemnly affirmed and sub-]
[scribed this  18  day of  ]
[  March  , 2013.         ]
[WITNESS my hand and seal. ]
[                          ]
[                          ]
[ Notary Public            ]

KATHLEEN A GRADY
NOTARY PUBLIC STATE OF NEW YORK
ALBANY COUNTY
LIC. #01GR6044083
COMM. EXP.  6/24/14

John W Small Jr
BERKELEY County  03:18:36 PM
Instrument No 20130015691
Date Recorded 04/09/2013
Document Type AFFAD
Pages Recorded 41
Book-Page     1034-554
Recording Fee $41.00
Additional    $10.00

Use of a Notary Public is a courtesy to ensure that all public
trustees remain in harmony with their obligations under the
Public Trust Indenture and does not elect submission to lesser
or inferior venue of law or jurisdiction.

*United States of America*

## *State of New York*
## *Department of State*

It is hereby certified, that **Thomas G. Clingan** was Clerk of the County of Albany in the State of New York, and Clerk of the Supreme Court therein, being a Court of Record, on the day of the date of the annexed certificate, and duly authorized to grant same; that the seal affixed to said certificate is the seal of said County and Court; that the attestation thereof of said Clerk is in due form and executed by the proper officer; and that full faith and credit may and ought to be given to said Clerk's official acts.

**In testimony whereof,** the Department of State Seal is hereunto affixed.

Witness my hand at the city of Albany

this 22nd day of February

**Two Thousand and Thirteen**



Sandra J. Tallman
Special Deputy Secretary of State

113480
03835595.RSL (REV: 08/25/10)

RE 158 807 147 US

Under He who made the Law
glenn richard of the Holy temple
self-aware man appearing as Glenn Richard Unger
at superior jurisdiction
noncommercial, unincorporated
on Rensselaer county, New York republic
Grantor/Beneficiary, Special Deposit Trusts
Nos. 156-51-333765, 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, 1:12-CR-579

Beneficiary hereby accepts the promissory oaths and bonds
of all public trustees as binding them respectively to
the Public Trust Indenture as duly Constituted; accepts
the organic and derivative Constitutions as binding contracts;
invokes the respective ministerial duties of all public
trustees to honor, obey and protect Beneficiary as a member
of the Posterity; and extends his sovereign immunity to
all public trustees for all good faith acts in furtherance
of this <u>judicial record</u>, a Testamentary in the Holy Spirit.


United States District Court
for the Northern District of New York
court of record


Glenn Richard Unger
for the people of the
United States of America under G-d

        Claimant

Eric Holder
Richard S. Hartunian
Gary L. Sharpe
Jack Mahar

        Respondents (non-corporate capacity)


Notice and decree claiming habeas corpus at superior
jurisdiction to preserve the Holy temple

                    with

(i)     Oath of allegiance to a foreign state;
(ii)    Termination nunc pro tunc of all licenses, contracts,
        powers of attorney, benefits and privileges et al;
(iii)   Absolute claim of flesh and blood body;
(iv)    (Claim of) Rescission of negotiation;
(v)     Exclusion of presumption of citizenship;
(vi)    Verification of termination of U.S. Government Contract
        Nos. 156-51-333765 and 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;
(vii)   Superseding oath of allegiance to a foreign state.

Re.:  (Account No. 1:12-CR-579; depository N.N.Y.U.S.D.C.)

                    Cover

Under He who made the Law                    RE 158 807 059 US
glenn richard of the Holy temple
self-aware man appearing as Glenn Richard Unger
at superior jurisdiction
noncommercial, unincorporated
on Rensselaer county, New York republic
Grantor/Beneficiary, Special Deposit Trusts
Nos. 156-51-333765, 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, 1:12-CR-579

Beneficiary hereby accepts the promissory oaths and bonds
of all public trustees as binding them respectively to
the Public Trust Indenture as duly Constituted; accepts
the organic and derivative Constitutions as binding contracts;
invokes the respective ministerial duties of all public
trustees to honor, obey and protect Beneficiary as a member
of the Posterity; and extends his sovereign immunity to
all public trustees for all good faith acts in furtherance
of this judicial record, a Testamentary in the Holy Spirit.

                    supreme court for the
            fourth judicial district of New York
                     court of record

Glenn Richard Unger
for the people of the
United States of America under G-d

        Claimant

Eric Holder
Richard S. Hartunian
Gary L. Sharpe
Jack Mahar

        Respondents (non-corporate capacity)

        Notice and decree claiming habeas corpus at superior
            jurisdiction to preserve the Holy temple

                         with

(i)      Oath of allegiance to a foreign state;
(ii)     Termination nunc pro tunc of all licenses, contracts,
         powers of attorney, benefits and privileges et al;
(iii)    Absolute claim of flesh and blood body;
(iv)     (Claim of) Rescission of negotiation;
(v)      Exclusion of presumption of citizenship;
(vi)     Verification of termination of U.S. Government Contract
         Nos. 156-51-333765 and 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;
(vii)    Superseding oath of allegiance to a foreign state.

Re.:   (Account No. 1:12-CR-579; depository N.N.Y.U.S.D.C.)

                         Cover

Under He who made the Law

## Notice of Law

LET IT BE KNOWN TO ALL, the maxim of Law governing this Notice, preserved at superior jurisdiction from ancient times, has been written:

"Do not mistreat or oppress a foreigner

for you were foreigners in Egypt." (Exodus 22:21)

"Make every effort to live in peace with everyone."

(Hebrews 12:14)

---

By the grace and favor of our beloved G-d

Grace and peace to all.

BE IT RESOLVED UNDER He who made the Law, this Notice comprises special appearance at the court of record[1] at superior jurisdiction to which the inferior jurisdiction has stipulated and is bound by its Public Trust Indenture at Judiciary Code, Sections 132, 171, 251 et seq, and without intent to embarrass the derivative court not of

(This space intentionally left blank.)

1

record.  <u>This Notice is a judicial record</u> and shall not be construed

as an official, corporate or de facto record at statute.[4] The court

of record is hereby invoked to preserve this and derivative judic-

ial records, thus restoring through the great writ natural order

and harmony between worldly law and the Holy temple in Christ

Jesus preserved in the living body of the Beneficiary, a true

believer.  The court's records, being sufficient to impeach its

judgments, nonjudicial, official and inferior records shall not

lie with this court, nor may this court be accessed or invoked

by titles of nobility or other imagined, unclean or "legalized"

constructions.  <u>All public trustees are bound to preserve this and</u>

<u>subsequent judicial records</u>.  This court is not of the kingdom of

the air. For it is written:

> "For through the law I died to the law so that
>
> I might live for the Father." (Galatians 2:19)

<u>This decree manifests claim for the great writ of habeas corpus</u>

<u>at superior jurisdiction, well hidden but duly confessed</u>:

> "Everyone in this body (Congress) knows that there
>
> are two forms of habeas corpus, the Constitutional
>
> form which Congress can't touch, and the statutory
>
> form which Congress wrote." (John Sensennbrenner,
>
> Chairman, House Judiciary Committee, debate on the
>
> Military Commissions Act, 2007)

<u>for the glorious purpose of reclaiming the Holy temple for Christ</u>

<u>Jesus as is required under all venues of law</u>.

<u>This judicial record shall not be desecrated to statutory</u>

<u>jurisdiction</u>, such conversion comprising an act of war against

the Public Trust and Posterity and, for public trustees, a

violation of their respective obligations under 18 U.S.C. 2073

et seq of the Public Trust Indenture subject to ten years

incarceration.

## Authority

This court is invoked by Glenn Richard Unger ("Beneficiary")

BY GRACE AND authority of the Father.  This court's authority is

self-evident.  The people have so stipulated by their Declaration

of 1776, and the duly Constituted Public Trust Indenture.

The court has stipulated to the absolute supremacy and exclu-

sivity of the Beneficiary's claim against his flesh and blood body

as part of the Holy temple in Christ Jesus, on behalf of the one

true Sovereign.  The court has further stipulated to the Beneficiary's

judicial status on the land as grantor by legacy of the Public

Trust duly Constituted and beneficiary (member) of the Posterity.

Beneficiary is neither corporate nor commercial, claims no

benefits or privileges under the Public Trust, stands under no

public bonds, and seeks nothing but lawful compliance by his pub-

lic trustees with their obligations under the Public Trust.

Beneficiary apologizes sincerely for any mistakes and mis-

judgments he may have made in his profound worldly ignorance.

For it is written:

"Don't you know that you yourselves are the Father's

temple and that His spirit dwells in your midst?"

(1 Corinthians 3:16)

## Peace Bond

This court of record is hereby bonded in peace by lawful

3

silver specie 999 pure (affixed) for all good faith actions under-
taken to preserve this judicial record, said bond representing
Beneficiary's extending his sovereign immunity by the Father's
grace to this court and Beneficiary's standing under the Holy
Spirit, truth in Christ Jesus.

## Jurisdiction

Having been invoked  by a child of the Father under His grace,
this court's jurisdiction for the singular purpose of removing
worldly impurities from the Holy temple through the great writ is
self-evident and unimpeachable.  As a self-confessed court of record,
this court is the guardian of the portal between flesh and spirit.
Stipulation at inferior jurisdiction to this court's superior
jurisdiction is duly noted hereunder as a courtesy to all public
trustees.[2] This claim is the result of an international trespass.

This court's jurisdiction celebrates the Founding and proud
tradition of American jurisprudence.

The right to appeal the precepts of a court not of record to
a court of record, a maxim of law, is preserved and invoked herein;
said appeal not being subject to discretion or impairment at
limited jurisdiction.

## Claim of habeas corpus

Beneficiary is a living man with dominion (Genesis 1:26) and
stewardship (2 Corinthians 5:6) over the land and his worldly body.

Beneficiary is not a corporation or "legalized" fiction/person.

Beneficiary has exhausted his worldly remedies since Beneficiary,
having been baptized in the Holy spirit of Christ Jesus, has no
worldly remedies under statutory commerce (buying and selling)
without condemning himself to eternal damnation for idolatry.

4

For it is written:

"You who are trying to be justified by the law have been
alienated from Christ; you have fallen from grace." (Galatians
(5:4).

Beneficiary's body has been held in an iron yoke since December
29, 2012 on the mistaken presumption that he is of the world, a
U.S. subject, "U.S. person" at 26 U.S.C. 7701 of the limited
statutory jurisdiction, State of New York "driver" under vol-
untary commercial contract, a voluntary trustee for U.S. Government
Contract Trusts Nos. 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 and 1:12-CR-579 (depository
N.N.Y. U.S.D.C.), and a voluntary "individual surety" for U.S.
public debt pursuant to U.S. Government Contract Pledge No.
156-51-333765 and bond issue derived thereby presumed to guarantee
the performance of U.S. Government Contract No. 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.

All of the foregoing commercial presumptions and presumed
contracts and trusts have been defeated by the judicial records
at the court of record (Testaments A and B).  The inferior
jurisdiction has stipulated that Beneficiary's Oath of Allegiance
to a foreign state without the United States precludes any
presumption of U.S. nationality respecting Beneficiary (Testaments A and
B).  Beneficiary is not a United States citizen or national nor
a subject of the United States, (Testaments A and B).

U.S. Government Contracts Nos. 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 and 156-51-333765
appear in official records of the Internal Revenue Service as
"deceased" (terminated entities) subsequent to corporate dissolution,
legal notice and Notice of Fiduciary Relationship accepted by
Clerk No. 44310 on or about November 11 and 14 respectively, 2011
and confirmation of termination by Standard Form 30 at inferior

jurisdiction on or about November 14, 2012 and in possession of the man occupying the Office of Secretary of the Treasury.

Judicial records at this court (Testament B) establish that all powers of attorney, licenses, adhesion contracts, trusts, securities, indentures, accounts, registrations, novations, privileges and benefits ("worldly impurities"), real, imagined or presumed by the United States, the Internal Revenue Service, the Federal Reserve System or other worldly constructions respecting Beneficiary have been terminated (Testament B).

Pursuant to said judicial records:

(i) Beneficiary has claimed rescission of negotiation respecting all such worldly impurities (Testament B);

(ii) Beneficiary has claimed absolute dominion over his own flesh and blood body (Testament B);

(iii) Beneficiary has returned all such worldly impurities to the source to the best of his ability while under the iron yoke (Testament B).

Therefore, having been baptized by the Holy Spirit, Beneficiary is a true believer in the resurrection, absolute biological property of the Father, and cleansed in the blood of Christ Jesus.

THE JUDICIAL RECORD HAVING BEEN PROVED, SEALED AND ADMITTED, any further presumption that Beneficiary is a nonbeliever is in fact an assault on the Holy temple and the blood and body of Christ Jesus incarnate. The dead cannot invade the Kingdom. The dead want for lawful authority to wrest Beneficiary from the Holy temple and force him to condemn himself to eternal damnation by bowing down to a corporate idol.

6

Can there be a greater sin, a greater perversion of law, a greater crime against mankind, the Father, the Son, and one's own family and status in the eyes of the Father on judgment day, than forcing a true believer to worship false idols?  Whether in ancient coliseums or modern edifices, how harsh are the penalties:

> "If anyone destroys the Father's temple, the Father
> will destroy that person; for His temple is sacred,
> and you together are that temple."  (1 Corinthians 3:17),

and Beneficiary prays that no man shall so suffer.

### Findings of fact; conclusions of Law

Notwithstanding normal business practices and presumptions of regularity, the zeal to enforce civil "law" subsequent to the United States victory at the Appomatox Courthouse in 1865 must be tempered by recognition that the existence of courts not of record is wholly dependent on the persistence of the courts of record[5] which they mirror and which bear consensual rather than presumed authority.  Despite individual reluctance, when the presumptions of U.S. personage have been defeated by judicial record, public trustees must revert to the common law rule of decision[3] to avoid the impression of tyranny under the Civil War era Confiscation and Enrollment Acts and the current perpetual "States of National Emergency."  Thus, due process of law, voluntary rather than presumed contracts, full disclosure, breach of contract, injured parties, authentic affidavits, and acceptance of full liability, are restored, and the proud and essential tradition of individual American sovereignty is celebrated at the expense of strategic misnomer (e.g. "Sovereign Citizen") and tactical "legal" process.

Only in this way can man claim the right and providence to

judge his fellow man:

> "Do you ask for a ruling from those whose way of life
> is scorned in the church?...Do you not know that the
> Lord's people will judge the world?"  (1 Corinthians 6:4,
> 6:2).

The trespasses described in this judicial record, if permitted
to persist, would comprise a breach of trust by public trustees
against the Public Trust duly Constituted.  Either the trespasses
or the trespassers must be purged notwithstanding the insidiousness
of lex mercatoria at limited statutory jurisdiction.

Unlike ancient Rome, common belief is that American jurispru-
dence was tempered in the Word, and it is presumed that those
who claim the right of judgment in this world remain ready and
willing  to distinguish true believers who can no longer bow to
corporate or other unclean idols nor repudiate the Father by
continuing to confess to the status of an unpure "legal" decedent.

There is no higher responsibility among worldly judges.  In
the twenty-first century, can the persecution of devout Christians
for refusing to renounce the Holy temple in Christ be morally
defensible?

Can they be defiled for searching for ancient hidden remedies
to extricate themselves from commercial "law" under the mark of
the beast of the sea?

Can they be morally persecuted for refusing residency, driving
privileges or other contracts into subjecthood to the United
States Federal corporation?

Once the judicial record is made, this court may not and should
not question or impair the Holy temple, notwithstanding inconven-

ience posed by timing or circumstance.  Once true belief is enshrined, jurisdiction passes to the Son and no worldly court may trespass thereon.  By its very nature, the New Covenant of citizenship in Heaven is immutable, having required a conscious decision to be reborn into the resurrection of life and cast off all worldy demons. Regardless of when this sacred event occurs, this court and all worldly courts are obligated to defer to the Holy temple and comply with the Law that is antecedent to all worldly law, and refrain from trespassing on foreign soil, the Holy temple, the blood of the Son of G-d.  According to the Law, to continue to persecute a true believer once the presumption of inferior jurisdiction is defeated is to crucify the Son of G-d once again:

> "To their loss, they are crucifying the Son of G-d
> all over again and subjecting him to public disgrace."
> (Hebrews 6:6)

Even the most well intentioned prosecution, when imposed on foreign soil, must cease when the mark of the beast is cleansed, secure in the knowledge that the true believer will thereafter be a blessing to society in favor of love, kindness, compassion, civility and service to the neediest among us.

BY HIS GRACE:

WHEREFORE, based upon the judicial records at hand, this court can confidently conclude that:

(i) Beneficiary can no longer be morally presumed to be under inferior jurisdiction nor a trustee to corporate interests, having twice taken an oath to a foreign state, terminated all worldly adhesion contracts, licenses and powers of attorney, and established absolute claim to his own flesh and blood body for the Father;

(ii) The court not of record wants for jurisdiction respecting

Beneficiary and his interests;

(iii) The court not of record wants for an injured party, adhesion contract, pledge of labor, birth bond or commercial energy necessary to charge or make a claim against a man;

(iv) Beneficiary has lived a life of civility and nonviolence, evangelizing peace, forgiveness, mercy and righteousness, in particular respecting public trustees.

BY HIS GRACE:

THEREFORE, Beneficiary's flesh and blood body in Christ Jesus, being of the Holy temple without the United States and not public property, should be released and all pretense of authority and jurisdiction should cease.  For it is written:

"The oath confirms what is said and puts an end to all argument."  (Hebrews 6:16)

### Decree Absolute

IT IS HEREBY DECREED under authority of the Word that a great writ of habeas corpus should issue and the body of Christ Jesus as apportioned and preserved in the Beneficiary's flesh and blood worldly form should be brought forth promptly, and if no one of the flesh shall bring forth written authority bearing Benefic- iary's lawful and correct name under Christ Jesus, Beneficiary should be immediately released and made whole, all of his worldly possessions returned, the judicial record preserved, and all official records at inferior jurisdiction brought into conformity therewith so that Beneficiary may go forth and serve mankind on behalf of the Father and the Son.

SO IT IS DECREED IN PEACE AND LOVE in the name of Jesus Christ through the Holy Spirit, and shall remain until judgment day.

LET ALL OF WORLDLY FLESH KNOW that the mark of the beast of the sea shall not again desecrate this living soul:

"But if you are led by the spirit, you are not

under the law." (Galatians 5:18)

"What the Father has cleansed, do not call impure."

(Acts 11:9)

MAY GRACE AND MERCY BE WITH YOU: "Judgment without mercy will be shown to anyone who has not been merciful.  Mercy triumphs over judgment."  (James 2:12)

This Testamentary in Christ Jesus is solemnly affirmed and subscribed through the Holy Spirit this ( _twelfth_ ) day of _February_ ) in the year of our Lord (two thousand and thirteen).

Glenn Richard Unger
at superior jurisdiction by
special appearance

By: _Glenn Richard Unger_

for the Holy temple of Christ Jesus in glenn richard, self-aware man.



LET ALL OF WORLDLY FLESH KNOW that the mark of the beast of the sea shall not again desecrate this living soul:

"But if you are led by the spirit, you are not

under the law." (Galatians 5:18)

"What the Father has cleansed, do not call impure."

(Acts 11:9)

MAY GRACE AND MERCY BE WITH YOU: "Judgment without mercy will be shown to anyone who has not been merciful.  Mercy triumphs over judgment."  (James 2:12)

This Testamentary in Christ Jesus is solemnly affirmed and subscribed through the Holy Spirit this ( _twelfth_ day of _February_ ) in the year of our Lord (two thousand and thirteen).

Glenn Richard Unger
at superior jurisdiction by
special appearance

By: _Glenn Richard Unger_

for the Holy temple of Christ
Jesus in glenn richard, self-
aware man.

[ Solemnly affirmed and sub- ]
[ scribed this _12th_  of ]
[ _February_ , 20 _13_ ]
[ WITNESS my hand and seal ]
[ KATHLEEN A GRADY ]
[ NOTARY PUBLIC STATE OF NEW YORK ]
[ ALBANY COUNTY ]
[ Notary Public #01GR6044083 ]
[ COMM. EXP. _6/26/14_ ]

Use of a Notary Public is a courtesy to assist public trustees in
remaining in honor with the Public Trust Indenture, and does not
comprise an election to submit to an inferior venue of "law."

11

### End Notes

"I did not come to destroy the law,
but to fulfill it."  (Matthew 5:17)

Beneficiary provides the following stipulations of the inferior
jurisdiction to the supremacy of the superior jurisdiction at
the court of record to ensure that  public trustees may remain
in harmony with their obligations under the Public Trust Indenture
duly Constituted and evolved.  This courtesy does not comprise
an election to invoke, submit to, or appear at limited
statutory jurisdiction.  This Notice is intended to facilitate
peaceful coexistence of law and color of law, restoring that
which has been all but lost to memory.

[1] (28 U.S.C. Secs. 132(a), 171(a), 251(a), 1739, 1741; N.Y.Jud.
L. Secs. 2, 3, 140; 3 Bl. Comm. 24; 3 Steph. Comm. 383; The
Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton,
52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229;
Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231; FRCP 44.)

[2] (The judgment of a court of record whose jurisdiction is final,
is as conclusive on all the world as the judgment of this court
would be.  It is as conclusive on this court as it is on other
courts.  It puts an end to inquiry concerning the fact, by
deciding it.  Ex parte Watkins, 3 Pet., at 202-203; Schneckloth
v. Bustamonte, 412 U.S. 218, 255 (1973); Note, however, that in
California "superior court" is the name of a particular court.
But when a court acts by virtue of a special statute conferring
jurisdiction in a certain class of cases, it is a court of infer-
ior or limited jurisdiction for the time being, no matter what
its ordinary status may be.  Heydenfeldt v. Superior Court, 117
Cal. 348, 49 Pac. 210, Cohen v. Barrett, 5 Cal. 195, 7 Cal. Jur.
579.)

[3] ("Inferior courts" are those whose jurisdiction is limited and
special and whose proceedings are not according to the course
of the common law.  Ex parte Kearny, 55 Cal. 212, Smith v. Andrews,
6 Cal. 652; A "court of record" is a judicial tribunal...proceed-
ing according to the course of the common law.  Jones v. Jones,
188 Mo. App. 220, 175 S.W. 227, 229, Ex parte Gladhill, 8 Metc.
Mass., 171 per Shaw, C.J., Ledwith v. Rosalsky, 244 N.Y. 406,
155 N.E. 688, 689; A court of record is a judicial tribunal...
proceeding according to the course of the common law.  7 Cal.
Jur.; Ex parte Thistleton, 52 Cal. 220; General jurisdiction of
N. Y. supreme court includes common law of England. N.Y.Jud.L. 140-b.)

[4] (Judicial records 28 U.S.C. 1739, 1741; Proceedings in courts
of chancery are said not to be, strictly speaking, records;
but they are so considered.  Gresley, Ev. 101, 8 Mart. La.N.S.
303, 1 Rawle, Penn. 381, 8 Yorg. Tenn. 142, 1 Pet. C. C. 352.)

[5](Common law rule of decision, United States of America, 28 U.S.C. 1652 State laws as rules of decision.  The laws of the several states except when the Constitution or treaties of the United States or Acts of Congress otherwise require or provide, <u>shall be regarded as rules of decision in civil actions in the courts of the United States</u> in cases where they apply;  F.R.C.P. 2.  There shall be <u>one form of action to be known as "civil action"</u>.)

[5](Common law rule of decision, New York state republic.  N.Y.Jud.L. 140-b General jurisdiction of supreme court.  The general jurisdiction in law and equity which the supreme court possesses under the provisions of the constitution includes <u>all the jurisdiction which was possessed and exercised by the supreme court of the colony of New York</u> at any time, and by <u>the court of chancery in England</u> on the fourth day of July, seventeen hundred seventy-six.)

13

Under He who made the Law
glenn richard of the Holy temple
self-aware man appearing as
Glenn Richard Unger at
superior jurisdiction on
Rensselaer county, New York republic
Grantor/Beneficiary, Special Deposit Trusts
Nos. 156-51-333765, 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, 1:12-CR-579
under extension of sovereign immunity to all
public trustees for compliance with this
judicial record at the court of record.

United States District Court
for the Northern District of New York

Glenn Richard Unger et al

    Claimant

Eric Holder et al

    Respondents (noncorporate capacity)

Decree

    Upon consideration of the judicial records at hand,
the court of record decrees that UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF NEW YORK shall immediat-
ely order respondent Jack Mahar acting as sheriff of
Rensselaer County to release claimant Glenn Richard Unger
from custody and destroy all records related to said
claimant's detention thereby.
    It is further decreed that case No. 1:12-CR-579 at
statute be quashed, all related claims be terminated, all
Court bonds be recalled and cancelled, all records related
thereto be expunged regardless of location or custodian,
in particular all fingerprints, photographs and DNA
regardless of form or media, and all public records be
adjusted to fully preserve the judicial record of claimant's
immunity.
    It is further decreed that the said court not of
record order the Federal Bureau of Investigation to immed-
iately return all of claimant's holdings, possessions and
property, and all copies made thereof.
    It is hereby decreed this (aihteenTh) day of ( March )
in the year of our Father (two thousand thirteen).

3-18-13

By: _____
    controlling (legal) authority

KATHLEEN A GRADY
NOTARY PUBLIC STATE OF NEW YORK
ALBANY COUNTY
LIC. #01GR6044083
COMM. EXP. 6/12/14

Under He who made the Law
glenn richard of the Holy temple
self-aware man appearing as
Glenn Richard Unger at
superior jurisdiction on
Rensselaer county, New York republic
Grantor/Beneficiary, Special Deposit Trusts
Nos. 156-51-333765, 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, 1:12-CR-579
under extension of sovereign immunity to all
public trustees for compliance with this
judicial record at the court of record.

supreme court for the
fourth judicial district of New York
By the grace of G-d

Glenn Richard Unger et al

    Claimant

Eric Holder et al

    Respondents (noncorporate capacity)

Decree

    Upon consideration of the judicial records at hand,
the court of record decrees that UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF NEW YORK shall immediat-
ely order respondent Jack Mahar acting as sheriff of
Rensselaer County to release claimant Glenn Richard Unger
from custody and destroy all records related to said
claimant's detention thereby.
    It is further decreed that case No. 1:12-CR-579 at
statute be quashed, all related claims be terminated, all
Court bonds be recalled and cancelled, all records related
thereto be expunged regardless of location or custodian,
in particular all fingerprints, photographs and DNA
regardless of form or media, and all public records be
adjusted to fully preserve the judicial record of claimant's
immunity.
    It is further decreed that the said court not of
record order the Federal Bureau of Investigation to immed-
iately return all of claimant's holdings, possessions and
property, and all copies made thereof.
    It is hereby decreed this ( *twentieth* ) day of ( *February* )
in the year of our Father (two thousand thirteen).

By: _Glenn Richard Unger_
       controlling (legal) authority

2-20-13

KATHLEEN A GRADY
NOTARY PUBLIC STATE OF NEW YORK
ALBANY COUNTY
LIC. #01GR6044083
COMM. EXP. 6/12/14

Under He who made the Law
glenn richard of the Holy temple
self-aware man appearing as
Glenn Richard Unger at
superior jurisdiction on
Rensselaer county, New York republic
Grantor/Beneficiary, Special Deposit Trusts
Nos. 156-51-333765, 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, 1:12-CR-579
under extension of sovereign immunity to all
public trustees for compliance with this
judicial record at the court of record.

              supreme court for the United States of America
                        By the grace of G-d

Glenn Richard Unger et al

        Claimant

Eric Holder et al

        Respondents (noncorporate capacity)

                          Decree

        Upon consideration of the judicial records at hand,
the court of record decrees that UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF NEW YORK shall immediat-
ely order respondent Jack Mahar acting as sheriff of
Rensselaer County to release claimant Glenn Richard Unger
from custody and destroy all records related to said
claimant's detention thereby.
        It is further decreed that case No. 1:12-CR-579 at
statute be quashed, all related claims be terminated, all
Court bonds be recalled and cancelled, all records related
thereto be expunged regardless of location or custodian,
in particular all fingerprints, photographs and DNA
regardless of form or media, and all public records be
adjusted to fully preserve the judicial record of claimant's
immunity.
        It is further decreed that the said court not of
record order the Federal Bureau of Investigation to immed-
iately return all of claimant's holdings, possessions and
property, and all copies made thereof.
        It is hereby decreed this (_Twelfth_ ) day of ( _February_ )
in the year of our Father (two thousand thirteen).

                        By: _____
                            controlling (legal) authority

KATHLEEN A GRADY
NOTARY PUBLIC STATE OF NEW YORK
ALBANY COUNTY
LIC. #01GR6044083
COMM. EXP. _____

Under He who made the Law
glenn richard of the Holy temple
self-aware man appearing as
Glenn Richard Unger at
superior jurisdiction on
Rensselaer county, New York republic
Grantor/Beneficiary, Special Deposit Trusts
Nos. 156-51-333765, 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, 1:12-CR-579
under extension of sovereign immunity to all
public trustees for compliance with this
judicial record at the court of record.

United States Court of International Trade
By the grace of G-d

Glenn Richard Unger et al

        Claimant

Eric Holder et al

        Respondents (noncorporate capacity)

Decree

Upon consideration of the judicial records at hand,
the court of record decrees that UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF NEW YORK shall immediat-
ely order respondent Jack Mahar acting as sheriff of
Rensselaer County to release claimant Glenn Richard Unger
from custody and destroy all records related to said
claimant's detention thereby.
It is further decreed that case No. 1:12-CR-579 at
statute be quashed, all related claims be terminated, all
Court bonds be recalled and cancelled, all records related
thereto be expunged regardless of location or custodian,
in particular all fingerprints, photographs and DNA
regardless of form or media, and all public records be
adjusted to fully preserve the judicial record of claimant's
immunity.
It is further decreed that the said court not of
record order the Federal Bureau of Investigation to immed-
iately return all of claimant's holdings, possessions and
property, and all copies made thereof.
It is hereby decreed this (Treitch ) day of ( February )
in the year of our Father (two thousand thirteen).

By: _____
        Controlling (legal) authority

2-20-13

KATHLEEN A GRADY
NOTARY PUBLIC STATE OF NEW YORK
ALBANY COUNTY
LIC. #01GR6044083
COMM. EXP. 6/16/14

Under He who made the Law
glenn richard of the Holy temple
self-aware man appearing as
Glenn Richard Unger at
superior jurisdiction on
Rensselaer county, New York republic
Grantor/Beneficiary, Special Deposit Trusts
Nos. 156-51-333765, 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, 1:12-CR-579
under extension of sovereign immunity to all
public trustees for compliance with this
judicial record at the court of record.

United States Court of Federal Claims
By the grace of G-d

Glenn Richard Unger et al

    Claimant

Eric Holder et al

    Respondents (noncorporate capacity)

Decree

    Upon consideration of the judicial records at hand,
the court of record decrees that UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF NEW YORK shall immediat-
ely order respondent Jack Mahar acting as sheriff of
Rensselaer County to release claimant Glenn Richard Unger
from custody and destroy all records related to said
claimant's detention thereby.
    It is further decreed that case No. 1:12-CR-579 at
statute be quashed, all related claims be terminated, all
Court bonds be recalled and cancelled, all records related
thereto be expunged regardless of location or custodian,
in particular all fingerprints, photographs and DNA
regardless of form or media, and all public records be
adjusted to fully preserve the judicial record of claimant's
immunity.
    It is further decreed that the said court not of
record order the Federal Bureau of Investigation to immed-
iately return all of claimant's holdings, possessions and
property, and all copies made thereof.
    It is hereby decreed this (Twentieth) day of (February)
in the year of our Father (two thousand thirteen).

By: _____
    controlling (legal) authority

2-20-14

KATHLEEN A GRADY
NOTARY PUBLIC STATE OF NEW YORK
ALBANY COUNTY
LIC. #01GR6044083
COMM. EXP. 6/26/14

Under He who made the Law
glenn richard of the Holy temple
self-aware man appearing as
Glenn Richard Unger at
superior jurisdiction on
Rensselaer county, New York republic
Grantor/Beneficiary, Special Deposit Trusts
Nos. 156-51-333765, 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, 1:12-CR-579
under extension of sovereign immunity to all
public trustees for compliance with this
judicial record at the court of record.


Glenn Richard Unger et al

    Claimant

Eric Holder et al

    Respondents (noncorporate capacity)

### Decree

    Upon consideration of the judicial records at hand, the court of record decrees that UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK shall immediately order respondent Jack Mahar acting as sheriff of Rensselaer County to release claimant Glenn Richard Unger from custody and destroy all records related to said claimant's detention thereby.

    It is further decreed that case No. 1:12-CR-579 at statute be quashed, all related claims be terminated, all Court bonds be recalled and cancelled, all records related thereto be expunged regardless of location or custodian, in particular all fingerprints, photographs and DNA regardless of form or media, and all public records be adjusted to fully preserve the judicial record of claimant's immunity.

    It is further decreed that the said court not of record order the Federal Bureau of Investigation to immediately return all of claimant's holdings, possessions and property, and all copies made thereof.

    It is hereby decreed this (Twentieth) day of (February    ) in the year of our Father (two thousand thirteen).

By: _____
      Controlling (legal) authority

2-20-13

KATHLEEN A GRADY
NOTARY PUBLIC STATE OF NEW YORK
ALBANY COUNTY
LIC. #01GR6044083
COMM. EXP. _____

Testament A

(i)      Oath of allegiance to a foreign state;

(ii)     Exclusion of presumption of citizenship;

(iii)    Verification of termination of U.S. Government
         Contracts (156-51-333765; 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).

OATH OF ALLEGIANCE AND NATIONALITY

I, a man sometimes scribed as Glenn Richard Unger, do solemnly affirm in the presence of the Almighty Creator and under penalty of perjury of the living law and the laws of the colonial New York republic to all of the following: (1) I am a living self-aware man, a living soul, and not a corporation or deceased, (2) I was born in the image of the Lord on the free dry dust of the earth on Kings county, the colonial New York republic, and am a part and a national of that land, (3) I occupy and have accepted the duties of the office of man having dominion over all the earth by Divine grant, and am thereby the highest judicial officer of the living law of Nature's Lord on the land under my feet, (4) I do hereby pledge my allegiance to the sacred dust of the earth on Saratoga county, the colonial New York republic or wherever I may be standing, (5) my inalienable, sovereign, secured and Divine rights of birth are protected against trespass from my public servants by the New York Constitution, a public trust of which I am a legacy grantor and beneficiary by right o birth, in particular my right to exclusively worship the Almighty Creator and pursue all of my deeply-held religious convictions without impairment as long as they harm no others. All who take an oath thereto have pledged to protect those rights, (6) by the Lord's grace, I was given a Divine inheritance of unencumbered stewardship of my flesh and blood body and do not consent to any presumption that it is surety for corporate debts, (7) the Holy Bible is the living law, and is recognized by the public trust as the highest of all law, (8) my law, jurisdiction and venue are foreign to all incorporated jurisdictions, in particular the United States, the State of New York, and Saratoga County, and all subdivisions, partners and agents thereof, of which I am Grantor, Beneficiary, a stockholder, and first-in-line priority lienholder, (9) I formally deny, and do hereby intend to deny, being a national or citizen of any other jurisdiction in particular the United States and/or the State of New York, (10) this oath in covenant with the Almighty Creator is incontrovertible except by authenticated writing to which is attached authority under the living law which is superior to my authority under the word of the Almighty Creator, (11) all words herein are as the signatory interprets them. Any actions contrary to this covenant comprises a confession to acceptance of pagan idolization as the offender's core philosophy.

So help me Heavenly Father.

By: *Glenn Richard Unger*
unincorporated man sometimes scribed as Glenn Richard Unger
on the dust of Saratoga county, colonial New York
December 15, 2011

A TRUE COPY
ATTEST
John W. Small, Jr., Clerk
Berkeley County Court
By _____
Deputy Clerk

### Certification of Oath

Plymouth        )
                ) ss.
Massachusetts   )

Sworn and subscribed before me, the undersigned notary public, on this 15th day of December 2011, by Glenn Richard Unger, proved to me through satisfactory evidence of identification, which was birth records, to be the man who signed the preceding document in my presence.

_____
Notary Public



KEITH A. EATON
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
April 23, 2016

John W Small Jr
BERKELEY County 01:13:41 PM
Instrument No 20120042272
Date Recorded 11/02/2012
Document Type AFFAD
Pages Recorded 5
Book-Page    1021-527
Recording Fee $5.00
Additional   $6.00



*Glenn Richard Unger*



AFFIDAVIT
EXCLUSION OF PRESUMPTIVE CITIZENSHIP

I, a man sometimes scribed as Glenn Richard Unger, do solemnly affirm in the presence of the Almighty Creator and under penalty of perjury of the living law and the laws of the colonial New York republic, as follows:

1. The contents of this affidavit are known to me and the facts contained herein are true, correct and complete and will stand as fact unless rebutted by authenticated affidavit sworn under penalty of perjury within twenty (21) days of publication.

2. **Affiant enjoys a Divine inalienable right to have and change his nationality** ("Everyone has the right to a nationality. No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality," *Art. 13, Universal Declaration of Human Rights, General Assembly resolution 217 (A) (III). 10 Dec. 1948*).

3. **Under international law, no United States official may obstruct the said right** (*Art. 6, cl. 2, U.S. Constitution; Declar. 7, United Nations General Assembly resolution 1514 (XV) 15 U.N. GAOR Supp. (No. 16) at 66, U.N. Doc. A/4684 (1961)*).

4. **As an operation of law, the attached OATH OF ALLEGIANCE AND NATIONALITY excludes any and all presumption(s) that Affiant is or can be presumed to be a citizen or national of the United States or has any allegiance, other than as a stockholder, to the illicit corporation substituted long ago for the lawful government** ("*'United States' means—a Federal corporation*" *28 U.S.C, Judiciary and Judicial Procedure, Sec. 3002; 8 U.S.C. 1481*).

I do solemnly swear and subscribe under penalty of perjury of the living law and the laws of the colonial New York republic that the contents of this affidavit are true, correct and complete this fifteenth day of December, in the year of the Creator two thousand and eleven, so help me Lord.

By: *Glenn Richard Unger*
_____
unincorporated man sometimes scribed as Glenn Richard Unger
on the dust of Saratoga county, colonial New York

JURAT

Massachusetts )
              ) ss.
Plymouth      )

On this 15th day of December, 2011, before me, the undersigned notary public, personally appeared Glenn Richard Unger, proved to me through satisfactory evidence of identification, which were birth records to be the man who signed the preceding document in my presence, and who solemnly affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge.

*Keith A. Eaton*
_____
Notary Public

KEITH A. EATON
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
April 23, 2015

*Glenn Richard Unger*

MANDATORY JUDICIAL NOTICE
"LEGAL" DISSOLUTION OF PUBLIC TRUSTS
F. R. Civ. P. 17*: an action may be prosecuted
in the name of the Real Party in Interest by
**"an Executor"**

BE IT KNOWN TO ALL:

1. U.S. Government contract and trust <u>Glenn Richard Unger No. 156-51-333765</u>, and its trustee, subsidiary U.S. Government contract and trust <u>GLENN RICHARD UNGER NO. 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</u> ("Terminated Entities"), have been "legally" dissolved on or about November 14, 2011 and November 11, 2011 respectively upon unanimous resolution of the Grantor, Beneficiary and respective Trustees thereof and after publication of customary "legal" franchise notice in Kings and New York Counties, New York.

2. Pursuant to the above, all partnerships between the Terminated Entities and the United States and/or the United States of America have been dissolved.

3. Notary Public Keith A. Eaton has certified that no response(s), objection(s) or claim(s) or request for additional response time were received to the said "legal" notice within the published response time.

4. **The Internal Revenue Service received notice of the said terminations** on Forms 56 dated November 14, 2011 and November 11, 2011 respectively and received consistent with Section 6903 of the Internal Revenue Code on November 16, 2011, Clerk 44310. Internal Revenue Service records identify the said trusts as "deceased" notwithstanding want for a "death certificate."

5. **This Estate is sole remaining Fiduciary for the said Terminated Entities** pursuant to appointment on the aforesaid IRS Form(s) 56. No other, real or imagined, has lawful authority to administrate this Estate or the Terminated Entities.

6. **Public record of these terminations has been recorded**, Newton county, Georgia.

7. **This affidavit will stand as fact unless rebutted by authenticated affidavit in the superior court of record** sworn under penalty of perjury within twenty (21) days of publication. U.S. nationality cannot be presumed other than at the personal liability of the offending public trustee.

I, Glenn Richard Family Unger EX, do solemnly solemnly affirm and subscribe under penalty of perjury of the living law and the laws of the colonial New York republic that the contents of this affidavit are true, correct and complete this fifteenth day of December in the year of the Creator two thousand and eleven.

By: Executor _Glenn Richard Family Unger EX_
GLENN RICHARD UNGER ESTATE
GLENN RICHARD FAMILY UNGER, EX
Foreign Estate Exemption No. (EIN) 98-1015310
U.S. D.O.T. Lien Registrant No. 2188516

Massachusetts )
            )  **JURAT**
            ) ss.
Plymouth )

On this 15th day of December 2011, before me, the undersigned notary public, personally appeared Glenn Richard Unger, proved to me through satisfactory evidence of identification, which were birth records to be the man who signed the preceding document in my presence, and who solemnly affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge.

_____
Notary Pub

KEITH A. EATON
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
April 23, 2015

_Glenn Richard Unger_


## *The Scriptures*

*Baptismal Record of Live Birth and Rebirth*
*Presented by*

יהוה

*to*

*the Unger family*

This Holy record created in covenant with the Almighty Creator certifies for all to know for all time the conception of the live human being noted below into the care and custody of his/her parent(s) noted below and the re-birth by Baptism of the said human being into the stewardship of his/her Lord and Savior, Yehoshua, the living presence of the Almighty Creator here on earth.

### Let no one desecrate what the Lord has created.

| Appellation | Family | Conception | Gender | Location (land mass) |
|---|---|---|---|---|
| Glenn Richard | Unger | 23 Tamuz, 5711 (July 27, 1951) | male | on Kings county, New York republic, North America |

| Paternal: | father | grandfather | grandmother |
|---|---|---|---|
| | Morris | | Pauline |

| Maternal: | mother | grandfather | grandmother |
|---|---|---|---|
| | Phoebe | Jack | Anna |

| Baptized | Family | Date of Baptism | Witness | Location (land mass) |
|---|---|---|---|---|
| Glenn Richard | Unger | 5751 (1991) | Bill | on Albany county, colonial New York, North America |

This Holy record is hereby sworn and subscribed under penalty of perjury of the living law and the laws of the colonial New York republic as true, correct and complete and recorded in the Unger family Holy Bible as absolute final testimony of the sacred blessings of life and baptism this nineteenth day of Kislev in the year of our Lord five thousand, seven hundred and seventy-two (December 15, 2011 NS).

So help me Lord.

*Glenn Richard Unger*

Glenn Richard Unger, unincorporated self-aware man
on the dust of Saratoga county, colonial New York
bondservant to Yehoshua

| Massachusetts | ) | **JURAT** |
|---|---|---|
| | ) ss. | |
| Plymouth | ) | |

On this 15th day of December 2011, before me, the undersigned notary public, personally appeared Glenn Richard Unger, proved to me through satisfactory evidence of identification, which were birth records to be the man who signed the preceding document in my presence, and who solemnly affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge.

*Keith A. Eaton*

Notary Public

KEITH A. EATON
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
April 23, 2015

*Glenn Richard Unger*

A TRUE COPY
ATTEST--
John W. Small, Jr., Clerk

Testament B

(i)      Termination nunc pro tunc of all licenses, contracts,
         powers of attorney, benefits and privileges et al;

(ii)     (Claim of) Rescission of negotiation;

(iii)    Absolute claim of flesh and blood body;

(iv)     Superseding oath of allegiance to a foreign state.

- Notice -
Termination nunc pro tunc of all powers of attorney,
licenses, "U.S. Government Contracts," trusts, securities,
security accounts, adhesion contracts, registrations, inden-
tures, benefits and privileges;

(Claim of) Rescission of negotiation;

Claim of Divine inheritance, the Holy Temple, flesh and
blood estate.

A solemn testament (affidavit).

Grace and peace to all:

I, a self-aware man sometimes described as glenn richard
(family unger), sometimes referenced as Glenn Richard Unger,
do hereby solemnly affirm and scribe:

As heir to the Kingdom (Galatians 4:7), I do hereby declare
my <u>absolute claim nunc pro tunc to my living body</u>, my Divine
inheritence, the Holy temple under my exclusive dominion
(Genesis 1:26), and stewardship (2 Corinthians 5:6),
"a dwelling in which the Father lives by His Spirit (Ephesians 2:22).
I have sole authority to declare such claim on behalf of the
Father, and do hereby <u>terminate</u> any and all claims and presump-
tions contrary thereto, in particular U.S. Government Pledge
No. 156-51-333765 and all other unclean re-presentations as
"real property," "real estate," "individual surety," or
similar debasements. This claim also extends to all DNA, prints, etc.)

I do hereby <u>terminate</u>, renounce and deny nunc pro tunc all permits,
powers of attorney, licenses, "U.S. Government Contracts," pledges,
Estates, trusts, indentures, securities, security accounts,
registrations, renewals, novations, benefits, privileges and
adhesion contracts, and all derivatives thereof, real or
imagined, I may have granted to or presumed to have granted
to the United States, the Internal Revenue Service, the Federal
Reserve System or any affiliate, subdivision or agent thereof
("Depositories") or any other corporate, nonliving, artificial
or "legalized" construction, in particular U.S. Government
Contracts/Trusts/Accounts Nos. 1:12-CR-579, 156-51-333765 and
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 and U.S. Government Pledge No. 156-51-333765,
pursuant to my absolute right through the Holy Spirit under
authority of the Word (Galatians 5:18).

I do hereby (claim) rescind negotiation of all such worldly
impurities as above-noted without exception effective immediat-
ely; that this child of the Father shall not buy and sell under
the mark of the beast of the sea.

Hereafter, any and all sign marks I may be forced to tender
under duress are deemed to mean "nonassumpsit," and shall not
impact or diminish this Testament.

This Testament comprises (constructive) <u>return of all worldly
impurities as above-listed</u> in total without exception, to the
source. No further "legalized" process shall be received.

1

As grantor and beneficiary of the Public Trust, I do hereby accept the oaths and bonds of all public trustees as binding them to the Public Trust Indenture in toto, and do hereby invoke their respective ministerial duties to honor, obey and protect a member of the Posterity. I do further extend my sovereign immunity to all such public trustees for all good faith acts in furtherance of this Testament.

<u>Trespass on this Testament is an act of war against the Father, the Son and the Holy Spirit, and treason against the Public Trust.</u>

LET IT BE KNOWN TO ALL OF THE WORLDLY FLESH, that the mark of the beast of the sea shall not desecrate this living soul hereafter.

SO IT IS AND SHALL BE UNTIL JUDGMENT DAY nunc pro tunc, for it is written:

"What the Father has cleansed, do not call impure."

Solemnly affirmed, declared and subscribed in covenant with the Father this ( Twelfth     day of February      in the year of our Heavenly Father (two thousand and thirteen).

By: _____
a man sometimes described as
glenn richard through the Holy
Spirit

STATE OF NEW YORK
COUNTY OF ALBANY, CLERK'S OFFICE

I, THOMAS G. CLINGAN, Clerk of the said County, and also Clerk of the Supreme and County Courts, being Courts of Record held therein, and having by law a seal, do hereby certify that ... subscribed to the annexed instrument of proof or acknowledgment of the annexed instrument and thereon written, or whose name is subscribed to the annexed proof or at the time of taking such proof or acknowledgment, or of administering such oath or affirmation ... in and for said ... residing therein, duly commissioned and sworn, and authorized by the laws of said State to take the acknowledgment and proofs of deeds of conveyances for land, tenement or hereditament, and to administer oaths or affirmations in said county. And further, that I am well acquainted with the handwriting of said officer, and verily believe that the signature to said proof or certificate of proof or acknowledgment is genuine. That impression of seal of such officer is not required by law to be filed in my office.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said courts and county, the ____

_____ Clerk

2

As grantor and beneficiary of the Public Trust, I do hereby accept the oaths and bonds of all public trustees as binding them to the Public Trust Indenture in toto, and do hereby invoke their respective ministerial duties to honor, obey and protect a member of the Posterity.  I do further extend my sovereign immunity to all such public trustees for all good faith acts in furtherance of this Testament.

<u>Trespass on this Testament is an act of war against the Father, the Son and the Holy Spirit, and treason against the Public Trust.</u>

LET IT BE KNOWN TO ALL OF THE WORLDLY FLESH, that the mark of the beast of the sea shall not desecrate this living soul hereafter.

SO IT IS AND SHALL BE UNTIL JUDGMENT DAY nunc pro tunc, for it is written:

> "What the Father has cleansed, do not call impure."

Solemnly affirmed, declared and subscribed in covenant with the Father this ( _Twelfth_        day of _February_         in the year of our Heavenly Father (two thousand and thirteen).

By: _Glenn Richard Cusv_
a man sometimes described as
glenn richard through the Holy
Spirit

```
[ _____ ]
[ Solemnly affirmed and subscribed        ]
[ this  12th  day of  February            ]
[ 2013.                                   ]
[ WITNESS my hand and seal.               ]
[                                         ]
[                    KATHLEEN A GRADY     ]
[              NOTARY PUBLIC STATE OF NEW YORK ]
[                    ALBANY COUNTY        ]
[ Notary Public     LIC. #01GR6044083     ]
[              COMM. EXP. 6/1/2014         ]
[                                         ]
```

Use of a Notary Public is a courtesy to assist public trustees to remain in honor with the Public Trust Indenture, and does not comprise an election to submit to an inferior venue of "law."

For it is written: "For through the law I died to the law so that I might live for the Father" (Galatians 2:19).

Superceding oath of allegiance
to a foreign state

"The oath confirms what is said
and puts an end to all argument."   (Hebrews 6:16)

Grace and peace to all:

I, a self-aware man sometimes scribed as glenn richard (family
unger), on behalf of myself, my Divine inheritance and all
attributed or derived public personages, Glenn Richard Unger,
GLENN RICHARD UNGER, GLENN R UNGER, GLENN R. UNGER, in the
presence of He who made the Law do hereby solemnly affirm and
subscribe the following oath:

I am a man of the Holy temple, one with the body and blood of
Christ Jesus, baptized in the Holy Spirit, a true believer in the
resurrection, not a corporation, trust, contract, principal,
surety or worldly impurity; I speak by the grace of the Holy
Spirit, the truth;

I do hereby renounce all buying and selling at the table of the
moneychangers; I purge forever the mark of the beast of the sea
and the earth and the maritime/admiralty law of the sea;
I apologize for all worldly mistakes; I do hereby declare and
affirm absolute claim to my flesh and blood body on behalf of
the Holy temple in Christ Jesus (2 Corinthians 5:6);

WHEREFORE I do hereby pledge eternal allegiance to the Divine dust
of the ground (Genesis 2:7), the sacred land from which was
constituted Kings county, the colonial New York republic with
the intention of relinquishing and renouncing any and all presump-
tions of citizenship, nationality, allegiance and obligation
respecting the United States and all other worldly constructions.

SO IT IS AND SHALL REMAIN UNTIL JUDGMENT DAY, for it is written:
"This is the covenant I will make with them...
Their sins and lawless acts I will remember no more."



Superceding oath of allegiance
to a foreign state

"The oath confirms what is said
and puts an end to all argument."  (Hebrews 6:16)

Grace and peace to all:

I, a self-aware man sometimes scribed as glenn richard (family
unger), on behalf of myself, my Divine inheritence and all
attributed or derived public personages, Glenn Richard Unger,
GLENN RICHARD UNGER, GLENN R UNGER, GLENN R. UNGER, in the
presence of He who made the Law do hereby solemnly affirm and
subscribe the following oath:

I am a man of the Holy temple, one with the body and blood of
Christ Jesus, baptized in the Holy Spirit, a true believer in the
resurrection, not a corporation, trust, contract, principal,
surety or worldly impurity; I speak by the grace of the Holy
Spirit, the truth;

I do hereby renounce all buying and selling at the table of the
moneychangers; I purge forever the mark of the beast of the sea
and the earth and the maritime/admiralty law of the sea;
I apologize for all worldly mistakes; I do hereby declare and
affirm absolute claim to my flesh and blood body on behalf of
the Holy temple in Christ Jesus (2 Corinthians 5:6);

WHEREFORE I do hereby pledge eternal allegiance to the Divine dust
of the ground (Genesis 2:7), the sacred land from which was
constituted Kings county, the colonial New York republic with
the intention of relinquishing and renouncing any and all presump-
tions of citizenship, nationality, allegiance and obligation
respecting the United States and all other worldly constructions.

SO IT IS AND SHALL REMAIN UNTIL JUDGMENT DAY, for it is written:
"This is the covenant I will make with them...
Their sins and lawless acts I will remember no more."
(Hebrews 10:16)

SOLEMNLY AFFIRMED, declared and subscribed under He who made the Law
this ( Twelfth day of February ) in the year of our Father (two
thousand and thirteen).

By: _Glenn Richard Unger_
a man sometimes scribed as
glenn richard through the
Holy Spirit

Solemnly affirmed and subscribed
this 12th day of February, 2013

_Kathleen A Grady_
Notary Public

KATHLEEN A GRADY
NOTARY PUBLIC STATE OF NEW YORK
ALBANY COUNTY
LIC. #01GR6044083
COMM. EXP. 6/26/14

Use of a Notary Public is a
courtesy to assist public
trustees to remain in honor
with the Public Trust Inden-
ture, and does not comprise
submission to inferior law.

- Notice and Declaration of Independence -

"Do not mistreat or oppress a foreigner
for you were foreigners in Egypt." (Exodus 22:21)

PLEASE BE ADVISED that, pursuant to the following judicial records
at superior jurisdiction and proved at the court of record,
glenn richard unger, a self-aware man and grantor of Special Deposit
Trusts Glenn Richard Unger 156-51-333765, GLENN RICHARD UNGER
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, and GLENN R UNGER aka GLENN R. UNGER 1:12-CR-579
(at depository N.N.Y.U.S.D.C.), has taken an <u>oath of allegiance
to a foreign state</u>, has <u>terminated all licenses, adhesion contracts,
powers of attorney, benefits and privileges et al respecting the
United States</u>, has <u>claimed absolutely his Divine inheritance, his
own flesh and blood body as part of the Holy temple in Christ Jesus,
and has terminated U.S. Government Contract 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 and U.S.</u>
Government Pledge 156-51-333765, nunc pro tunc.

PLEASE BE ADVISED that Internal Revenue Service records ᵒidentify
U.S. Government Trusts Nos. 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 and 156-51-333765 as
"deceased" (terminated entities) pursuant to "legal" notice,
corporate dissolution without objection, and Forms 56 dated
November 11 and 14, 2011 respectively received by Clerk 44310,
the Advisory, Insolvency and Quality Group Manager in Albany,
New York and various other such offices.

The said judicial records, duly certified and authenticated as
noted and recorded on Berkeley county, West Virginia (copy affixed)
are as follows:
(i)      Oath of allegiance to a foreign state;
(ii)     Superceding oath of allegiance to a foreign state;
(iii)    Termination nunc pro tunc of all licenses, powers of
         attorney, adhesion contracts, benefits, privileges, et al;
(iv)     Exclusion of presumption of citizenship;
(v)      Absolute claim of flesh and blood body in Christ Jesus;
(vi)     (Claim of) Rescission of negotiation;
(vii)    Verification of termination of U.S. Government Contracts
         No. 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 and 156-51-333765;
(viii)   Notice and decree claiming habeas corpus at superior
         Jurisdiction.

THEREFORE, as the aforesaid judicial records are entitled to full
faith and credit and all public trustees are requested and bound
to preserve the judicial records, glenn richard unger and all of
his interests, holdings, property and rights shall be set free,
and all United States records shall be duly noted for diplomatic
immunity, "Do not stop, detain or arrest" or the equivalent, and
peaceful coexistence shall prevail. For it is written in the Law:

"Make every effort to live in peace with everyone."
(Hebrews 12:14)

1

As grantor and beneficiary of the Public Trust, I do hereby accept the oaths and bonds of all public trustees as binding them to the Public Trust Indenture in toto, and do hereby invoke their respective ministerial duties to honor, obey and protect a member of the Posterity.  I do further extend my sovereign immunity to all such public trustees for all good faith acts in furtherance of this Testament.

<u>Trespass on this Testament is an act of war against the Father, the Son and the Holy Spirit, and treason against the Public Trust.</u>

LET IT BE KNOWN TO ALL OF THE WORLDLY FLESH, that the mark of the beast of the sea shall not desecrate this living soul hereafter.

SO IT IS AND SHALL BE UNTIL JUDGMENT DAY nunc pro tunc, for it is written:

"What the Father has cleansed, do not call impure."

Solemnly affirmed, declared and subscribed in covenant with the Father this ( Twelfth      day of February        in the year of our Heavenly Father (two thousand and thirteen).

A TRUE COPY
ATTEST
        John W. Small, Jr., Clerk
        Berkeley County Court

By Karen Kutcher
        Deputy Clerk

By: _____
a man sometimes described as glenn richard through the Holy Spirit

John W Small Jr
BERKELEY County 03:18:36 PM
Instrument No 20130015691
Date Recorded 04/09/2013
Document Type AFFAD
Pages Recorded 41
Book-Page    1034-554
Recording Fee $41.00
Additional    $10.00

[ _____ ]
[ Solemnly affirmed and subscribed ]
[ this 12th day of February ]
[ 2013. ]
[ WITNESS my hand and seal. ]
[ ]
[ _____ ]

KATHLEEN A GRADY
NOTARY PUBLIC STATE OF NEW YORK
ALBANY COUNTY
LIC. #01GR6044083
COMM. EXP. 6/26/14

[ Notary Public ]
[ _____ ]

Use of a Notary Public is a courtesy to assist public trustees to remain in honor with the Public Trust Indenture, and does not comprise an election to submit to an inferior venue of "law."

For it is written: "For through the law I died to the law so that I might live for the Father" (Galatians 2:19)

5 7396

**Affidavit**

The judicial record(s) attached hereto have been duly certified by the clerk and authenticated at the court of record at superior jurisdiction by the keeper of the seal, thus being proved and enrolled and entitled to full faith and credit and preference over all nonjudicial, official, *de facto*, unverified and unauthenticated "records".

Solemnly affirmed and subscribed this the ( _28th_ day of _July_ ) in the year of our Father (two thousand and thirteen)

By: _____

glenn richard of the Holy temple in Christ Jesus
member of the sovereignty

Solemnly affirmed and subscribed
this **28** day of **July** , 2013.

WITNESS MY HAND AND SEAL

By: Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Paul B. Culp Jr., Notary Public
Bedminster Twp., Bucks County
My Commission Expires April 14, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

John W Small Jr
BERKELEY County 11:31:55 AM
Instrument No 20130037396
Date Recorded 07/30/2013
Document Type AFFAD
Pages Recorded 17
Book-Page     1044-216
Recording Fee $17.00
Additional     $7.00

A TRUE COPY
ATTEST—
John W. Small, Jr., Clerk
Berkeley County Court
By _____
Deputy Clerk

Use of a Notary Public is a courtesy to ensure all public trustees remain in harmony with their obligation under the Public Trust Indenture and does not comprise an election to submit to inferior jurisdiction or lesser law.

# COMMONWEALTH OF PENNSYLVANIA
# DEPARTMENT OF STATE

No : 201321035

# OFFICE OF THE SECRETARY OF THE COMMONWEALTH

**JULY 16, 2013**

PENNSYLVANIA, SS:

I, Carol Aichele, Secretary of the Commonwealth of Pennsylvania, DO HEREBY CERTIFY, that it appears by the records of this office that

**PATRICIA L BACHTLE**

now is, and was at the time of execution of the attached certificate, the duly elected and commissioned PROTHONOTARY OF THE COURT OF COMMON PLEAS in and for the County of BUCKS, in the Commonwealth of Pennsylvania, USA, which is a court of law and record having a common seal, and as such officer has the legal custody of the records and the official seal thereof:

I, DO FURTHER CERTIFY, That I verily believe the seal impressed upon the attached certificate is genuine.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the seal of my Office to be affixed, the day and year above written.

Secretary of the Commonwealth

**This Certification only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.**

**This Certification does not certify the content of the document for which it was issued.**

**This Certification is not valid for use anywhere within the United States of America, its territories or possessions.**

clerk of court
(Mary Lou Rupp)
supreme court for the
fourth judicial district of New York
court of record
c/o 48 Court Street
Canton, New York 19617

Dear clerk of court:

Please find verified judicial record, a bill of indictment, for immediate filing at the supreme court for the fourth judicial district of New York, the court of record at superior jurisdiction, pursuant to your specific authority as clerk of that court.

To be clear, this is a direct filing.  I am not authorizing a collateral filing on the docket of any inferior statutory court (i.e. SUPREME COURT FOR THE STATE OF NEW YORK). Caution is urged as misfiling will comprise a confession of having altered a judicial record. After filing, please forthwith transmit the same to superior magistrate Joseph M.  Sise.

Please confirm the filing by sending to me a copy of the applicable recording as specifically entered on the books of the highest court required to be in your possession as follows: c/o Daniel A. Pallen, c/o 106 West Front Street, Media, Pennsylvania 19063.

Regretfully, I must specifically direct that no further communication from a statutory court not of record (i.e. SUPREME COURT) be sent to me. Such materials being repugnant to the court of record and insulting are unintelligible.

Thank you very much for your lawful compliance with the specific authority you possess as clerk of the court (of record).  Solemnly affirmed and subscribed this ( __28th__ day of __July__ ) in the year of our Lord (two thousand and thirteen).

By: _____

glenn richard of the Holy temple in Christ Jesus

Under He who made the Law
glenn richard of the Holy temple in Christ Jesus
self-aware man (non-corporate)
appearing specially at superior jurisdiction
grantor/beneficiary, Special Deposit Trusts Nos.:
156-51-333765, 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, 1:12-CR-579

supreme court for the
fourth judicial district of New York
court of record
for filing at superior jurisdiction
proceeding according to the common law rules of decision

<u>Bill of indictment</u>
<u>(oyer and terminer)</u>

**Verified judicial record at superior jurisdiction
to establish bill of indictment by confession for
extraordinary special term of supreme court for diligent
inquiry (oyer and terminer) to purge ongoing state of
insurrection and judicial anarchy directed against the
court; as final opportunity for superior magistrate
Joseph M. Sise to issue judgment forthwith as lawfully
required upon the jurisdiction of the highest court
in the nature of a common law writ of habeas corpus
<u>for want of objection or disputable issues of fact</u>.**

May grace be with you. This verified judicial record
comprises special appearance at supreme court for the fourth
judicial district of New York a court of record proceeding
according to the course of the common law rules of decision at
superior jurisdiction ("highest court") as stipulated by the
United States Federal corporation (at 28 U.S.C. 1652, 132, 112,
133 and 3002; N.Y.Jud.L. Secs. 2, 3 and 140-b) to purge an ongoing
state of insurrection and judicial anarchy at the highest court by

officers thereof which has abrogated the court's integrity and
capacity to issue judgment.  This judicial record is intended to
be remedial, not punitive; a genuine good faith final opportunity
for the superior magistrate to expunge prior iniquities respecting
this matter without further inquiry or penalty to him. Being under
He who made the Law, this offer of immunity shall manifest
forgiveness of all debts (Matthew 6:12, 7:1); that the superior
magistrate may enjoy the blessings of honorable service in lieu of
suffering judgment by his own command (Luke 6:37).

### Verification of judicial records at the highest court.

WHEREAS on or about (the seventeenth day of May, two thousand
and thirteen), a certain Notice and decree claiming habeas corpus
at superior jurisdiction for the Holy temple and various judicial
records in support thereof were accepted by the clerk of court and
filed for special proceeding at the highest court, a court of
record at superior jurisdiction, for issuance of a common law writ
of habeas corpus

WHEREAS neither claimant nor the said judicial records
invoked the inferior court at statutory (limited) jurisdiction,
the judicial records came to the highest court and superior
magistrate Joseph M. Sise collaterally through the inferior court
not of record notwithstanding specific instructions to the clerk

of court to record same directly on the books of the court of record.

WHEREAS the said judicial records are duly noted for emergency *ex parte* proceeding due to claimant's dire medical condition and respondents' willingness to use brutal tactics in contravention of international law and treaties

WHEREAS at least eight (8) days prior to the date of service of this Notice, the superior magistrate received a judicial record at superior jurisdiction which compelled him to fulfill his lawful duty by sitting upon the jurisdiction of the highest court and issuing judgment pursuant to the common law rules of decision (as stipulated by the United States at 28 U.S.C. 1652)

WHEREAS the superior magistrate has failed, as of this date, to issue the said judgment, order to show cause, or notice of hearing, or devise new process to effect the court's powers and jurisdiction (as stipulated by the United States at N.Y.Jud.L. Sec. 2-b), or act upon the superior jurisdiction in any way

WHEREAS the superior magistrate having jurisdiction is required by law to pass upon the writ "without delay" pursuant to long-standing judicial tradition as stipulated by the United States Federal corporation (stipulated at Tweed v. Liscomb, Court of Appeals of New York, 60 N.Y. 559, 11 Alb. L. J. 396 (1875); Schneckloth v. Bustamonte, 412 U.S. 218 (1973))

3

WHEREAS the judicial records in the court's possession establish that detainment of claimant is unlawful and no disputable issues of fact contrary to the said judicial records exist

WHEREAS the said judicial records remain unopposed, unrebutted and without objection notwithstanding respondents' have received notice of all of the foregoing facts and events and have declined ample opportunity to respond in kind,

## Verified judicial record of misconduct.

THEREFORE pursuant to the foregoing verified judicial record, the court takes judicial notice at superior jurisdiction of the existence of a state of insurrection and judicial anarchy at the highest court, its judgments having been abrogated by unlawful misappropriation of its judicial records, alteration of its books by the clerk of court, abandonment of the office of superior magistrate, and concealment of its jurisdiction and authority through issuance of inapposite inferior process meant to falsely imply judicial authority with the intent of impugning the court's integrity and injuring claimant, the people of the state of New York, and the posterity.

## Discussion at common law.

The court would be hard-pressed to identify a more prestigious pedigree than its enduring inheritance from antiquity,

4

the collective jurisdictions of the English court of chancery and the supreme court of the colony of New York (as stipulated by the United States at 28 U.S.C. 1652 and N.Y.Jud.L. 140-b). Certainly the state of insurrection herein described, being directed against the court's integrity, power, authority and legitimacy, the state of New York, and the people who comprise the posterity, is intolerable at any time and in particular when promoted by an officer of the court.

Those who hold office must not hold the office hostage. Judges in particular, charged with the power to impose their will by force of arms, must not defile the court by obstructing the jurisdiction, altering the judicial records or coercing clerks to lawlessness. Such premeditated manipulations attack the very fabric of American jurisprudence a judge is sworn to uphold. When a judge sitting upon the superior jurisdiction by virtue of a process that came to him collaterally decides willfully, or even inadvertently, to impair the jurisdiction, the result is tyranny all the time. A judge must always fulfill his duty to proceed pursuant to the applicable law, venue and jurisdiction upon which he sits - even according to the course of the common law no matter how repugnant it may be to his commercial sensibilities - and must never impair nor abrogate the applicable venue when it runs contrary to his customary procedures or preferences.

This is especially true when such action defiles the oldest and most fundamental pillar of American jurisprudence, the common law writ of habeas corpus whose roots have been the anchor by which mankind has occasionally extricated itself from feudalism, tyranny and oppression for more than eight hundred years, during which time it has remained immune from the capricious whims of legislative action and statutory expansion.

The supreme court may not, ought not and shall not tolerate obstruction by an inferior magistrate steeped in the righteousness of statutes no matter how well-meaning the desire to protect the status quo. Not only does such righteousness fail to mitigate such obstruction nor render it any less evil, but toleration of such righteousness must inevitably open the door to less righteous motivations and destruction of all pretense of judicial authority and legitimate government.

## Judicial record of final opportunity to purge insurrection in lieu of confessing judgment.

The court having been abandoned by the superior magistrate and clerk of court, claimant, as sole occupant of the highest court, a member of the posterity, beneficiary of the public trusts, grantor and beneficiary of special deposit Trusts Nos. 156-51-333765, 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 and 1:12-CR-579, and one of the sovereign people long ago recognized and acknowledged by the United States (as stipulated at "in common usage, term 'persons'

does not include the sovereign," United States v. United Mine Workers (1947) 330 U.S. 258, 91 L.Ed 884, 67 S. Ct 677; "unless context indicates otherwise, 'person' does not ordinarily include sovereigns" Galvan v. Federal Prison Indust. (1999, App. D.C.), 339 U.S. App. D.C. 248, 199 F.3d 461; The People v. Herkimer, 15 Am Dec 379, 4 Cowen (N.Y. 345. 348) (1825); Lansing v. Smith, 4 Wend. 9 (1829); Chisholm v. Georgia, 1 L.Ed (2 Dall) 415, 472; Bouvier's Law Dictionary, 14th Ed., 4 Wheat 402; Hale v. Henckly, 201 U.S. 43 at 74; and Afroyim v. Rusk, 387 U.S. 253 (1963)), does hereby establish the following public record of opportunity for the superior magistrate to cure the insurrection without penalty.

Joseph M. Sise shall sit in judgment as lawfully required upon the jurisdiction of the highest court and issue common law writ of habeas corpus and additional relief as specified in claimant's original notice for cause of incompetent jurisdiction being exercised by the court not of record, order the clerk of court to enter judgment directly in the court's proper journals, and have claimant released from unlawful detention no later than three (3) working days after service of this judicial record on the court, thus concluding this special proceeding.

[THIS SPACE LEFT INTENTIONALLY BLANK]

## Judicial record of confessed judgment.

Failure by the superior magistrate within three (3) days of receipt of this judicial record to issue such common law writ at superior jurisdiction or show cause by authenticated judicial record <u>pursuant to the course of the common law rules of decision</u> why such writ should not issue, shall comprise, as a matter of law, the superior magistrate's irrevocable confession of judgment to contempt of the court, obstruction of the laws of the state of New York and the United States of America, and insurrection against the constitutions thereof, confessed at full liability pursuant to treble default as bill of indictment and superior magistrate's specific consent to judicious oyer and terminer by extraordinary special judicial inquiry at special term or otherwise, and all other lawful remedies available to claimant regardless of venue and without further notice.

## Judicial record of bill of indictment.

The said confessed judgment shall comprise a bill of indictment for finding by special grand jury by which the superior magistrate will have specifically consented to diligent oyer and terminer of all treasons and high crimes by extraordinary special judicial inquiry at superior jurisdiction.

Claimant accepts the superior magistrate's oath and surety bond(s), and the organic constitutions of New York and the United

States of America as specific contract at the common law binding the superior magistrate to performance or liability by confession. The event of a confessed judgment shall be a permanent judicial record providing confessed liability and consent to all remedies in all venues of law and commerce.

Claimant reserves all rights to assign property, liability and Federal Withholding Tax to trust [Diamond Settlement Trust, subsidiary of Diamond Financial, EIN 36-7607854, SEC CIK No. 1557254, DTCC FINS No. 347773] for collection from the Payer in constructive possession of the OID on the abandonment and barter.

Claimant reserves all protective rights at superior jurisdiction due to a sovereign; at inferior jurisdiction due to a private attorney general to vindicate a public interest (i.e. preserving judicial integrity); all remedies at private international law; and all other rights and remedies at the claimant's disposal.

## Judicial record of common law bond.

The contract at common law is bonded as follows:
Principal. Claimant, as sovereign and beneficiary of the posterity, does hereby accept the oath of office of Joseph M. Sise ("principal") as the principal's personal bond guaranteeing his obligation to perform at common law as principal on the bill of indictment.

Surety. Claimant, as sovereign and beneficiary of the posterity, does hereby accepts Joseph M. Sise's public hazard bond(s) as surety(ies) guaranteeing the principal's complete and successful performance on bill of indictment.

Penal sum of bond. The bill of indictment is warranted in the amount of two million (2,000,000) troy ounces of 999 fine silver specie (convertible at claimant's discretion to any currency).

Obligation. The principal and surety(ies), and their heirs, executors, administrators, assigns and successors, are firmly bonded to claimant in the full amount of the above penal sum, jointly and severally, to guarantee the principal's complete and successful performance on the bill of indictment.

## Rules of judgment.

This judicial record is to be proved for admission and recorded for public disclosure. Rebuttal of confessed judgment must be by verified and authenticated judicial record to be intelligible per the common law rules of decision. Non-judicial, official, and corporate records will not lie with this court. Lawful performance by the superior magistrate will be duly recorded to preserve and protect his public and private reputation. Bogus paper is subject to special judicial inquiry for vindication of treason.

Claimant desires that no man shall suffer judgment for sins that may be forgiven. In the book of Ecclesiastes, King Solomon, summarized the essence of wisdom succinctly:

**Fear God.**

Solomon added: "Wisdom is like having two good eyes; foolishness leaves you in the dark." In our haste, ambition and pride, we are all prone to walking in the dark. This judicial record offers the blessing of light, that public officials may ethically serve the people for whom they work without inadvertently stubbing their toes, fully aware that Nature's God protects the Holy temple in Christ Jesus and, in time, destroys those who defiled it. (1 Corinthians 3:17).

> "If we hate others, we are living and walking in the dark. If we truly love others, we won't be worried about the day of judgment. If we keep on loving others, we will stay one in our hearts with God." (1 Corinthians).

May each of us govern ourselves ethically under God choosing *wisely* that we may enjoy the full fruit of His blessings and be judged mercifully by the Creator. We are all reminded that the Law reserves a higher standard for judges, and those who disobey the law they are sworn to uphold "will be punished most of all" (Mark, 12:40). Claimant prays to the Father that these prophetic words of Jesus will be embraced in our hearts, that no man shall

11

unnecessarily be condemned to suffer such hardship by virtue of his own commands.  Claimant prays all will choose honorably, judge wisely, and embrace the wisdom of truth under the watchful eye of God."

In the event of timely purging of the rebellion, this Bill of indictment and all related inquiries shall be closed.

**[SIGNATURE PAGE TO FOLLOW]**

Solemnly affirmed and subscribed this the ( 1st day of July )
in the year of our Father (two thousand and thirteen)

Respectfully,

By: _____

glenn richard of the
Holy temple in Christ Jesus

---

Solemnly affirmed and subscribed
this 1st day of _July_ , 2013.

WITNESS MY HAND AND SEAL

By: Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Paul B. Culp Jr., Notary Public
Bedminster Twp., Bucks County
My Commission Expires April 14, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Use of a Notary Public is a courtesy to ensure all public trustees
remain in harmony with their obligation under the Public Trust
Indenture and does not comprise an election to submit to inferior
jurisdiction or lesser law.

Solemnly affirmed and subscribed this the ( 1st day of July )
in the year of our Father (two thousand and thirteen)

Respectfully,

By: _glenn richard_
glenn richard of the
Holy temple in Christ Jesus

A TRUE COPY
ATTEST~
John W. Small, Jr., Clerk
Berkeley County Court
By _Karen Critchie_
Deputy Clerk

---

State of Pennsylvania

ss.

County of Bucks

I, **PATRICIA L. BACHTLE**, Prothonotary of the County of Bucks, also Clerk of the Common Pleas
Court for said County, the same being a Court of record having by law a seal, do hereby certify that
PAUL B CULP JR  before whom the foregoing acknowledgement was taken, and who subscribed HIS
name to the Certificate of the Proof or acknowledgement of the annexed instrument is a NOTARY
PUBLIC  in and for the said County and residing  therein, duly commissioned and sworn and authorized
by the laws of said State to take and certify affidavits and the acknowledgements and proofs of deeds of
conveyances for land, tenements or hereditaments and other written instruments to be recorded in said
State; and further , that I am well acquainted with the handwriting of said PAUL B CULP JR and verily
believe the signature to said Certificate of Proof or acknowledgement is genuine.
    IN WITNESS Whereof, I have hereunto set my hand and official seal at
Doylestown, Bucks County, Pennsylvania, this 15TH day of
JULY  A.D. 2013

PBC-21

_____
Clerk of the Common Pleas Court

---

Use of a Notary Public is a courtesy to ensure all public trustees
remain in harmony with their obligation under the Public Trust
Indenture and does not comprise an election to submit to inferior
jurisdiction or lesser law.

29541

**Affidavit**

The judicial record(s) attached hereto have been duly certified by the clerk and authenticated at the court of record at superior jurisdiction by the keeper of the seal, thus being proved and enrolled and entitled to full faith and credit and preference over all nonjudicial, official, de facto, unverified and unauthenticated "records."

Solemnly affirmed and subscribed this the (eighteenth day of June) in the year of our Father (two thousand and thirteen).

By: _____

glenn richard of the Holy temple in Christ Jesus
member of the sovereignty

Solemnly, affirmed and subscribed
this _18th_ day of _June_ , 2013.

WITNESS MY HAND AND SEAL

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Paul B. Culp Jr., Notary Public
Bedminster Twp., Bucks County
My Commission Expires April 14, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

John W Small Jr
BERKELEY County 02:50:43 PM
Instrument No 20130029541
Date Recorded 06/21/2013
Document Type AFFAD
Pages Recorded 15
Book-Page    1040-633
Recording Fee $15.00
Additional   $7.00

A TRUE COPY
ATTEST—
John W. Small, Jr., Clerk
Berkeley County Court
By_____
Deputy Clerk

Use of a Notary Public is a courtesy to ensure all public trustees remain in harmony with their obligation under the Public Trust Indenture and does not comprise an election to submit to inferior jurisdiction or lesser law.



I, **PATRICIA L. BACHTLE**, Prothonotary of the County of Bucks, also Clerk of the Common Pleas Court for said County, the same being a Court of record having by law a seal, do hereby certify that PAUL B. CULP JR. before whom the foregoing acknowledgement was taken, and who subscribed HIS name to the Certificate of the Proof or acknowledgement of the annexed instrument is a NOTARY PUBLIC in and for the said County and residing  therein, duly commissioned and sworn and authorized by the laws of said State to take and certify affidavits and the acknowledgements and proofs of deeds of conveyances for land, tenements or hereditaments and other written instruments to be recorded in said State; and further , that I am well acquainted with the handwriting of said PAUL B. CULP JR.and verily believe the signature to said Certificate of Proof or acknowledgement is genuine.

IN WITNESS Whereof, I have hereunto set my hand and official seal at Doylestown, Bucks County, Pennsylvania, this 18th day of JUNE A.D. 2013

PBC-21

_____
Clerk of the Common Pleas Court

# COMMONWEALTH OF PENNSYLVANIA
# DEPARTMENT OF STATE

No : 201318058

# OFFICE OF THE SECRETARY OF THE COMMONWEALTH

JUNE 19, 2013

PENNSYLVANIA, SS:

I, Carol Aichele, Secretary of the Commonwealth of Pennsylvania, DO HEREBY CERTIFY, that it appears by the records of this office that

**PATRICIA L BACHTLE**

now is, and was at the time of execution of the attached certificate, the duly elected and commissioned PROTHONOTARY OF THE COURT OF COMMON PLEAS in and for the County of BUCKS, in the Commonwealth of Pennsylvania, USA, which is a court of law and record having a common seal, and as such officer has the legal custody of the records and the official seal thereof:

I, DO FURTHER CERTIFY, That I verily believe the seal impressed upon the attached certificate is genuine.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the seal of my Office to be affixed, the day and year above written.

*Carol Aichele*

Secretary of the Commonwealth

**This Certification only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.**

**This Certification does not certify the content of the document for which it was issued.**

**This Certification is not valid for use anywhere within the United States of America, its territories or possessions.**

clerk of court
(Mary Lou Rupp)
supreme court for the
fourth judicial district of New York
court of record
c/o 48 Court Street
Canton, New York (19617)

Dear clerk of court:

Please find verified judicial record for immediate direct filing at the supreme court for the fourth judicial district of New York, the court of record at superior jurisdiction, pursuant to your specific authority as clerk of the said court.

To be clear, this is a direct filing. I am not authorizing a collateral filing on the docket of any inferior statutory court. Caution is urged as misfiling comprises a confessed alteration of the judicial record.

After filing, please forthwith transmit the same to superior magistrate Joseph M. Sise or whomever is sitting upon the jurisdiction of the highest court to pass upon the writ forthwith according to the common law rules of decision as required by law (as stipulated by New York at N.Y. Jud. L. 2, 2-b, 3 and 140-b; Tweed v. Liscomb, Court of Appeals of New York, 60 N.Y. 559, 11 Alb. L.J. 396 (1875). You must not deliver this record to an inferior magistrate.

The superior magistrate knows what he must do, and I expect him to do it or bring in a surrogate to comply with the higher law. This is an emergency proceeding requiring immediate attention if the superior magistrate is to avoid contempt. Please act with all due haste.

Please confirm the filing by sending me a copy of the applicable recording as it appears on the books of the highest court required to be in your possession as follows: c/o Daniel A. Pallen, c/o 106 West Front Street, Media, Pennsylvania 19063. An inferior court docket would be considered fraudulent in light of recent events which impugn the process of collateral filing.

Regretfully, I must specifically direct that no further communication from a statutory court not of record (i.e. SUPREME COURT) be sent to me as I have no interest in such bogus paper or facilitating mail fraud, nor a collateral attack on the court's integrity.

Thank you for your compliance and understanding this (eighteenth day of June) in the year of our Lord (two thousand and thirteen).

By: _____
glenn richard of the Holy temple in Christ Jesus
member of the sovereignty



Solemnly affirmed and subscribed this *18th* day of *June*, 2013.

AND SEAL

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Paul B. Culp Jr., Notary Public
Bedminster Twp., Bucks County
My Commission Expires April 14, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Use of a Notary Public is a courtesy to ensure all public trustees remain in harmony with their obligation under the Public Trust Indenture and does not comprise an election to submit to inferior jurisdiction or lesser law.

Regretfully, I must specifically direct that no further communication from a statutory court not of record (i.e. SUPREME COURT) be sent to me as I have no interest in such bogus paper or facilitating mail fraud, nor a collateral attack on the court's integrity.

Thank you for your compliance and understanding this (eighteenth day of June) in the year of our Lord (two thousand and thirteen).

By: _____
glenn richard of the Holy temple in Christ Jesus
member of the sovereignty

---

State of Pennsylvania

ss.

County of Bucks

I, **PATRICIA L. BACHTLE**, Prothonotary of the County of Bucks, also Clerk of the Common Pleas Court for said County, the same being a Court of record having by law a seal, do hereby certify that **PAUL B. CULP JR.** before whom the foregoing acknowledgement was taken, and who subscribed HIS name to the Certificate of the Proof or acknowledgement of the annexed instrument is a NOTARY PUBLIC in and for the said County and residing therein, duly commissioned and sworn and authorized by the laws of said State to take and certify affidavits and the acknowledgements and proofs of deeds of conveyances for land, tenements or hereditaments and other written instruments to be recorded in said State; and further , that I am well acquainted with the handwriting of said **PAUL B. CULP JR.**and verily believe the signature to said Certificate of Proof or acknowledgement is genuine.

IN WITNESS Whereof, I have hereunto set my hand and official seal at Doylestown, Bucks County, Pennsylvania, this 18th day of JUNE A.D. 2013

PBC-21

_____
Clerk of the Common Pleas Court

---

Use of a Notary Public is a courtesy to ensure all public trustees remain in harmony with their obligation under the Public Trust Indenture and does not comprise an election to submit to inferior jurisdiction or lesser law.

Under He who made the Law
glenn richard of the Holy temple in Christ Jesus
appearing specially at superior jurisdiction
grantor/beneficiary, U.S. Trusts Nos.
156-51-333765, 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, 1:12-CR-579

"A generous person will be enriched."(Proverbs 11:25).

supreme court for the
fourth judicial district of New York
court of record
proceeding at superior jurisdiction
pursuant to the common law rules of decision

Glenn Richard Unger (non-corporate)
claimant, beneficiary, movant

Eric Holder et al (non-corporate)
respondents

**Verified judicial record at superior jurisdiction to
compel superior magistrate Joseph M. Sise to sit upon
the jurisdiction of the highest court, the supreme court
for the fourth judicial district of New York, a court of
record, proceeding according to the common law rules of
decision to issue a common law writ of habeas corpus for
want of objection or disputable issues of fact per verified
and authenticated judicial records in the court's possession.**

May grace be with you. This verified and authenticated

judicial record comprises special appearance at the supreme

court for the fourth judicial district of New York, a court

of record proceeding according to the course of the common

law rules of decision ("highest court") as stipulated by

the United States Federal corporation ("United States") (at

28 U.S.C. 1652 and 3002; N.Y. Jud. L. 2, 2-b, 3 and 140-b)

for the purpose of compelling superior magistrate Joseph M.

Sise to _forthwith_ issue a common law writ of habeas corpus pursuant to judicial records in his possession, as he is lawfully obligated to do and as stipulated by the United States (at N.Y. C.P.L.R. 7003; Tweed v. Liscomb, Court of Appeals of New York, 60 N.Y. 559, 11 Alb. L. J. 396 (1875). This judicial record is intended as a genuine good faith opportunity for the superior magistrate to enjoy the blessings which accompany honorable and ethical service.

As this special proceeding commenced with the filing of a certain "Notice and decree claiming habeas corpus at superior jurisdiction to preserve the Holy temple" ("Notice") and supportive affidavit (on or about the seventeenth day of May, in the year of our Lord two thousand and thirteen) by the clerk of court of the highest court to whom it was specifically presented, the judicial records in the court's possession prove that the process came to the court and the superior magistrate collaterally, but nonetheless, and further proved the superior jurisdiction of the highest court.

WHEREAS the very first page of the said Notice is clearly noted: "This Notice comprises special appearance at the court of record at superior jurisdiction; WHEREAS said Notice and supportive affidavit invoke the highest court, prove its jurisdiction, and provide numerous references to

2

the court as a court of record and the superior jurisdiction thereof; WHEREAS claimant at no time invoked any inferior court not of record at the limited statutory jurisdiction ("Court") and very specifically disavowed same at various places within the said judicial records (in particular SUPREME COURT FOR THE STATE OF NEW YORK); WHEREAS the said judicial records were proved by verification and authentication (foreign to the United States)

THEREFORE, the court not of record, aka Court, and its precepts and decisions are inapposite with respect to this special proceeding, and it is specifically prohibited, by law, from trespassing upon the jurisdiction and authority of this court.

Superior magistrate is compelled to perform
at the superior jurisdiction of the highest court

As of this date, the said judicial records remain unopposed, unrebutted and without objection, notwithstanding respondents have received notice of all proceedings and have declined ample opportunity to respond.

As of this date, the superior magistrate has failed to issue judgment at superior jurisdiction, order to show cause or notice of hearing, or devise new process as needed

3

as stipulated by the United States (at N.Y. Jud. L. 2-b) or act upon the superior jurisdiction in any fashion notwithstanding the emergency nature of the proceeding and his absolute obligation under the law to pass upon the writ "without delay" as stipulated by the United States (at N.Y.C.P.L.R. 7003; Tweed v. Liscomb, Court of Appeals of New York, 60 N.Y. 559, 11 Alb. L. J. 396 (1875).

Thus, the superior magistrate, Joseph M. Sise or whomever is sitting up on the jurisdiction of the highest court, is hereby compelled to issue judgment at superior jurisdiction according to the common law rules of decision by issuing common law writ of habeas corpus as stipulated by the United States (at 28 U.S.C. 1652; N.Y. Jud. L. Sec 140-b) within seven (7) days of this judicial record being received by the clerk of court, or the superior magistrate may, without objection by claimant, forthwith issue notice of hearing or order for respondents to forthwith show cause why detainment of claimant is not unlawful at the superior jurisdiction.

### Discussion at common law.

The duty to forthwith issue judgment at superior jurisdiction by the superior magistrate sitting upon the jurisdiction is ancient; a sacred responsibility the

4

superior magistrate owes by oath and tradition to the people for whom he works, and to the prestigious jurisdiction carried forth hundreds of years from the English court of chancery and the supreme court of the colony of New York.

The existence of two forms of habeas corpus as noted in the said judicial records amplifies, not diminishes, that obligation. As stipulated by the United States (at Tweed v. Liscomb), it was never intended that the statutory writ would impair or abrogate the common law writ, notwithstanding that has been the effect to the degree that the common law writ of habeas corpus is all but inaccessible to all but the most persistent sovereigns. Notwithstanding, the common law writ of habeas corpus remains available and necessary, and may not be impaired or abrogated by legislative action, aka statutory impediments wielded by inferior magistrates upon legislative imperative, as stipulated by the United States (at Tweed).

In light of this extraordinary pedigree, the court reminds inferior magistrates that their judgments at the inferior statutory jurisdiction are inapposite and without consequence with respect to the procedures that come before this court (either directly or collaterally); a nullity to

be ignored by this court and its petitioners. They are dead on arrival.

To the degree such judgments rely upon statutory case citations, they are unintelligible with respect to the common law rules of decision that govern the highest court. The citing of flimsy pretexts to falsely claim statutory jurisdiction contrary to the stated intent of a judicial record could be interpreted as an attack on the court's integrity, in particular if the magistrate declines to sit in judgment upon the jurisdiction of the highest court as lawfully required.

Accordingly, superior magistrate Joseph M. Sise is ~~hereby compelled to issue judgment at superior jurisdiction~~ in the nature of a common law writ of habeas corpus pursuant to the course of the common law rules of decision and for the relief duly noted in the judicial records in his possession per the deadline above prescribed.

NOTICE: Claimant does hereby disavow any and all documents, process and procedures which purport to represent or re-present claimant into limited statutory jurisdiction or as a United States person (as that term is stipulated by the United States in its bylaws at 26 U.S.C. 7701). Claimant preserves his status as a sovereign, as that term is recognized and stipulated to by the United

States (at United States v. United Mine Workers (1947), 330 U.S. 258, 91 L. Ed. 884; Galvan v. Federal Prison Indus. (1999, App. D.C.) 339 U.S. App. D.C. 248, 199 F.3D. 461).

Oliver Wendell Holmes, Jr., said that a mind, once stretched, never regains its original dimensions. This creates a dilemma, of course, as an increasing number of people learn the truth about corporate government. How many psychological evaluations can be ordered, how many people can be sent to prison and their families destroyed, how many judicial records can be misappropriated to the wrong jurisdiction, before judges, themselves, lose heart? Claimant has prayed on numerous occasions that the superior magistrate will be able to partake in the joy of spiritual peace in his heart regarding this matter, and to that end, cites the words of James, brother of Jesus Christ:

> "If any of us are looking for wisdom, ask
> God, who gives generously and ungrudgingly,
> and it will be given to you." (James 1:5).

Ask God, and you will know what to do. I pray that you will choose wisely and enjoy peace of heart.

[THIS SPACE LEFT INTENTIONALLY BLANK]

Solemnly affirmed and subscribed this the (eighteenth day of June) in the year of our Father (two thousand and thirteen).


By: _____
　　　 glenn richard of the Holy temple in Christ Jesus
　　　 member of the sovereignty


Solemnly affirmed and subscribed
this _18th_ day of _June_ , 2013.

WITNESS MY HAND AND SEAL


By: Notary Public
_____

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Paul B. Culp Jr., Notary Public
Bedminster Twp., Bucks County
My Commission Expires April 14, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES


Use of a Notary Public is a courtesy to ensure all public trustees remain in harmony with their obligation under the Public Trust Indenture and does not comprise an election to submit to inferior jurisdiction or lesser law.

Solemnly affirmed and subscribed this the (eighteenth day of June)

in the year of our Father (two thousand and thirteen).

By: _____

glenn richard of the Holy temple in Christ Jesus
member of the sovereignty

---

State of Pennsylvania

ss.

County of Bucks

I, **PATRICIA L. BACHTLE**, Prothonotary of the County of Bucks, also Clerk of the Common Pleas Court for said County, the same being a Court of record having by law a seal, do hereby certify that PAUL B. CULP JR. before whom the foregoing acknowledgement was taken, and who subscribed HIS name to the Certificate of the Proof or acknowledgement of the annexed instrument is a NOTARY PUBLIC in and for the said County and residing therein, duly commissioned and sworn and authorized by the laws of said State to take and certify affidavits and the acknowledgements and proofs of deeds of conveyances for land, tenements or hereditaments and other written instruments to be recorded in said State; and further , that I am well acquainted with the handwriting of said PAUL B. CULP JR.and verily believe the signature to said Certificate of Proof or acknowledgement is genuine.

IN WITNESS Whereof, I have hereunto set my hand and official seal at Doylestown, Bucks County, Pennsylvania, this 18th day of JUNE A.D. 2013

PBC-21

_____
Clerk of the Common Pleas Court

---

Use of a Notary Public is a courtesy to ensure all public trustees remain in harmony with their obligation under the Public Trust Indenture and does not comprise an election to submit to inferior jurisdiction or lesser law.

A TRUE COPY
ATTEST—
John W. Small, Jr., Clerk
Berkeley County Court
By _____
Deputy Clerk

8

Under He who made the Law
glenn richard of the Holy temple
appearing on the land at superior jurisdiction
on Saint Lawrence county, colonial New York republic
as Glenn Richard Unger, noncommercial

supreme court for the
fourth judicial district of New York
court of record

Glenn Richard Unger
        Claimant/Beneficiary

Eric Holder et al
        Respondents (non-corporate)

Affidavit in support of special proceeding
for issuance without delay of common law writ of habeas corpus
pursuant to indisputable issues of fact
and failure to show cause for detention
on relation of a private man of the Holy temple
and the people of New York state.

Whereas:

The jurisdiction of the supreme court of
New York includes the jurisdiction of the
supreme court of the colony of New York at
any time and the court of chancery of England
prior to the fourth day of July, seventeen
hundred and seventy-six.
(Stipulation of inferior jurisdiction to the
common law at superior jurisdiction at (N.Y.Jud.L. 140-b).)

Therefore:

in God we trust is the Law of the land.

May the Holy Spirit be with you.

In the beginning, there was the Word.  This affidavit comprises

special appearance under the watchful eye of Nature's God at the

above-named court of record ("supreme court") on the land known as

(i)

the county of Saint Lawrence, state of New York for the purpose
of invoking special proceeding for immediate issuance of a common
law writ of habeas corpus pursuant to indisputable issues of fact
verified herein and in the attached Notice and decree claiming
habeas corpus at superior jurisdiction to preserve the Holy temple,
to correct trespass by Respondents acting as the United States
Federal corporation against the parents thereof: the state of
New York, the people thereof, the court of record itself, and
the undersigned living member of the Holy temple of Christ Jesus,
a descendant of the constitutors of the state of New York on the
land, member of the posterity, and beneficiary of the public trust
("Beneficiary").

The public trust has stipulated that <u>the jurisdiction of the
supreme court includes "all the jurisdiction (of) the supreme
court of the colony of New York at any time"</u> (N.Y.Jud.L. 140-b).

Beneficiary has twice taken an <u>oath of allegiance to the
Holy ground on which the colonial New York republic</u> was consti-
tuted (see Testaments A and B, said Notice and decree), and
has <u>terminated all corporate licenses and adhesions.</u>

Thus the supreme court is the proper lawful venue for this
remedial proceeding to repel the ongoing injury to the court,
the Holy temple and the land of his divine birth by the forces
of commercial admiralty gone astray.

In the Book of Ecclesiastes, King Solomon said, "A good name
is better than fine perfume," and "Do not pay attention to every
word people say or you may hear your servant cursing you out."
Beneficiary gives thanks to the Father and His servants at the
court of record for havinghad the "eyes to see" the good name of

(ii)

the supreme court among the many words on the page. Beneficiary
is blessed.  This affidavit celebrates and witnesses the living
Word of God preserved by the Founders and constitutors in the
supreme court, truly the last remnant of mankind's greatest
experiment in self-governance and religious freedom hidden among
the thorny bushes.

Those who serve the court, and by extension the hope of all
mankind and the Holy temple itself as preserved in Beneficiary's
flesh through the resurrection, are given thanks before God for
reflecting on their responsibilities to carry forth the torch
of freedom for the countless generations  that thirsted and
died for the right to worship the Father free from genocide,
butchery and forced corporate idolatry.  For those who embrace the
moment with conscience determined to honor the Father and the law
by their deeds shall be gloriously rewarded.  As written by James,
the brother of Jesus, "...they will cover over a multitude of sins."
May your highest conscience, the Holy Spirit, guide your hand
beyond corporate cynicism and political influences as you protect
the superior jurisdiction, the integrity of the court, the
traditions of American jurisprudence, and the Holy temple.

Beneficiary is being detained unlawfully as public property,
notwithstanding Respondents' possession of judicial records at
the court of record duly authenticated and proved, proving his
foreign non-corporate status, at the Rensselaer County Jail
(4000 Main Street, Troy, New York) by Jack Mahar, an unincorp-
orated man acting as de facto U.S. Trust, SHERIFF JACK MAHAR
dba the Rensselaer County corporation.  Beneficiary harbors

(iii)

no malice towards any man regarding these events.

Beneficiary has no (has exhausted) all remedies within the United States and the State of New York corporations having been baptized into the Holy temple of Christ Jesus, affirmed oaths to a foreign state, terminated nunc pro tunc all applicable U.S. licenses, contracts and powers of attorney et al, real or imagined, and disavowed the mark of the beast and forced numbering of his flesh to re-venue into the world of the dead corporation.

The pretense for the said detention consists of special statutes at inferior/limited jurisdiction (presently 26 U.S.C. 7201, 7212(a); 18 U.S.C. 287, 514(a)(2)) which are on their face inapposite to Beneficiary as a member of the Holy temple in Christ Jesus, and to the superior jurisdiction of this court (see confessed judgment (ii)). Respondents want for authority to force Beneficiary, contrary to the common law of New York state (see confessed judgments (i) - (iii)) and Beneficiary's deeply held religious convictions, to pray at gunpoint to UNITED STATES DISTRICT COURT, courts not of record, or other corporate idols, as a surreptitious "real property" surety account (156-51-333765) for the performance of a presumed U.S. Government Contract (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), in particular in the absence of the mandatory injured party, voluntary contract, verified breach, and affidavits uttered by two independent witnesses testifying to first hand knowledge rather than information and belief that are required to bring any man under the jurisdiction and authority of a man-made venue of law other than by act of war. This want for authority, venue and jurisdiction is an indisputable issue of fact, settled on its face by the

(iv)

judicial records in the court's possession.

Beneficiary was seized while on the land, Saint Lawrence county, state of New York by agents doing business as the United States Federal corporation before being transported to Rensselaer County Jail, thus the fourth judicial district of New York state is an appropriate venue, notwithstanding that any court of record is duly authorized to provide remedy at superior jurisdiction from any precept of an inferior jurisdiction court not of record (i.e. "Court") (see End Notes 1, 2, 3, page 12, said Notice claiming habeas corpus).

No previous petition has been filed nor any appeals or orders given respecting this matter.

Nothing in this affidavit shall be construed as contrary to the contents of the said Notice claiming habeas corpus. By their very nature, corporate actors at limited statutory jurisdiction want for any capacity or standing to defeat judicial records enrolled at superior jurisdiction or any of the substantive issues of fact raised herein. Thus, release of Beneficiary's body under absolute claim of Christ Jesus, and all of his holdings, possesssions and property, should be immediately forthcoming, as the law precludes objection.

Judicial records

Judicial records authenticated and proved at the court of record settle all issues of fact indisputably (see attached Notice claiming habeas corpus). They include:

(i) Beneficiary's oath of allegiance to a foreign state;

(ii) Termination nunc pro tunc of all U.S. licenses, contracts, powers of attorney and such respecting Beneficiary; and

(v)

(iii) Beneficiary's absolute claim of his flesh and blood body on
       behalf of Christ Jesus.

By these judicial records duly enrolled, <u>all presumptions of
corporate (U.S.) nationality, subjecthood and idolatry have been
defeated indisputably.</u>  For it is written:

        "The oath confirms what is said and puts an end

        to all argument" (Hebrews 6:16).

Thus, <u>all substantive issues of fact are indisputably settled.</u>

Confessions of judgment

   Respondents have confessed and stipulated to the following
substantive issues of fact:

(i)   <u>superior jurisdiction of the court of record respecting</u>
      <u>UNITED STATES DISTRICT COURT</u> and all other de facto United
      States Federal corporation courts not of record (i.e. "Courts")
      (N.Y.Jud.L. Sec. 140-b of the Public Trust Indenture ("PTI");
      End Note 3, page 12, said Notice claiming habeas corpus);

(ii)  <u>supremacy of the laws of the state of New York</u> pursuant to
      persistent common law rules of decision with respect to all
      U.S. Courts (PTI: 28 U.S.C. 1652; End Notes 2, 3, page 12,
      said Notice claiming habeas corpus);

(iii) <u>want for judicial authority at statute</u> within the United
      States Federal corporation  and the Courts thereof (PTI:
      28 U.S.C. 3002; N.Y.Jud.L. Sec. 3) respecting Beneficiary;

(iv)  <u>want for judicial records within the United States Federal</u>
      <u>corporation</u>, UNITED STATES DISTRICT COURT, the limited
      statutory jurisdiction, and courts not of record (End Note 4,
      page 12, said Notice claiming habeas corpus);

(vi)

(v)   Respondents' obligations to preserve and obey all judicial
      records proved at the court of record (End Note 4, page 12,
      said Notice claiming habeas corpus);

(vi)  preservation of access to the court of record to attorneys
      and counselors-at-law certified by the state board of law
      examiners (PTI: N.Y.Jud.L. Sec. 90); and

(vii) the supreme court's authority to issue common law writs of
      habeas corpus and certiorori by special proceeding (PTI:
      N.Y.Jud.Law. Secs. 2, 7-b, 7-c, 140-b; N.Y.C.P.L.R. Secs.
      7001, 7002-7012).

> "...the provisions of this article are applicable to
> common law or statutory writs of habeas corpus and
> common law writs of certiorari" (PTI: N.Y.C.P.L.R. 7001).

### Charge to the court
#### I

By this affidavit, Beneficiary does hereby invoke that author-
ity and venue; that the supreme court shall forthwith issue a
common law writ of habeas corpus or other necessary precepts to
free Beneficiary's body, holdings, possessions and property from
corporate trespass, expunge the statutory (nonjudicial) record
(1:12-CR-579, depository UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK), and correct all de facto "records"
to preserve the judicial record of Beneficiary's foreign sovereign
immunity with respect to the United States.

#### II

This affidavit is not to be construed as statutory, diminished
to inferior jurisdiction, or otherwise desecrated, notwithstanding
customary business practices and presumptions of statutory

citizenship. <u>It shall not be docketed in the State of New York (inc.)</u>

III

<u>Beneficiary does hereby invoke the common law of the state of New York</u> as the rules of decision without the United States (Federal corporation), <u>wherein state law remains superior to federal/national law</u> (as stipulated by the United States at 28 U.S.C. 1652 and 3002, and N.Y.Jud.L. Secs. 2, 3 and 140-b of the PTI), notwithstanding the prevalence of the commercial maritime venue within the United States (Federal corporation). Thus a voluntary contract, verified breach, injured party and proper affidavits from two first hand witnesses of fact are required to retain Beneficiary's body.

IV

<u>Beneficiary does hereby reclaim the land</u>, Saint Lawrence county, state of New York, without the United States (Federal corporation) for this special proceeding, preserving the land, for the time being, from the ebb and flow of commercial admiralty.

V

Above all else, Beneficiary does hereby resurrect, however briefly for the time being, the cherished doctrine of American jurisprudence preserved in the supreme court as a primary guardian of religious freedom on behalf of the people of New York. <u>Judicial notice</u> is hereby taken of the supreme court's unique authority to preserve New York state, as intended, chartered and constituted by our forefathers, as a sanctuary against thousands of years of religious persecution by worldly governments. There is no higher tradition in law.

Beneficiary salutes those who serve the de jure court of

(viii)

record for having the courage to honor their highest conscience
and duty under the law, cognizant that the task at hand may be
agonizing after years of tending a de facto corporation. How
difficult it must be to release the notion of Federal supremacy
imposed by the U.S. victory at the Appomattox courthouse in
1865, and decades of administering civil law to U.S. PERSONS
under presumptions of consent. The transition from the rigid
procedure of the de facto SUPREME COURT at statute to the thought-
ful living law of the supreme court on the land is presumably
painful. But as a surveyor may occasionally pause the sextant
to observe the beauty of the land he surveys, now is the time
to smell the roses and enjoy the grandeur of the moment.

For two thousand years after the massacre of the Christian
community in Rome, is it even remotely moral, ethical or lawful
that a member of Christ's Holy temple under oath of allegiance
to the sacred ground on which the colonial New York republic was
constituted (see Testaments A and B, said Notice of habeas corpus),
shall suffer life in prison and destruction of his family
for pursuing the freedom to worship God free from forced corporate
idolatry?

Is it even imaginable that a member of the posterity shall be
vilified as public property for attempting to navigate his way
out of forced corporate servitude through the elaborate scheme of
commercial pitfalls, hidden "remedies," and corporate misnomers
orchestrated by the Department of the Treasury which always seem
to lead back to the Coliseum?

Can the integrity of the supreme court withstand the blight

(ix)

of involuntary servitude to a corporation when asked to take notice?

Can the supreme court tolerate in silence the suffering of one who is forced, contrary to deeply held religious conviction, to condemn himself to eternal damnation by accepting the mark of the beast and praying allegiance as a corporate subject to a false idol corporation?

These are the burning questions before the court of record. The people have been blessed by their ancestors' reservation of the court of record as the one persisting opportunity to embrace and serve truth instead of fiction, people instead of persons, and Nature's God.

VI

This affidavit invokes the posterity of which beneficiary is a member, and requires the supreme court to act at the common law. Born of the colony of New York, the supreme court of New York is sealed in truth, tempered in blood, and sanctified under God as guardian of the land for which our fathers and grandfathers died. Can those who serve the court have a higher calling?  Not even the Justices of the UNITED STATES SUPREME COURT can claim such splendor. (End Note 2, page 12, said Notice  claiming habeas corpus).

Beneficiary seeks nothing more than preservation of judicial records duly enrolled and proved at superior jurisdiction, i.e. honorable compliance with the doctrine of state supremacy to which the United States (Federal corporation) has stipulated, notwithstanding customary de facto business practices and other challenges to the court's integrity and the Divine right of worship. Beneficiary seeks no glory, publicity,  revolution or conflict,

(x)

and presents no danger to society.

To be clear, since there are no disputable issues of fact, no United States (Federal corporation) remedies, and Respondents have abandoned their non-corporate de jure offices and are thus unable to appear at the supreme court, the court is hereby invoked to issue final judgment releasing Beneficiary's body et al and barring redetention, and any writs, warrants or procedures necessary to preserve the judicial records at hand and prevent irreparable injury to Beneficiary.

Thank you for your thoughtful deliberation and forgiving my many mistakes. May you trust in God and be guided by the Holy Spirit.

- Grace be with you and your families. -

(This space intentionally left blank.)

(xi)

The undersigned living member of the Holy temple in Christ Jesus, being competent and of majority age, does hereby solemnly affirm the facts herein as true and correct under God this ( _second_ day of _April_ ), in the year of our Lord (two thousand and thirteen).

```
                         glenn richard of the Holy temple
                         self-aware man appearing as
                         Glenn Richard Unger (non-corporate)
                         at superior jurisdiction


                    By:  _glenn richard_____
                         for the Holy temple in Christ Jesus
```

[                                    ]
[  Solemnly affirmed and sub-        ]
[  scribed this _2nd_ day of         ]
[  _April_ , 2013.                   ]
[  WITNESS my hand and seal.         ]
[                                    ]
[  _Kathleen Grady_                  ]
[  _____                   ]
[  Notary Public                     ]

KATHLEEN A GRADY
NOTARY PUBLIC STATE OF NEW YORK
ALBANY COUNTY
LIC. #01GR6044068
COMM. EXP. __6/26/14__

Use of a public notary and statutory citations is a courtesy to public trustees, that they may remain in harmony with their obligations under the Public Trust Indenture.  Such usage is not and shall not be deemed an election to submit to an inferior jurisdiction nor invitation to file this document into a corporate venue.

(xii)

/5691

## Affidavit

The following judicial records have been duly certified by the clerk and authenticated at the court of record at superior jurisdiction by the keeper of the seal, thus being proved and enrolled and entitled to full faith and credit and preference over all nonjudicial, official and de facto "records:"

(i)     Oath of allegiance to a foreign state;

(ii)    Termination nunc pro tunc of all licenses, contracts, powers of attorney and privileges;

(iii)   Absolute claim of flesh and blood body;

(iv)    Judicial notice of termination of U.S. Government Contracts Nos. 156-51-XXX765 and XXX-XX-3723;

(v)     (Claim of) Rescission of negotiation;

(vi)    Exclusion of presumptive (U.S.) citizenship;

(vii)   Superceding oath of allegiance to a foreign state;

(viii)  Notice and decree claiming habeas corpus at superior jurisdiction.

Solemnly affirmed and subscribed this (_eighteenth_ day of _March_ ) in the year of our Father (two thousand and thirteen).

By: _Glenn Richard_
glenn richard, self-aware man
appearing at superior jurisdiction
as Glenn Richard Unger

A TRUE COPY
ATTEST
John W. Small, Jr., Clerk
Berkeley County Court
By _____ Deputy Clerk

John W Small Jr
BERKELEY County 03:18:36 PM
Instrument No 20130015691
Date Recorded 04/09/2013
Document Type AFFAD
Pages Recorded 41
Book-Page    1034-554
Recording Fee $41.00
Additional    $10.00

[Solemnly affirmed and sub-  ]
[scribed this  18  day of  ]
[  March  , 2013.  ]
[WITNESS my hand and seal.  ]
[  ]
[  ]
[ _Notary Public_  ]

KATHLEEN A GRADY
NOTARY PUBLIC STATE OF NEW YORK
ALBANY COUNTY
LIC. #01GR6044083
COMM. EXP. 6/26/14

Use of a Notary Public is a courtesy to ensure that all public trustees remain in harmony with their obligations under the Public Trust Indenture and does not elect submission to lesser or inferior venue of law or jurisdiction.

*United States of America*

## State of New York
## Department of State

*It is hereby certified, that **Thomas G. Clingan** was Clerk of the County of Albany in the State of New York, and Clerk of the Supreme Court therein, being a Court of Record, on the day of the date of the annexed certificate, and duly authorized to grant same; that the seal affixed to said certificate is the seal of said County and Court; that the attestation thereof of said Clerk is in due form and executed by the proper officer; and that full faith and credit may and ought to be given to said Clerk's official acts.*

**In testimony whereof,** the Department of State Seal
is hereunto affixed.

*Witness my hand at the city of Albany*
*this 22nd day of February*
**Two Thousand and Thirteen**



Sandra J. Tallman

---

Sandra J. Tallman
Special Deputy Secretary of State

113480
03835595.RSL (REV: 08/25/10)

Under He who made the Law                    RE 158 807 059 US
glenn richard of the Holy temple
self-aware man appearing as Glenn Richard Unger
at superior jurisdiction
noncommercial, unincorporated
on Rensselaer county, New York republic
Grantor/Beneficiary, Special Deposit Trusts
Nos. 156-51-333765, 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, 1:12-CR-579

Beneficiary hereby accepts the promissory oaths and bonds
of all public trustees as binding them respectively to
the Public Trust Indenture as duly Constituted; accepts
the organic and derivative Constitutions as binding contracts;
invokes the respective ministerial duties of all public
trustees to honor, obey and protect Beneficiary as a member
of the Posterity; and extends his sovereign immunity to
all public trustees for all good faith acts in furtherance
of this judicial record, a Testamentary in the Holy Spirit.


                    supreme court for the
            fourth judicial district of New York
                      court of record


Glenn Richard Unger
for the people of the
United States of America under G-d

        Claimant

Eric Holder
Richard S. Hartunian
Gary L. Sharpe
Jack Mahar

        Respondents (non-corporate capacity)


        Notice and decree claiming habeas corpus at superior
            jurisdiction to preserve the Holy temple

                        with

(i)       Oath of allegiance to a foreign state;
(ii)      Termination nunc pro tunc of all licenses, contracts,
          powers of attorney, benefits and privileges et al;
(iii)     Absolute claim of flesh and blood body;
(iv)      (Claim of) Rescission of negotiation;
(v)       Exclusion of presumption of citizenship;
(vi)      Verification of termination of U.S. Government Contract
          Nos. 156-51-333765 and 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;
(vii)     Superseding oath of allegiance to a foreign state.

Re.:  (Account No. 1:12-CR-579; depository N.N.Y.U.S.D.C.)

                        Cover

Under He who made the Law

## Notice of Law

LET IT BE KNOWN TO ALL, the maxim of Law governing this Notice,
preserved at superior jurisdiction from ancient times, has been
written:

"Do not mistreat or oppress a foreigner

for you were foreigners in Egypt." (Exodus 22:21)

"Make every effort to live in peace with everyone."

(Hebrews 12:14)

———————————————

By the grace and favor of our beloved G-d

Grace and peace to all.

BE IT RESOLVED UNDER He who made the Law, this Notice comprises
special appearance at the court of record[1] at superior jurisdiction
to which the inferior jurisdiction has stipulated and is bound by
its Public Trust Indenture at Judiciary Code, Sections 132, 171, 251
et seq, and without intent to embarrass the derivative court not of

(This space intentionally left blank.)

1

record.  This Notice is a judicial record and shall not be construed as an official, corporate or de facto record at statute.[4]  The court of record is hereby invoked to preserve this and derivative judicial records, thus restoring through the great writ natural order and harmony between worldly law and the Holy temple in Christ Jesus preserved in the living body of the Beneficiary, a true believer.  The court's records, being sufficient to impeach its judgments, nonjudicial, official and inferior records shall not lie with this court, nor may this court be accessed or invoked by titles of nobility or other imagined, unclean or "legalized" constructions.  All public trustees are bound to preserve this and subsequent judicial records.  This court is not of the kingdom of the air. For it is written:

> "For through the law I died to the law so that
> I might live for the Father." (Galatians 2:19)

This decree manifests claim for the great writ of habeas corpus at superior jurisdiction, well hidden but duly confessed:

> "Everyone in this body (Congress) knows that there
> are two forms of habeas corpus, the Constitutional
> form which Congress can't touch, and the statutory
> form which Congress wrote." (John Sensennbrenner,
> Chairman, House Judiciary Committee, debate on the
> Military Commissions Act, 2007)

for the glorious purpose of reclaiming the Holy temple for Christ Jesus as is required under all venues of law.

This judicial record shall not be desecrated to statutory jurisdiction, such conversion comprising an act of war against the Public Trust and Posterity and, for public trustees, a

violation of their respective obligations under 18 U.S.C. 2073

et seq of the Public Trust Indenture subject to ten years

incarceration.

## Authority

This court is invoked by Glenn Richard Unger ("Beneficiary")

BY GRACE AND authority of the Father.  This court's authority is

self-evident.  The people have so stipulated by their Declaration

of 1776, and the duly Constituted Public Trust Indenture.

The court has stipulated to the absolute supremacy and exclu-

sivity of the Beneficiary's claim against his flesh and blood body

as part of the Holy temple in Christ Jesus, on behalf of the one

true Sovereign.  The court has further stipulated to the Beneficiary's

judicial status on the land as grantor by legacy of the Public

Trust duly Constituted and beneficiary (member) of the Posterity.

Beneficiary is neither corporate nor commercial, claims no

benefits or privileges under the Public Trust, stands under no

public bonds, and seeks nothing but lawful compliance by his pub-

lic trustees with their obligations under the Public Trust.

Beneficiary apologizes sincerely for any mistakes and mis-

judgments he may have made in his profound worldly ignorance.

For it is written:

"Don't you know that you yourselves are the Father's

temple and that His spirit dwells in your midst?"

(1 Corinthians 3:16)

## Peace Bond

This court of record is hereby bonded in peace by lawful

3

silver specie 999 pure (affixed) for all good faith actions under-
taken to preserve this judicial record, said bond representing
Beneficiary's extending his sovereign immunity by the Father's
grace to this court and Beneficiary's standing under the Holy
Spirit, truth in Christ Jesus.

### Jurisdiction

Having been invoked  by a child of the Father <u>under His grace</u>,
this court's jurisdiction for the singular purpose of removing
worldly impurities from the Holy temple through the great writ is
self-evident and unimpeachable.  As a self-confessed court of record,
this court is the guardian of the portal between flesh and spirit.
Stipulation at inferior jurisdiction to this court's superior
jurisdiction is duly noted hereunder as a courtesy to all public
trustees.[2] <u>This claim is the result of an international trespass</u>.

This court's jurisdiction celebrates the Founding and proud
tradition of American jurisprudence.

The right to appeal the precepts of a court not of record to
a court of record, a maxim of law, is preserved <u>and invoked herein</u>;
said appeal not being subject to discretion or impairment at
limited jurisdiction.

### Claim of habeas corpus

Beneficiary is a living man with dominion (Genesis 1:26) and
stewardship (2 Corinthians 5:6) over the land and his worldly body.

Beneficiary is not a corporation or "legalized" fiction/person.

Beneficiary has exhausted his worldly remedies since Beneficiary,
having been baptized in the Holy spirit of Christ Jesus, has no
worldly remedies under statutory commerce (buying and selling)
without condemning himself to eternal damnation for idolatry.

4

For it is written:

"You who are trying to be justified by the law have been alienated from Christ; you have fallen from grace." (Galatians (5:4).

Beneficiary's body has been held in an iron yoke since December 29, 2012 on the <u>mistaken presumption</u> that he is of the world, a U.S. subject, "U.S. person" at 26 U.S.C. 7701 of the limited statutory jurisdiction, State of New York "driver" under vol- untary commercial contract, a voluntary trustee for U.S. Government Contract Trusts Nos. 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 and 1:12-CR-579 (depository N.N.Y. U.S.D.C.), and a voluntary "individual surety" for U.S. public debt pursuant to U.S. Government Contract Pledge No. 156-51-333765 and bond issue derived thereby presumed to guarantee the performance of U.S. Government Contract No. 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.

<u>All of the foregoing commercial presumptions and presumed</u> <u>contracts and trusts have been defeated by the judicial records</u> <u>at the court of record</u> (Testaments A and B).  The inferior jurisdiction has stipulated that Beneficiary's Oath of Allegiance to a foreign state without the United States precludes any presumption of U.S. nationality respecting Beneficiary (Testaments A and B).  <u>Beneficiary is not a United States citizen or national nor</u> <u>a subject of the United States</u>, (Testaments A and B).

U.S. Government Contracts Nos. 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 and 156-51-333765 appear in official records of the Internal Revenue Service as "deceased" (terminated entities) subsequent to corporate dissolution, legal notice and Notice of Fiduciary Relationship accepted by Clerk No. 44310 on or about November 11 and 14 respectively, 2011 and confirmation of termination by Standard Form 30 at inferior

jurisdiction on or about November 14, 2012 and in possession of the man occupying the Office of Secretary of the Treasury.

Judicial records at this court (Testament B) establish that all powers of attorney, licenses, adhesion contracts, trusts, securities, indentures, accounts, registrations, novations, privileges and benefits ("worldly impurities"), real, imagined or presumed by the United States, the Internal Revenue Service, the Federal Reserve System or other worldly constructions respecting Beneficiary have been terminated (Testament B).

Pursuant to said judicial records:

(i) Beneficiary has claimed rescission of negotiation respecting all such worldly impurities (Testament B);

(ii) Beneficiary has claimed absolute dominion over his own flesh and blood body (Testament B);

(iii) Beneficiary has returned all such worldly impurities to the source to the best of his ability while under the iron yoke (Testament B).

Therefore, having been baptized by the Holy Spirit, Beneficiary is a true believer in the resurrection, absolute biological property of the Father, and cleansed in the blood of Christ Jesus.

THE JUDICIAL RECORD HAVING BEEN PROVED, SEALED AND ADMITTED, any further presumption that Beneficiary is a nonbeliever is in fact an assault on the Holy temple and the blood and body of Christ Jesus incarnate. The dead cannot invade the Kingdom. The dead want for lawful authority to wrest Beneficiary from the Holy temple and force him to condemn himself to eternal damnation by bowing down to a corporate idol.

6

Can there be a greater sin, a greater perversion of law, a greater crime against mankind, the Father, the Son, and one's own family and status in the eyes of the Father on judgment day, than forcing a true believer to worship false idols?  Whether in ancient coliseums or modern edifices, how harsh are the penalties:

"If anyone destroys the Father's temple, the Father

will destroy that person; for His temple is sacred,

and you together are that temple."  (1 Corinthians 3:17),

and Beneficiary prays that no man shall so suffer.

Findings of fact; conclusions of Law

Notwithstanding normal business practices and presumptions of regularity, the zeal to enforce civil "law" subsequent to the United States victory at the Appomatox Courthouse in 1865 must be tempered by recognition that the existence of courts not of record is wholly dependent on the persistence of the courts of record[5] which they mirror and which bear consensual rather than presumed authority.  Despite individual reluctance, when the presumptions of U.S. personage have been defeated by judicial record, public trustees must revert to the common law rule of decision[3] to avoid the impression of tyranny under the Civil War era Confiscation and Enrollment Acts and the current perpetual "States of National Emergency."  Thus, due process of law, voluntary rather than presumed contracts, full disclosure, breach of contract, injured parties, authentic affidavits, and acceptance of full liability, are restored, and the proud and essential tradition of individual American sovereignty is celebrated at the expense of strategic misnomer (e.g. "Sovereign Citizen") and tactical "legal" process.

Only in this way can man claim the right and providence to

judge his fellow man:

> "Do you ask for a ruling from those whose way of life
> is scorned in the church?...Do you not know that the
> Lord's people will judge the world?"  (1 Corinthians 6:4,
> 6:2).

The trespasses described in this judicial record, if permitted to persist, would comprise a breach of trust by public trustees against the Public Trust duly Constituted.  <u>Either the trespasses or the trespassers must be purged</u> notwithstanding the insidiousness of lex mercatoria at limited statutory jurisdiction.

Unlike ancient Rome, common belief is that American jurisprudence was tempered in the Word, and it is presumed that those who claim the right of judgment in this world remain ready <u>and willing</u>  to distinguish true believers who can no longer bow to corporate or other unclean idols nor repudiate the Father by continuing to confess to the status of an unpure "legal" decedent.

<u>There is no higher responsibility among worldly judges</u>.  In the twenty-first century, can the persecution of devout Christians for refusing to renounce the Holy temple in Christ be morally defensible?

Can they be defiled for searching for ancient hidden remedies to extricate themselves from commercial "law" under the mark of the beast of the sea?

Can they be morally persecuted for refusing residency, driving privileges or other contracts into subjecthood to the United States Federal corporation?

<u>Once the judicial record is made</u>, this court may not and should not question or impair the Holy temple, notwithstanding inconven-

ience posed by timing or circumstance.  Once true belief is enshrined, jurisdiction passes to the Son and no worldly court may trespass thereon.  By its very nature, the New Covenant of citizenship in Heaven is immutable, having required a conscious decision to be reborn into the resurrection of life and cast off all worldy demons. Regardless of when this sacred event occurs, this court and all worldly courts are obligated to defer to the Holy temple and comply with the Law that is antecedent to all worldly law, and refrain from trespassing on foreign soil, the Holy temple, the blood of the Son of G-d.  According to the Law, to continue to persecute a true believer once the presumption of inferior jurisdiction is defeated is to crucify the Son of G-d once again:

> "To their loss, they are crucifying the Son of G-d
>
> all over again and subjecting him to public disgrace."
>
> (Hebrews 6:6)

Even the most well intentioned prosecution, when imposed on foreign soil, must cease when the mark of the beast is cleansed, secure in the knowledge that the true believer will thereafter be a blessing to society in favor of love, kindness, compassion, civility and service to the neediest among us.

BY HIS GRACE:

WHEREFORE, based upon the judicial records at hand, this court can confidently conclude that:

(i) Beneficiary can no longer be morally presumed to be under inferior jurisdiction nor a trustee to corporate interests, having twice taken an oath to a foreign state, terminated all worldly adhesion contracts, licenses and powers of attorney, and established absolute claim to his own flesh and blood body for the Father;

(ii) The court not of record wants for jurisdiction respecting

9

Beneficiary and his interests;

(iii) The court not of record wants for an injured party, adhesion contract, pledge of labor, birth bond or commercial energy necessary to charge or make a claim against a man;

(iv) Beneficiary has lived a life of civility and nonviolence, evangelizing peace, forgiveness, mercy and righteousness, in particular respecting public trustees.

BY HIS GRACE:

THEREFORE, Beneficiary's flesh and blood body in Christ Jesus, being of the Holy temple without the United States and not public property, should be released and all pretense of authority and jurisdiction should cease.  For it is written:

"The oath confirms what is said and puts an end

to all argument."  (Hebrews 6:16)

Decree Absolute

IT IS HEREBY DECREED under authority of the Word that a great writ of habeas corpus should issue and the body of Christ Jesus as apportioned and preserved in the Beneficiary's flesh and blood worldly form should be brought forth promptly, and if no one of the flesh shall bring forth written authority bearing Benefic- iary's lawful and correct name under Christ Jesus, Beneficiary should be immediately released and made whole, all of his worldly possessions returned, the judicial record preserved, and all official records at inferior jurisdiction brought into conformity therewith so that Beneficiary may go forth and serve mankind on behalf of the Father and the Son.

SO IT IS DECREED IN PEACE AND LOVE in the name of Jesus Christ through the Holy Spirit, and shall remain until judgment day.

LET ALL OF WORLDLY FLESH KNOW that the mark of the beast of the
sea shall not again desecrate this living soul:

"But if you are led by the spirit, you are not

under the law." (Galatians 5:18)

"What the Father has cleansed, do not call impure."

(Acts 11:9)

MAY GRACE AND MERCY BE WITH YOU: "Judgment without mercy will be
shown to anyone who has not been merciful.  Mercy triumphs over
judgment."  (James 2:12)

This Testamentary in Christ Jesus is solemnly affirmed and
subscribed through the Holy Spirit this ( twelfth ) day of
February ) in the year of our Lord (two thousand and
thirteen).

                              Glenn Richard Unger
                              at superior jurisdiction by
                              special appearance

                    By: _____

                              for the Holy temple of Christ
                              Jesus in glenn richard, self-
                              aware man.



LET ALL OF WORLDLY FLESH KNOW that the mark of the beast of the
sea shall not again desecrate this living soul:

>"But if you are led by the spirit, you are not
>
>under the law." (Galatians 5:18)
>
>"What the Father has cleansed, do not call impure."
>
>(Acts 11:9)

MAY GRACE AND MERCY BE WITH YOU: "Judgment without mercy will be
shown to anyone who has not been merciful.  Mercy triumphs over
judgment."  (James 2:12)

This Testamentary in Christ Jesus is solemnly affirmed and
subscribed through the Holy Spirit this ( _twelfth_    day of
_February_          ) in the year of our Lord (two thousand and
thirteen).

Glenn Richard Unger
at superior jurisdiction by
special appearance

By: _Glenn Richard Unger_

for the Holy temple of Christ
Jesus in glenn richard, self-
aware man.

```
[ Solemnly affirmed and sub-  ]
[ scribed this  12th    of     ]
[ February    , 20 13         ]
[ WITNESS my hand and seal    ]
[ KATHLEEN A GRADY             ]
[ NOTARY PUBLIC STATE OF NEW YORK ]
[ ALBANY COUNTY                ]
[ Notary Public #01GR6044083   ]
[ COMM. EXP. 6/26/14           ]
```

Use of a Notary Public is a courtesy to assist public trustees in
remaining in honor with the Public Trust Indenture, and does not
comprise an election to submit to an inferior venue of "law."

11

End Notes

"I did not come to destroy the law,
but to fulfill it."  (Matthew 5:17)

Beneficiary provides the following stipulations of the inferior
jurisdiction to the supremacy of the superior jurisdiction at
the court of record to ensure that public trustees may remain
in harmony with their obligations under the Public Trust Indenture
duly Constituted and evolved.  This courtesy does not comprise
an election to invoke, submit to, or appear at limited
statutory jurisdiction.  This Notice is intended to facilitate
peaceful coexistence of law and color of law, restoring that
which has been all but lost to memory.

[1] (28 U.S.C. Secs. 132(a), 171(a), 251(a), 1739, 1741; N.Y.Jud.
L. Secs. 2, 3, 140; 3 Bl. Comm. 24; 3 Steph. Comm. 383; The
Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton,
52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229;
Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231;)FRCP 44.)

[2] (The judgment of a court of record whose jurisdiction is final,
is as conclusive on all the world as the judgment of this court
would be.  It is as conclusive on this court as it is on other
courts.  It puts an end to inquiry concerning the fact, by
deciding it.  Ex parte Watkins, 3 Pet., at 202-203; Schneckloth
v. Bustamonte, 412 U.S. 218, 255 (1973); Note, however, that in
California "superior court" is the name of a particular court.
But when a court acts by virtue of a special statute conferring
jurisdiction in a certain class of cases, it is a court of infer-
ior or limited jurisdiction for the time being, no matter what
its ordinary status may be.  Heydenfeldt v. Superior Court, 117
Cal. 348, 49 Pac. 210, Cohen v. Barrett, 5 Cal. 195, 7 Cal. Jur.
579.)

[3] ("Inferior courts" are those whose jurisdiction is limited and
special and whose proceedings are not according to the course
of the common law.  Ex parte Kearny, 55 Cal. 212, Smith v. Andrews,
6 Cal. 652; A "court of record" is a judicial tribunal...proceed-
ing according to the course of the common law.  Jones v. Jones,
188 Mo. App. 220, 175 S.W. 227, 229, Ex parte Gladhill, 8 Metc.
Mass., 171 per Shaw, C.J., Ledwith v. Rosalsky, 244 N.Y. 406,
155 N.E. 688, 689; A court of record is a judicial tribunal...
proceeding according to the course of the common law.  7 Cal.
Jur.; Ex parte Thistleton, 52 Cal. 220;)General jurisdiction of
N. Y. supreme court includes common law of England. N.Y.Jud.L. 140-b.)

[4] (Judicial records 28 U.S.C. 1739, 1741; Proceedings in courts
of chancery are said not to be, strictly speaking, records;
but they are so considered.  Gresley, Ev. 101, 8 Mart. La.N.S.
303, 1 Rawle, Penn. 381, 8 Yorg. Tenn. 142, 1 Pet. C. C. 352.)

[5](Common law rule of decision, United States of America, 28 U.S.C. 1652 State laws as rules of decision.  The laws of the several states except when the Constitution or treaties of the United States or Acts of Congress otherwise require or provide, <u>shall be regarded as rules of decision in civil actions in the courts of the United States</u> in cases where they apply;  F.R.C.P. 2.  There shall be <u>one form of action to be known as "civil action"</u>.)

[5](Common law rule of decision, New York state republic.  N.Y.Jud.L. 140-b General jurisdiction of supreme court.  The general jurisdiction in law and equity which the supreme court possesses under the provisions of the constitution includes <u>all the jurisdiction which was possessed and exercised by the supreme court of the colony of New York</u> at any time, and by <u>the court of chancery in England</u> on the fourth day of July, seventeen hundred seventy-six.)

Under He who made the Law
glenn richard of the Holy temple
self-aware man appearing as
Glenn Richard Unger at
superior jurisdiction on
Rensselaer county, New York republic
Grantor/Beneficiary, Special Deposit Trusts
Nos. 156-51-333765, 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, 1:12-CR-579
under extension of sovereign immunity to all
public trustees for compliance with this
judicial record at the court of record.

United States District Court
for the Northern District of New York

Glenn Richard Unger et al

    Claimant

Eric Holder et al

    Respondents (noncorporate capacity)

Decree

    Upon consideration of the judicial records at hand,
the court of record decrees that UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF NEW YORK shall immediat-
ely order respondent Jack Mahar acting as sheriff of
Rensselaer County to release claimant Glenn Richard Unger
from custody and destroy all records related to said
claimant's detention thereby.
    It is further decreed that case No. 1:12-CR-579 at
statute be quashed, all related claims be terminated, all
Court bonds be recalled and cancelled, all records related
thereto be expunged regardless of location or custodian,
in particular all fingerprints, photographs and DNA
regardless of form or media, and all public records be
adjusted to fully preserve the judicial record of claimant's
immunity.
    It is further decreed that the said court not of
record order the Federal Bureau of Investigation to immed-
iately return all of claimant's holdings, possessions and
property, and all copies made thereof.
    It is hereby decreed this (_eighteenth_) day of (_March_)
in the year of our Father (two thousand thirteen).

By: _Glenn Richard Unger_
    Controlling (legal) authority

3-18-13

KATHLEEN A GRADY
NOTARY PUBLIC STATE OF NEW YORK
ALBANY COUNTY
LIC. #01GR6044083
COMM. EXP. 10/12/14

Under He who made the Law
glenn richard of the Holy temple
self-aware man appearing as
Glenn Richard Unger at
superior jurisdiction on
Rensselaer county, New York republic
Grantor/Beneficiary, Special Deposit Trusts
Nos. 156-51-333765, 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, 1:12-CR-579
under extension of sovereign immunity to all
public trustees for compliance with this
judicial record at the court of record.

supreme court for the<br>
fourth judicial district of New York<br>
By the grace of G-d

Glenn Richard Unger et al

    Claimant

Eric Holder et al

    Respondents (noncorporate capacity)

Decree

Upon consideration of the judicial records at hand, the court of record decrees that UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK shall immediately order respondent Jack Mahar acting as sheriff of Rensselaer County to release claimant Glenn Richard Unger from custody and destroy all records related to said claimant's detention thereby.

It is further decreed that case No. 1:12-CR-579 at statute be quashed, all related claims be terminated, all Court bonds be recalled and cancelled, all records related thereto be expunged regardless of location or custodian, in particular all fingerprints, photographs and DNA regardless of form or media, and all public records be adjusted to fully preserve the judicial record of claimant's immunity.

It is further decreed that the said court not of record order the Federal Bureau of Investigation to immediately return all of claimant's holdings, possessions and property, and all copies made thereof.

It is hereby decreed this ( _twentieth_ ) day of ( _February_ ) in the year of our Father (two thousand thirteen).

By: _____
    controlling (legal) authority

2-20-13

KATHLEEN A GRADY
NOTARY PUBLIC STATE OF NEW YORK
ALBANY COUNTY
LIC. #01GR6044083
COMM. EXP. _____

Under He who made the Law
glenn richard of the Holy temple
self-aware man appearing as
Glenn Richard Unger at
superior jurisdiction on
Rensselaer county, New York republic
Grantor/Beneficiary, Special Deposit Trusts
Nos. 156-51-333765, 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, 1:12-CR-579
under extension of sovereign immunity to all
public trustees for compliance with this
judicial record at the court of record.

supreme court for the United States of America
By the grace of G-d

Glenn Richard Unger et al

    Claimant

Eric Holder et al

    Respondents (noncorporate capacity)

Decree

Upon consideration of the judicial records at hand,
the court of record decrees that UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF NEW YORK shall immediat-
ely order respondent Jack Mahar acting as sheriff of
Rensselaer County to release claimant Glenn Richard Unger
from custody and destroy all records related to said
claimant's detention thereby.
It is further decreed that case No. 1:12-CR-579 at
statute be quashed, all related claims be terminated, all
Court bonds be recalled and cancelled, all records related
thereto be expunged regardless of location or custodian,
in particular all fingerprints, photographs and DNA
regardless of form or media, and all public records be
adjusted to fully preserve the judicial record of claimant's
immunity.
It is further decreed that the said court not of
record order the Federal Bureau of Investigation to immed-
iately return all of claimant's holdings, possessions and
property, and all copies made thereof.
It is hereby decreed this (Twenty ) day of ( February )
in the year of our Father (two thousand thirteen).

By: _____
    controlling (legal) authority

2-20-13

KATHLEEN A GRADY
NOTARY PUBLIC STATE OF NEW YORK
ALBANY COUNTY
LIC. #01GR6044083
COMM. EXP. _____

Under He who made the Law
glenn richard of the Holy temple
self-aware man appearing as
Glenn Richard Unger at
superior jurisdiction on
Rensselaer county, New York republic
Grantor/Beneficiary, Special Deposit Trusts
Nos. 156-51-333765, 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, 1:12-CR-579
under extension of sovereign immunity to all
public trustees for compliance with this
judicial record at the court of record.

United States Court of International Trade
By the grace of G-d

Glenn Richard Unger et al

        Claimant

Eric Holder et al

        Respondents (noncorporate capacity)

Decree

        Upon consideration of the judicial records at hand,
the court of record decrees that UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF NEW YORK shall immediat-
ely order respondent Jack Mahar acting as sheriff of
Rensselaer County to release claimant Glenn Richard Unger
from custody and destroy all records related to said
claimant's detention thereby.
        It is further decreed that case No. 1:12-CR-579 at
statute be quashed, all related claims be terminated, all
Court bonds be recalled and cancelled, all records related
thereto be expunged regardless of location or custodian,
in particular all fingerprints, photographs and DNA
regardless of form or media, and all public records be
adjusted to fully preserve the judicial record of claimant's
immunity.
        It is further decreed that the said court not of
record order the Federal Bureau of Investigation to immed-
iately return all of claimant's holdings, possessions and
property, and all copies made thereof.
        It is hereby decreed this (Twelfth) day of (February)
in the year of our Father (two thousand thirteen).

By: _____
        Controlling (legal) authority

2-20-13

KATHLEEN A GRADY
NOTARY PUBLIC STATE OF NEW YORK
ALBANY COUNTY
LIC. #01GR6044083
COMM. EXP. 6/24/14

Under He who made the Law
glenn richard of the Holy temple
self-aware man appearing as
Glenn Richard Unger at
superior jurisdiction on
Rensselaer county, New York republic
Grantor/Beneficiary, Special Deposit Trusts
Nos. 156-51-333765, 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, 1:12-CR-579
under extension of sovereign immunity to all
public trustees for compliance with this
judicial record at the court of record.

United States Court of Federal Claims
By the grace of G-d

Glenn Richard Unger et al

    Claimant

Eric Holder et al

    Respondents (noncorporate capacity)

Decree

Upon consideration of the judicial records at hand,
the court of record decrees that UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF NEW YORK shall immediat-
ely order respondent Jack Mahar acting as sheriff of
Rensselaer County to release claimant Glenn Richard Unger
from custody and destroy all records related to said
claimant's detention thereby.
It is further decreed that case No. 1:12-CR-579 at
statute be quashed, all related claims be terminated, all
Court bonds be recalled and cancelled, all records related
thereto be expunged regardless of location or custodian,
in particular all fingerprints, photographs and DNA
regardless of form or media, and all public records be
adjusted to fully preserve the judicial record of claimant's
immunity.
It is further decreed that the said court not of
record order the Federal Bureau of Investigation to immed-
iately return all of claimant's holdings, possessions and
property, and all copies made thereof.
It is hereby decreed this (Twentieth) day of ( February )
in the year of our Father (two thousand thirteen).

By: _____
        controlling (legal) authority

2-20-14

KATHLEEN A GRADY
NOTARY PUBLIC STATE OF NEW YORK
ALBANY COUNTY
LIC. #01GR6044083
COMM. EXP. 6/26/14

Under He who made the Law
glenn richard of the Holy temple
self-aware man appearing as
Glenn Richard Unger at
superior jurisdiction on
Rensselaer county, New York republic
Grantor/Beneficiary, Special Deposit Trusts
Nos. 156-51-333765, 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, 1:12-CR-579
under extension of sovereign immunity to all
public trustees for compliance with this
judicial record at the court of record.


Glenn Richard Unger et al

    Claimant

Eric Holder et al

    Respondents (noncorporate capacity)

### Decree

    Upon consideration of the judicial records at hand,
the court of record decrees that UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF NEW YORK shall immediat-
ely order respondent Jack Mahar acting as sheriff of
Rensselaer County to release claimant Glenn Richard Unger
from custody and destroy all records related to said
claimant's detention thereby.

    It is further decreed that case No. 1:12-CR-579 at
statute be quashed, all related claims be terminated, all
Court bonds be recalled and cancelled, all records related
thereto be expunged regardless of location or custodian,
in particular all fingerprints, photographs and DNA
regardless of form or media, and all public records be
adjusted to fully preserve the judicial record of claimant's
immunity.

    It is further decreed that the said court not of
record order the Federal Bureau of Investigation to immed-
iately return all of claimant's holdings, possessions and
property, and all copies made thereof.

    It is hereby decreed this ( Twentieth ) day of ( February )
in the year of our Father (two thousand thirteen).

By: _____

           Controlling (legal) authority

KATHLEEN A. GRADY
NOTARY PUBLIC STATE OF NEW YORK
ALBANY COUNTY
LIC. #01GR6044083
COMM. EXP.

Testament A

(i)      Oath of allegiance to a foreign state;

(ii)     Exclusion of presumption of citizenship;

(iii)    Verification of termination of U.S. Government
         Contracts (156-51-333765; 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).

OATH OF ALLEGIANCE AND NATIONALITY

I, a man sometimes scribed as Glenn Richard Unger, do solemnly affirm in the presence of the Almighty Creator and under penalty of perjury of the living law and the laws of the colonial New York republic to all of the following: (1) I am a living self-aware man, a living soul, and not a corporation or deceased, (2) I was born in the image of the Lord on the free dry dust of the earth on Kings county, the colonial New York republic, and am a part and a national of that land, (3) I occupy and have accepted the duties of the office of man having dominion over all the earth by Divine grant, and am thereby the highest judicial officer of the living law of Nature's Lord on the land under my feet, (4) I do hereby pledge my allegiance to the sacred dust of the earth on Saratoga county, the colonial New York republic or wherever I may be standing, (5) my inalienable, sovereign, secured and Divine rights of birth are protected against trespass from my public servants by the New York Constitution, a public trust of which I am a legacy grantor and beneficiary by right o birth, in particular my right to exclusively worship the Almighty Creator and pursue all of my deeply-held religious convictions without impairment as long as they harm no others. All who take an oath thereto have pledged to protect those rights, (6) by the Lord's grace, I was given a Divine inheritance of unencumbered stewardship of my flesh and blood body and do not consent to any presumption that it is surety for corporate debts, (7) the Holy Bible is the living law, and is recognized by the public trust as the highest of all law, (8) my law, jurisdiction and venue are foreign to all incorporated jurisdictions, in particular the United States, the State of New York, and Saratoga County, and all subdivisions, partners and agents thereof, of which I am Grantor, Beneficiary, a stockholder, and first-in-line priority lienholder, (9) I formally deny, and do hereby intend to deny, being a national or citizen of any other jurisdiction in particular the United States and/or the State of New York, (10) this oath in covenant with the Almighty Creator is incontrovertible except by authenticated writing to which is attached authority under the living law which is superior to my authority under the word of the Almighty Creator, (11) all words herein are as the signatory interprets them. Any actions contrary to this covenant comprises a confession to acceptance of pagan idolization as the offender's core philosophy.

So help me Heavenly Father.

By: *Glenn Richard Unger*
unincorporated man sometimes scribed as Glenn Richard Unger
on the dust of Saratoga county, colonial New York
December 15, 2011

Certification of Oath

Plymouth      )
              ) ss.
Massachusetts )

Sworn and subscribed before me, the undersigned notary public, on this 15th day of December 2011, by Glenn Richard Unger, proved to me through satisfactory evidence of identification, which was birth records, to be the man who signed the preceding document in my presence.



Notary Public

KEITH A. EATON
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
April 23, 2015

A TRUE COPY
ATTEST
John W. Small, Jr., Clerk
Berkeley County Court
By _____
Deputy Clerk

John W Small Jr
BERKELEY County 01:13:41 PM
Instrument No 20120042272
Date Recorded 11/02/2012
Document Type AFFAD
Pages Recorded 5
Book-Page       1021-527
Recording Fee $5.00
Additional    $6.00



*Glenn Richard Unger*



AFFIDAVIT
EXCLUSION OF PRESUMPTIVE CITIZENSHIP

I, a man sometimes scribed as Glenn Richard Unger, do solemnly affirm in the presence of the Almighty Creator and under penalty of perjury of the living law and the laws of the colonial New York republic, as follows:

1. The contents of this affidavit are known to me and the facts contained herein are true, correct and complete and will stand as fact unless rebutted by authenticated affidavit sworn under penalty of perjury within twenty (21) days of publication.

2. **Affiant enjoys a Divine inalienable right to have and change his nationality** ("Everyone has the right to a nationality. No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality," *Art. 13, Universal Declaration of Human Rights, General Assembly resolution 217 (A) (III). 10 Dec. 1948).*

3. **Under international law, no United States official may obstruct the said right** *(Art. 6, cl. 2, U.S. Constitution; Declar. 7, United Nations General Assembly resolution 1514 (XV) 15 U.N. GAOR Supp. (No. 16) at 66, U.N. Doc. A/4684 (1961)).*

4. **As an operation of law, the attached OATH OF ALLEGIANCE AND NATIONALITY excludes any and all presumption(s) that Affiant is or can be presumed to be a citizen or national of the United States or has any allegiance, other than as a stockholder, to the illicit corporation substituted long ago for the lawful government** *("'United States' means—a Federal corporation" 28 U.S.C, Judiciary and Judicial Procedure, Sec. 3002; 8 U.S.C. 1481).*

I do solemnly swear and subscribe under penalty of perjury of the living law and the laws of the colonial New York republic that the contents of this affidavit are true, correct and complete this fifteenth day of December, in the year of the Creator two thousand and eleven, so help me Lord.

By: *Glenn Richard Unger*
_____
unincorporated man sometimes scribed as Glenn Richard Unger
on the dust of Saratoga county, colonial New York

JURAT

Massachusetts )
                    ) ss.
Plymouth        )

On this 15th day of December, 2011, before me, the undersigned notary public, personally appeared Glenn Richard Unger, proved to me through satisfactory evidence of identification, which were birth records to be the man who signed the proceeding document in my presence, and who solemnly affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge.

_____
Notary Public

KEITH A. EATON
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
April 23, 2015

*Glenn Richard Unger*

MANDATORY JUDICIAL NOTICE
"LEGAL" DISSOLUTION OF PUBLIC TRUSTS
F. R. Civ. P. 17*: an action may be prosecuted
in the name of the Real Party in Interest by
"an Executor"

BE IT KNOWN TO ALL:

1.  U.S. Government contract and trust <u>Glenn Richard Unger No. 156-51-333765</u>, and its trustee, subsidiary U.S. Government contract and trust <u>GLENN RICHARD UNGER NO. 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</u> ("Terminated Entities"), have been "legally" dissolved on or about November 14, 2011 and November 11, 2011 respectively upon unanimous resolution of the Grantor, Beneficiary and respective Trustees thereof and after publication of customary "legal" franchise notice in Kings and New York Counties, New York.

2.  Pursuant to the above, all partnerships between the Terminated Entities and the United States and/or the United States of America have been dissolved.

3.  Notary Public Keith A. Eaton has certified that no response(s), objection(s) or claim(s) or request for additional response time were received to the said "legal" notice within the published response time.

4.  The Internal Revenue Service received notice of the said terminations on Forms 56 dated November 14, 2011 and November 11, 2011 respectively and received consistentwith Section 6903 of the Internal Revenue Code on November 16, 2011, Clerk 44310.  Internal Revenue Service records identify the said trusts as "deceased" notwithstanding want for a "death certificate."

5.  This Estate is sole remaining Fiduciary for the said Terminated Entities pursuant to appointment on the aforesaid IRS Form(s) 56.  No other, real or imagined, has lawful authority to administrate this Estate or the Terminated Entities.

6.  Public record of these terminations has been recorded, Newton county, Georgia.

7.  This affidavit will stand as fact unless rebutted by authenticated affidavit in the superior court of record sworn under penalty of perjury within twenty (21) days of publication.  U.S. nationality cannot be presumed other than at the personal liability of the offending public trustee.

I, Glenn Richard Family Unger EX, do solemnly solemnly affirm and subscribe under penalty of perjury of the living law and the laws of the colonial New York republic that the contents of this affidavit are true, correct and complete this fifteenth day of December in the year of the Creator two thousand and eleven.



By: Executor  *Glenn Richard Family Unger EX*
GLENN RICHARD UNGER ESTATE
GLENN RICHARD FAMILY UNGER, EX
Foreign Estate Exemption No. (EIN) 98-1015310
U.S. D.O.T. Lien Registrant No. 2188516

Massachusetts      )      JURAT
                   ) ss.
Plymouth           )

On this 15th day of December 2011, before me, the undersigned notary public, personally appeared Glenn Richard Unger, proved to me through satisfactory evidence of identification, which were birth records to be the man who signed the preceding document in my presence, and who solemnly affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge.

_____
Notary Pub

KEITH A. EATON
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
April 23, 2016

*Glenn Richard Unger*



# *The Scriptures*

### *Baptismal Record of Live Birth and Rebirth*
### *Presented by*

יהוה

*to*

*the Unger family*

**This Holy record created in covenant with the Almighty Creator certifies for all to know for all time the conception of the live human being noted below into the care and custody of his/her parent(s) noted below and the re-birth by Baptism of the said human being into the stewardship of his/her Lord and Savior, Yehoshua, the living presence of the Almighty Creator here on earth.**

### **Let no one desecrate what the Lord has created.**

| Appellation | Family | Conception | Gender | Location (land mass) |
|---|---|---|---|---|
| Glenn Richard | Unger | 23 Tamuz, 5711 (July 27, 1951) | male | on Kings county, New York republic, North America |

| Paternal: | father Morris | grandfather | grandmother Pauline |
|---|---|---|---|

| Maternal: | mother Phoebe | grandfather Jack | grandmother Anna |
|---|---|---|---|

| Baptized | Family | Date of Baptism | Witness | Location (land mass) |
|---|---|---|---|---|
| Glenn Richard | Unger | 5751 (1991) | Bill | on Albany county, colonial New York, North America |

This Holy record is hereby sworn and subscribed under penalty of perjury of the living law and the laws of the colonial New York republic as true, correct and complete and recorded in the Unger family Holy Bible as absolute final testimony of the sacred blessings of life and baptism this nineteenth day of Kislev in the year of our Lord five thousand, seven hundred and seventy-two (December 15, 2011 NS).

**So help me Lord.**

*Glenn Richard Unger*

Glenn Richard Unger, unincorporated self-aware man
on the dust of Saratoga county, colonial New York
bondservant to Yehoshua

| Massachusetts | ) | **JURAT** |
|---|---|---|
| Plymouth | ) ss. | |
| | ) | |

On this 15th day of December 2011, before me, the undersigned notary public, personally appeared Glenn Richard Unger, proved to me through satisfactory evidence of identification, which were birth records to be the man who signed the preceding document in my presence, and who solemnly affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge.

_____
Notary Public

KEITH A. EATON
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
April 23, 2015



*Glenn Richard Unger*

**A TRUE COPY**
**ATTEST~**
John W. Small, Jr., Clerk

Testament B

(i)     Termination nunc pro tunc of all licenses, contracts,
        powers of attorney, benefits and privileges et al;

(ii)    (Claim of) Rescission of negotiation;

(iii)   Absolute claim of flesh and blood body;

(iv)    Superseding oath of allegiance to a foreign state.

- Notice -
Termination nunc pro tunc of all powers of attorney,
licenses, "U.S. Government Contracts," trusts, securities,
security accounts, adhesion contracts, registrations, inden-
tures, benefits and privileges;

(Claim of) Rescission of negotiation;

Claim of Divine inheritance, the Holy Temple, flesh and
blood estate.

A solemn testament (affidavit).

Grace and peace to all:

I, a self-aware man sometimes described as glenn richard
(family unger), sometimes referenced as Glenn Richard Unger,
do hereby solemnly affirm and scribe:

As heir to the Kingdom (Galatians 4:7), I do hereby declare
my absolute claim nunc pro tunc to my living body, my Divine
inheritance, the Holy temple under my exclusive dominion
(Genesis 1:26), and stewardship (2 Corinthians 5:6),
"a dwelling in which the Father lives by His Spirit (Ephesians 2:22).
I have sole authority to declare such claim on behalf of the
Father, and do hereby terminate any and all claims and presump-
tions contrary thereto, in particular U.S. Government Pledge
No. 156-51-333765 and all other unclean re-presentations as
"real property," "real estate," "individual surety," or
similar debasements. This claim also extends to all DNA, prints, etc.

I do hereby terminate, renounce and deny nunc pro tunc all permits,
powers of attorney, licenses, "U.S. Government Contracts," pledges,
Estates, trusts, indentures, securities, security accounts,
registrations, renewals, novations, benefits, privileges and
adhesion contracts, and all derivatives thereof, real or
imagined, I may have granted to or presumed to have granted
to the United States, the Internal Revenue Service, the Federal
Reserve System or any affiliate, subdivision or agent thereof
("Depositories") or any other corporate, nonliving, artificial
or "legalized" construction, in particular U.S. Government
Contracts/Trusts/Accounts Nos. 1:12-CR-579, 156-51-333765 and
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 and U.S. Government Pledge No. 156-51-333765,
pursuant to my absolute right through the Holy Spirit under
authority of the Word (Galatians 5:18).

I do hereby (claim) rescind negotiation of all such worldly
impurities as above-noted without exception effective immediat-
ely; that this child of the Father shall not buy and sell under
the mark of the beast of the sea.

Hereafter, any and all sign marks I may be forced to tender
under duress are deemed to mean "nonassumpsit," and shall not
impact or diminish this Testament.

This Testament comprises (constructive) return of all worldly
impurities as above-listed in total without exception, to the
source.  No further "legalized" process shall be received.

1

As grantor and beneficiary of the Public Trust, I do hereby accept the oaths and bonds of all public trustees as binding them to the Public Trust Indenture in toto, and do hereby invoke their respective ministerial duties to honor, obey and protect a member of the Posterity.  I do further extend my sovereign immunity to all such public trustees for all good faith acts in furtherance of this Testament.

<u>Trespass on this Testament is an act of war against the Father, the Son and the Holy Spirit, and treason against the Public Trust.</u>

LET IT BE KNOWN TO ALL OF THE WORLDLY FLESH, that the mark of the beast of the sea shall not desecrate this living soul hereafter.

SO IT IS AND SHALL BE UNTIL JUDGMENT DAY nunc pro tunc, for it is written:

"What the Father has cleansed, do not call impure."

Solemnly affirmed, declared and subscribed in covenant with the Father this ( twelfth _____ day of February _____ in the year of our Heavenly Father (two thousand and thirteen).

By:  _____

a man sometimes described as glenn richard through the Holy Spirit

STATE OF NEW YORK
COUNTY OF ALBANY, CLERK'S OFFICE

I, THOMAS G. CLINGAN, Clerk of the said County, and also Clerk of the Supreme and County Courts, being Courts of Record held therein, and having by law a seal, do hereby certify, that ...

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said courts and county, the ...

Clerk

As grantor and beneficiary of the Public Trust, I do hereby
accept the oaths and bonds of all public trustees as binding
them to the Public Trust Indenture in toto, and do hereby
invoke their respective ministerial duties to honor, obey and
protect a member of the Posterity.   I do further extend my
sovereign immunity to all such public trustees for all good
faith acts in furtherance of this Testament.

<u>Trespass on this Testament is an act of war against the Father,
the Son and the Holy Spirit, and treason against the Public
Trust.</u>

LET IT BE KNOWN TO ALL OF THE WORLDLY FLESH, that the mark
of the beast of the sea shall not desecrate this living soul
hereafter.

SO IT IS AND SHALL BE UNTIL JUDGMENT DAY nunc pro tunc, for
it is written:

> "What the Father has cleansed, do not call impure."

Solemnly affirmed, declared and subscribed in covenant with the
Father this ( __twelfth__ day of __February__ in the
year of our Heavenly Father (two thousand and thirteen).

By: _____
a man sometimes described as
glenn richard through the Holy
Spirit

[ _____ ]
[ Solemnly affirmed and subscribed ]
[ this __12th__ day of __February__ ]
[ 2013.                             ]
[ WITNESS my hand and seal.         ]
[                                   ]
[                                   ]
[            KATHLEEN A GRADY       ]
[   NOTARY PUBLIC STATE OF NEW YORK ]
[            ALBANY COUNTY          ]
[ Notary Public   LIC. #01GR6044083 ]
[                 COMM. EXP. 6/1/14 ]
[                                   ]

Use of a Notary Public is a courtesy to assist public trustees
to remain in honor with the Public Trust Indenture, and does
not comprise an election to submit to an inferior venue of "law."

For it is written: "For through the law I died to the law so that
I might live for the Father" (Galatians 2:19).

Superceding oath of allegiance
to a foreign state

"The oath confirms what is said
and puts an end to all argument."   (Hebrews 6:16)

Grace and peace to all:

I, a self-aware man sometimes scribed as glenn richard (family
unger), on behalf of myself, my Divine inheritence and all
attributed or derived public personages, Glenn Richard Unger,
GLENN RICHARD UNGER, GLENN R UNGER, GLENN R. UNGER, in the
presence of He who made the Law do hereby solemnly affirm and
subscribe the following oath:

I am a man of the Holy temple, one with the body and blood of
Christ Jesus, baptized in the Holy Spirit, a true believer in the
resurrection, not a corporation, trust, contract, principal,
surety or worldly impurity; I speak by the grace of the Holy
Spirit, the truth;

I do hereby renounce all buying and selling at the table of the
moneychangers; I purge forever the mark of the beast of the sea
and the earth and the maritime/admiralty law of the sea;
I apologize for all worldly mistakes; I do hereby declare and
affirm absolute claim to my flesh and blood body on behalf of
the Holy temple in Christ Jesus (2 Corinthians 5:6);

WHEREFORE I do hereby pledge eternal allegiance to the Divine dust
of the ground (Genesis 2:7), the sacred land from which was
constituted Kings county, the colonial New York republic with
the intention of relinquishing and renouncing any and all presump-
tions of citizenship, nationality, allegiance and obligation
respecting the United States and all other worldly constructions.

SO IT IS AND SHALL REMAIN UNTIL JUDGMENT DAY, for it is written:
"This is the covenant I will make with them...
Their sins and lawless acts I will remember no more."



Superceding oath of allegiance
to a foreign state

"The oath confirms what is said
and puts an end to all argument."  (Hebrews 6:16)

Grace and peace to all:

I, a self-aware man sometimes scribed as glenn richard (family unger), on behalf of myself, my Divine inheritence and all attributed or derived public personages, Glenn Richard Unger, GLENN RICHARD UNGER, GLENN R UNGER, GLENN R. UNGER, in the presence of He who made the Law do hereby solemnly affirm and subscribe the following oath:

I am a man of the Holy temple, one with the body and blood of Christ Jesus, baptized in the Holy Spirit, a true believer in the resurrection, not a corporation, trust, contract, principal, surety or worldly impurity; I speak by the grace of the Holy Spirit, the truth;

I do hereby renounce all buying and selling at the table of the moneychangers; I purge forever the mark of the beast of the sea and the earth and the maritime/admiralty law of the sea; I apologize for all worldly mistakes; I do hereby declare and affirm absolute claim to my flesh and blood body on behalf of the Holy temple in Christ Jesus (2 Corinthians 5:6);

WHEREFORE I do hereby pledge eternal allegiance to the Divine dust of the ground (Genesis 2:7), the sacred land from which was constituted Kings county, the colonial New York republic with the intention of relinquishing and renouncing any and all presumptions of citizenship, nationality, allegiance and obligation respecting the United States and all other worldly constructions.

SO IT IS AND SHALL REMAIN UNTIL JUDGMENT DAY, for it is written:
"This is the covenant I will make with them...
Their sins and lawless acts I will remember no more."
(Hebrews 10:16)

SOLEMNLY AFFIRMED, declared and subscribed under He who made the Law this ( Twelfth day of February ) in the year of our Father (two thousand and thirteen).

By: _____
a man sometimes scribed as
glenn richard through the
Holy Spirit

Solemnly affirmed and subscribed
this 12th day of February, 2013

Notary Public

KATHLEEN A GRADY
NOTARY PUBLIC STATE OF NEW YORK
ALBANY COUNTY
LIC. #01GR6044083
COMM. EXP. 6/26/14

Use of a Notary Public is a courtesy to assist public trustees to remain in honor with the Public Trust Indenture, and does not comprise submission to inferior law.

- Notice and Declaration of Independence -

"Do not mistreat or oppress a foreigner
for you were foreigners in Egypt." (Exodus 22:21)

PLEASE BE ADVISED that, pursuant to the following judicial records
at superior jurisdiction and proved at the court of record,
glenn richard unger, a self-aware man and grantor of Special Deposit
Trusts Glenn Richard Unger 156-51-333765, GLENN RICHARD UNGER
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, and GLENN R UNGER aka GLENN R. UNGER 1:12-CR-579
(at depository N.N.Y.U.S.D.C.), has taken an <u>oath of allegiance
to a foreign state</u>, has <u>terminated all licenses, adhesion contracts,
powers of attorney, benefits and privileges et al respecting the
United States</u>, has <u>claimed absolutely his Divine inheritance, his
own flesh and blood body as part of the Holy temple in Christ Jesus,
and has terminated U.S. Government Contract 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 and U.S.</u>
Government Pledge 156-51-333765, nunc pro tunc.

PLEASE BE ADVISED that Internal Revenue Service records identify
U.S. Government Trusts Nos. 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 and 156-51-333765 as
"deceased" (terminated entities) pursuant to "legal" notice,
corporate dissolution without objection, and Forms 56 dated
November 11 and 14, 2011 respectively received by Clerk 44310,
the Advisory, Insolvency and Quality Group Manager in Albany,
New York and various other such offices.

The said judicial records, duly certified and authenticated as noted
and recorded on Berkeley county, West Virginia (copy affixed)
are as follows:
(i)      Oath of allegiance to a foreign state;
(ii)     Superceding oath of allegiance to a foreign state;
(iii)    Termination nunc pro tunc of all licenses, powers of
         attorney, adhesion contracts, benefits, privileges, et al;
(iv)     Exclusion of presumption of citizenship;
(v)      Absolute claim of flesh and blood body in Christ Jesus;
(vi)     (Claim of) Rescission of negotiation;
(vii)    Verification of termination of U.S. Government Contracts
         No. 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 and 156-51-333765;
(viii)   Notice and decree claiming habeas corpus at superior
         Jurisdiction.

THEREFORE, as the aforesaid judicial records are entitled to full
faith and credit and all public trustees are requested and bound
to preserve the judicial records, glenn richard unger and all of
his interests, holdings, property and rights shall be set free,
and all United States records shall be duly noted for diplomatic
immunity, "Do not stop, detain or arrest" or the equivalent, and
peaceful coexistence shall prevail. For it is written in the Law:

"Make every effort to live in peace with everyone."
(Hebrews 12:14)

1

As grantor and beneficiary of the Public Trust, I do hereby
accept the oaths and bonds of all public trustees as binding
them to the Public Trust Indenture in toto, and do hereby
invoke their respective ministerial duties to honor, obey and
protect a member of the Posterity.  I do further extend my
sovereign immunity to all such public trustees for all good
faith acts in furtherance of this Testament.

<u>Trespass on this Testament is an act of war against the Father,
the Son and the Holy Spirit, and treason against the Public
Trust.</u>

LET IT BE KNOWN TO ALL OF THE WORLDLY FLESH, that the mark
of the beast of the sea shall not desecrate this living soul
hereafter.

SO IT IS AND SHALL BE UNTIL JUDGMENT DAY nunc pro tunc, for
it is written:

> "What the Father has cleansed, do not call impure."

Solemnly affirmed, declared and subscribed in covenant with the
Father this ( _Twelfth_  day of _February_  in the
year of our Heavenly Father (two thousand and) thirteen).

A TRUE COPY
ATTEST
    John W. Small, Jr., Clerk
    Berkeley County Court

By: _Karen Kutcher_
     Deputy Clerk

By: _____
a man sometimes described as
glenn richard through the Holy
Spirit

John W Small Jr
BERKELEY County 03:18:36 PM
Instrument No 20130015691
Date Recorded 04/09/2013
Document Type AFFAD
Pages Recorded 41
Book-Page    1034-554
Recording Fee $41.00
Additional    $10.00

```
[ _____ ]
[ Solemnly affirmed and subscribed ]
[ this _12th_ day of _February_     ]
[ 2013.                             ]
[ WITNESS my hand and seal.         ]
[                                   ]
[                                   ]
[                                   ]
[ Notary Public                     ]
[                                   ]
[ _____ ]
```

KATHLEEN A GRADY
NOTARY PUBLIC STATE OF NEW YORK
ALBANY COUNTY
LIC. #01GR6044083
COMM. EXP. _6/26/14_

Use of a Notary Public is a courtesy to assist public trustees
to remain in honor with the Public Trust Indenture, and does
not comprise an election to submit to an inferior venue of "law."

For it is written::"For through the law I died to the law so that
I might live for the Father" (c.)